U.S. MARSHALS SERVICE



UNITED STATES POSTAL SERVICE®

Click-N-Ship®

usps.com
$7.95
US POSTAGE
Flat Rate Env

U.S. POSTAGE PAID
Click-N-Ship®

9405 5036 9930 0400 4630 91 0079 5000 0079 4102

Mailed from 72601

05/29/2021

0006

PRIORITY MAIL 2-DAY™

Expected Delivery Date: 06/02/21

0004

RECEIVED

JUN 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DAVID A STEBBINS
123 W RIDGE AVE
APT D
HARRISON AR 72601-4236

SHIP
TO:

U.S. DISTRICT COURT, NORTH DIST. OF CA
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING #

9405 5036 9930 0400 4630 91

Electronic Rate Approved #038555749

