UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN      PLAINTIFF

VS.      CASE NO. 3:21-cv-04184-JSC

KARL POLANO, d.b.a. SOFIANNP      DEFENDANT

## MOTION FOR ECF ACCESS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for permission to use this Court's electronic case filing (ECF) system to pursue this case.

1. Plaintiff is still searching for counsel to represent him in this matter. However, because the Defendant is living in another country, that presents significant logistical problems that many attorneys do not want to bother with. See Plaintiff's "Motion for Appointment of Counsel," which is being filed simultaneously with this motion, for more details.

2. In the event that Plaintiff is unable to secure counsel and therefore must litigate the entirety of the case pro se, Plaintiff humbly asks the Court for permission to submit all subsequent filings in this case – and to receive all subsequent filings from the Court and Defense – electronically via the Court's ECF system.

3. Because of the distance between Plaintiff and the Courthouse, filings sent by U.S. Postal Service will likely take a long time to get from one to the other. As such, electronic filing would allow for much quicker correspondance.

So requested on this, the 29th day of May, 2021.

David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com