UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS,<br><br>    Plaintiff.<br><br>  v.<br><br>KARL POLANO,<br><br>    Defendant. | Case No. 21-cv-04184-JSC<br><br>**ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS AND MOTION FOR ECF ACCESS**<br><br>Re: Dkt. Nos. 2, 4 |

Before the Court are Plaintiff's Application to Proceed In Forma Pauperis and Motion for ECF Access. (Re: Dkt. Nos. 2, 4.) Having considered the Application to Proceed In Forma Pauperis, the Court GRANTS Plaintiff's application. The Court will conduct a review of the complaint pursuant to 28 U.S.C. § 1915(e)(2). If, after completing its review, the Court determines that the complaint is not subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2), it will order service of the complaint by the Marshal.

Pursuant to General Order No. 72-6, the Northern District of California has suspended the requirement that a pro se party must request permission from the assigned judge to use the court's Electronic Case Filing system. Thus, the Court DENIES Plaintiff's Motion for ECF Access as unnecessary. The Court encourages Mr. Stebbins to access the website for the Northern District of California, which has information about ECF and related information for litigants who are not represented by counsel.

**IT IS SO ORDERED.**

Dated: June 8, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge