UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN                                    PLAINTIFF

VS.                              Case 3:21-cv-04184-JSC

KARL POLANO, d.b.a. SOFIANNP                                         DEFENDANT

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH [005] ORDER TO SUBMIT CONSENT OR DECLINATION TO JURISDICTION OF MAGISTRATE JUDGE**

  Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to Comply a portion of Doc. 5.

1. On June 2, 2021, the Court issued an initial scheduling order. See Doc. 5. In addition to setting initial deadlines for the case to reach major milestones, it also stated in pertinent part the following: "Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate judge within 14 days of the filing of the complaint or the removal."

2. I originally had an appointment scheduled for today with a pro bono attorney using this Court's "Federla Pro Bono Project" services. See **Exhibit A**. During this conference, I was going to ask the attorney I was referred to about the pros and cons of each option and which option would be in my best interests.

3. However, we encountered numerous technical errors during this conference that kept me from asking any questions. We ultimately agreed to reschedule the appointment. See **Exhibit B**.

4. Because I was unable to consult with counsel over what is the best option for me to do in this case, I humbly ask that the Court extend the amount of time for me to comply with that section of the Order. I ask that the Court extend the deadline until I have had the opportunity to have a *proper* consultation with this Court's pro bono attorney service.

So requested on this, the 11th day of June, 2021.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com
