## RE: Can we schedule an appointment, please?

From:  fedpro (fedpro@sfbar.org)

To:     acerthorn@yahoo.com

Date:  Friday, June 11, 2021, 11:00 AM CDT

Yes, you are confirmed for 10:00am.

Thank you,

**Federal Pro Bono Project**
**Justice & Diversity Center, Bar Association of San Francisco**
**Appointment Line: 415-782-8982**
**Email: fedpro@sfbar.org**
**S.F. Office - 450 Golden Gate Ave., 15th Fl., Room 2796**
**Oakland Office - 1301 Clay St., 4th Fl., Room 470 S**

*Thank yOUFOR cOnTACTing ThE FEdERAl PRObOnO PROJeCT. ThiS EmAil AddRESS iS USEd OnLy FOR SchEdUling AppOinTmEnTS. WE dO nOT OFFER Any lEgAl AdvicE OVER EmAil. COmmUnicATing wiTh US ThROUgh EmAil dOES nOT cREATE An ATTORnEy-cliEnT RELATiOnShip. ThE LEgAl HElp CEnTERS in SAn FRAnciScO And OAklAnd dO nOT REpRESEnT yOU. YOUARE RESpOnSiblE FOR All pARTS OF yOUR cASE incluDing Any dEAdlinES.*

---

**From:** acerthorn [acerthorn@yahoo.com]
**Sent:** Friday, June 11, 2021 6:39 AM
**To:** fedpro
**Subject:** Re: Can we schedule an appointment, please?

Just to clarify: Are we still go for today's phone consultation starting at 10:00AM Pacific time?

On Monday, June 7, 2021, 1:00:47 PM CDT, fedpro <fedpro@sfbar.org> wrote:


Thank you Mr. Stebbins, we have forwarded the video to her.


Thank you,

**The Legal Help Center  - Federal Pro Bono Project**

**Justice & Diversity Center, Bar Association of San Francisco**

**Appointment Line: 415-782-8982**
**Email: fedpro@sfbar.org**
**S.F. Office - 450 Golden Gate Ave., 15th Fl., Room 2796**
**Oakland Office - 1301 Clay St., 4th Fl., Room 470 S**