## Re: Can we schedule an appointment, please?

From:    acerthorn (acerthorn@yahoo.com)

To:      fedpro@sfbar.org

Date:    Friday, June 11, 2021, 12:40 PM CDT

Ms. Jessica was unable to give me any useful advice because your systems kept malfunctioning. She agreed that we needed to re-schedule the appointment. Can you please schedule me another appointment with her? Ms. Jessica can fill you in on the details.

> On Friday, June 11, 2021, 12:10:19 PM CDT, fedpro <fedpro@sfbar.org> wrote:
>
> Dear Mr. Stebbins,
> I just tried calling you again at both of your listed #s-1st goes straight to voicemail and the 2nd does not accept calls from a blocked #. I will call you 1 last time, to both #s, in 10 min.
>
> Jessica
>
> Thank you,
>
> **Federal Pro Bono Project**
> **Justice & Diversity Center, Bar Association of San Francisco**
> Appointment Line: 415-782-8982
> Email: fedpro@sfbar.org
> S.F. Office - 450 Golden Gate Ave., 15th Fl., Room 2796
> Oakland Office - 1301 Clay St., 4th Fl., Room 470 S
>
> Thank you FOR contacting the Federal Pro Bono Project. This Email Address is USEd Only FOR Scheduling Appointments. We do nOT OFFER Any legAl Advice OvER EmAil. Communicating with us Through EmAil dOES nOT cREATE An ATTORnEy-cliEnT RELATiOnShip. The LEgAl HElp CEnTERS in SAn FRAnciScO And OAklAnd dO nOT REpRESEnT yOU. YOU ARE RESpOnSiblE FOR All pARTS OF yOUR cASE inclUding Any dEAdlinES.
>
> **From:** acerthorn [acerthorn@yahoo.com]
> **Sent:** Friday, June 11, 2021 10:07 AM
> **To:** fedpro
> **Subject:** Re: Can we schedule an appointment, please?
>
> Ms. Jessica,
>
> If you give me a phone number where I can reach you directly without going through SFBar, I will call it.
>
>> On Friday, June 11, 2021, 12:05:08 PM CDT, fedpro <fedpro@sfbar.org> wrote:
>>
>> Dear Mr. Stebbins,
>> I just called you for your appt. today at 10a, but was not able to reach you and was sent to voicemail. I am