UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN                                      PLAINTIFF

VS.                              Case 3:21-cv-04184-JSC

KARL POLANO, d.b.a. SOFIANNP, ALPHABET INC.,
DISCORD INC., FACEBOOK INC.,                                          DEFENDANTS
JOHN DOE #1, d.b.a. INITIATIVEKOOKIE, and
JOHN DOE #2, d.b.a. TGP482,

## TEMPORARY RESTRAINING ORDER

The Plaintiff's ex parte Motion for Temporary Restraining Order is hereby GRANTED.

Defendant Discord, Inc. is hereby ordered to, as soon as possible after receiving service of this order, suspend the ability of any member of the Great Six Discord server to manage messages or manage channels within that server.

Defendant Discord, Inc. is also hereby ordered to, as soon as possible after receiving service of this order, suspend the ability of the Discord accounts SofiannP#1337, TGP482#7412, InitiativeKookie#7766, and VoreKeo777#4172 to manage messages or manage channels in any Discord server, or in direct messages.

Defendant Discord, Inc. is hereby ordered to show cause why a preliminary injunction should not be issued, ordering the aforementioned suspension of abilities be continued for the remainder of this case. This showing of cause shall be submitted to the Court no later than twenty-one days after receipt of this Order.

**IT IS SO ORDERED**
Dated: August _____, 2021.

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge