
**SofiannP** Today at 5:19 PM
thats just the ones he reported because of @Lonely S K (I Give Away GTA$)


**Ferran** Today at 5:19 PM
Sua
Sus
Amonga


**SofiannP** Today at 5:19 PM
theres so much other vids of him on here

**SofiannP** Today at 8:07 AM
Read that carefully
And get that in your thick fucking skull
You numbnut
https://www.youtube.com/watch?v=ix4mTekl3MM



A victory for H3, a victory for 

**Heyho** Today at 8:07 AM



4 blocked messages — Collapse messages

  *Blocked message.*

**SofiannP** Today at 8:08 AM
Wooow a channel that shows clips of another channel without getting DMCA'd??? HOW
Well fair use you fucking cunt, it's not the entirety of your shitty content stream we've uploaded did we?
Is it exactly the same shit? obviously not, there's a 5 gum advert amongst other parodies
I swear this 32 ball of fat manchild is incredible.