I was unable to attach the video exhibit directly since the ECF system only allows PDF documents. So instead, please go to the following URL to see the video exhibit:

<https://www.youtube.com/watch?v=odZsPMgyyro>