UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN                                PLAINTIFF

VS.                             Case 3:21-cv-04184-JSC

KARL POLANO, d.b.a. SOFIANNP, ALPHABET INC.,
DISCORD INC., FACEBOOK INC.,                                    DEFENDANTS
JOHN DOE #1, d.b.a. INITIATIVEKOOKIE, and
JOHN DOE #2, d.b.a. TGP482,

## ORDER GRANTING MOTION FOR ISSUANCE OF SUBPOENAE DUCES TECUM

This Court hereby GRANTS the Plaintiff's Motion for Issuance of Subpoenae Duces Tecum.

The Clerk is hereby ordered to prepare four subpoenaes duces tecum, according to the following instructions:

#1 To Alphabet Inc., they should be ordered to produce a complete copy of the DMCA Takedown Notice submitted by the YouTube channel TGP482, against the YouTube channel Acerthorn on or around May 25, 2021, taking down the video "Woot! I'm a Twitch Affiliate." This form should include the name and address of the one issuing the takedown, so that he may be served with process in the above-styled action.

#2 To Amazon.com, Inc., they should be ordered to produce the name and address of the primary account holder of the Twitch account located at the URL of twitch.tv/tgp482. Since he is currently subscribed to at least one other Twitch channel (the channel of SofiannP), Amazon.com, Inc. should have his billing information on file.

#3 To Alphabet Inc., they should be ordered to produce any of the following information they may have:

- The gmail email address associated with the YouTube channel found at the URL of **https://www.youtube.com/channel/UC0J2MbjZk7dhLW2H4txk33g**

- The name and address, if known, of the primary account holder of that same account. If this person has ever purchased any goods or services from Alphabet, Inc. the name and address found in the billing information of the most recent transaction will suffice.

- Every IP address that he has used in the past five years when using the services in any way, shape, or form.

- Any phone numbers, if any (including specifying whether or not these numbers are verified), he has used to access any part of their services in the past five years.

- Any mobile identification numbers, if known, that he has used to access their services in the past five years.

- Any computer identification numbers, if known, that he has used to access their services in the past five years.

- Any email addresses, other than his primary one, that have been associated with the account in the past five years.

- Any other social media accounts – such as on Facebook or Twitter – that might be associated with the Google account.

- Any other information that Alphabet, in its good faith, believes could be helpful in locating or tracking this person, so that he may be served with process.

#4 To Discord Inc., they should be ordered to produce any of the following information they may have:

- The primary email address associated with the Discord account InitiativeKookie#7766.

- The name and address, if known, of the primary account holder of that same account. If this person has ever purchased any goods or services from Discord, Inc. the name and address found in the billing information of the most recent transaction will suffice.

- Every IP address that he has used in the past five years when using the services in any way, shape, or form.

- Any phone numbers, if any (including specifying whether or not these numbers are verified), he has used to access any part of their services in the past five years.

- Any mobile identification numbers, if known, that he has used to access their services in the past five years.

- Any computer identification numbers, if known, that he has used to access their services in the past five years.

- Any email addresses, other than his primary one, that have been associated with the account in the past five years.

- Any other social media accounts – such as on Facebook or Twitter – that might be associated with the Discord account.

- Any other information that Discord Inc., in its good faith, believes could be helpful in locating or tracking this person, so that he may be served with process.

The Clerk is also hereby ordered to submit these subpoenaes to the United States

Marshall with instructions to serve them on their respective respondents at the following names and addresses:

- For Alphabet, Inc., serve at the following:

    Corporation Service Company
    2710 Gateway Oaks Dr.,
    Suite 150N
    Sacramento, CA 95833

- For Discord, Inc., serve at the following:

    Ruth Chang
    444 De Haro St,
    Suite 200
    San Francisco, CA 94107

- For Amazon.com, Inc., serve at the following:

    Corporation Service Company
    300 Deschutes Way SW, Suite 208 MC-CSC1
    Tumwater, WA 98501
    Attn: Legal Department – Legal Process

**IT IS SO ORDERED**

Dated: _____ _____, 2021.

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge