IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>KARL POLANO, et al.,<br><br>    Defendants. | Case No. 21-cv-04184-MMC<br><br>**ORDER OF RECUSAL** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: August 2, 2021

                                                  MAXINE M. CHESNEY<br>
                                                United States District Judge