**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>David A. Stebbins | 4:21-cv-04184-JSW |
| DEFENDANT<br>Karl Polano, et al. | TYPE OF PROCESS<br>***See below*** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Karl Sofiann Axel Polano

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Regensbergstrasse 120 Zurich, Zurich 8050 CH Switzerland

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David A. Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601

FILED
AUG 17 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 1
Check for service on U.S.A.

RECEIVED
United States Marshal
AUG 04 2021
Northern District of
California - Oakland

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

***Summons, Complaint, Amended Complaint, Order and docket number 12***

Signature of Attorney other Originator requesting service on behalf of:
Susan Y. Soong
*/s/ Angel N.J.*
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 510-637-3535
DATE: 7/1/21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 5
District of Origin No.: 11
District to Serve No.: ___
Signature of Authorized USMS Deputy or Clerk: /s/ 3132
Date: 8/4/2021

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 8/5/2021
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: /s/ 3132

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: SEE Addendum to RETURN

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Addendum to Return                                                                                                                         08/05/2021

The US Marshal is not authorized to serve American process in foreign countries since service of process must comply with the laws of the nation in which service is to be made. In addition, the US Marshal does not normally get involved with arranging service in cases involving private litigants.

The Office of International Judicial Assistance (OIJA) of U.S. Department of Justice Civil Division serves as the Central Authority for Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. Their website is https://www.justice.gov/civil/service-requests. This website will provide information for litigants requesting service abroad of civil judicial documents.