UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN                              PLAINTIFF

VS.                        Case 3:21-cv-04184-JSC

KARL POLANO, d.b.a. SOFIANNP, ALPHABET INC.,
DISCORD INC., FACEBOOK INC.,                                  DEFENDANTS
JOHN DOE #1, d.b.a. INITIATIVEKOOKIE, and
JOHN DOE #2, d.b.a. TGP482,

## MOTION TO UPDATE DEFENDANT JOHN DOE #1

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for the Court to update the list of defendants in the above-styled action.

1. In my Amended Complaint, I listed one of the defendants as "John Doe #1, d.b.a. InitiativeKookie." See Doc. 11. A the time, I did not know the name or address of the John Doe defendant. I have since uncovered what I reasonably believe to be the name and address of InitiativeKookie.

2. As of the time of this writing, I believe InitiativeKookie has the following name and address:

> Frederick Allison, Jr.
> 2057 Knob Ln
> Hiawassee, GA 30546

3. There is also the possibility that InitiativeKookie may not be Frederick Allison, but rather, Frederick's 16-year-old son, Jonathan Allison. In the event Frederick raises and subsequently proves this fact, I still believe Fredericks hould be liable, under the theory of vicarious liability of parents.

4. I therefore ask the Court to do two things:

- #1: Order the Clerk to update the case, so that Defendant "John Doe #1, d.b.a. InitiativeKookie" is now listed as "Frederick Allison, d.b.a. InitiativeKookie."

- #2: Order the Clerk to prepare a summons for Frederick Allison, and have the U.S. Marshall serve him with process at the aforementioned address.

5. Wherefore, premises considered, I respectfully ask that the Court update the case to list Frederick Allison in place of John Doe #1 and to have him served with process accordingly.

So requested on this, the 26th Day of August, 2021.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com