RE: 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service

From:   Angela Jimenez (angela_jimenez@cand.uscourts.gov)

To:     acerthorn@yahoo.com

Date:   Tuesday, August 24, 2021, 12:27 PM CDT

Hello Mr. Stebbins

I have checked the process for serving International defendants as well as the Hagues law.

The US Marshalls will not be serving this so you do not need to prepare a USM-94.

You will need to prepare all the documents and mail this off yourself, these documents will also need to include a declaration. Once you complete your documents please email them to me so I can review them. Then you will schedule an appointment to bring them in to me where I will go over them one more time and sign them, then I will walk with you to the Post office where I will witness you mailing them.

I have attached an example of what you will need to prepare.

Thank you, Angela

---

**From:** William Noble <William_Noble@cand.uscourts.gov>
**Sent:** Monday, August 23, 2021 9:48 AM
**To:** acerthorn <acerthorn@yahoo.com>
**Cc:** Angela Jimenez <Angela_Jimenez@cand.uscourts.gov>
**Subject:** 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service

Mr. Stebbins:

Your case has been reassigned to Judge White in the Oakland division. Please note the changes to the case caption:

4:21-cv-04184-JSW Stebbins v. Polano

I'm passing your email along to the Docket Clerk for Judge White.

Sincerely,

William Noble

United States District Court

---

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Sunday, August 22, 2021 8:42 PM
**To:** William Noble <William_Noble@cand.uscourts.gov>
**Subject:** 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service

**CAUTION - EXTERNAL:**

Dear Mr. Noble,

As you can see from Doc. 32 in my case, the U.S. Marshall has returned unexecuted the summons against Karl Polano. Their reason for this is because they cannot serve process internationally.

As you can see from this webpage ... https://www.haguelawblog.com/2017/01/serve-process-switzerland/ ... serving process in Switzerland is a four-step process. One of the steps is to "make sure that it is signed by a court official or an attorney." Since I don't have an attorney, that means a court official (typically the clerk) must sign and seal it.

If I provided you with English and German copies of the complaint, summons, and USM-94, would you sign and seal them and then send them off to the Zurich, Switzerland Central Authority? Or would I need to file a motion with the Court and get a judge's order in order for you to do that?

Sincerely,

David Stebbins

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



19-2517-JSWS.pdf
1.5MB