Re: 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service

From:   acerthorn (acerthorn@yahoo.com)

To:     angela_jimenez@cand.uscourts.gov

Date:   Tuesday, August 24, 2021, 05:31 PM CDT

What do you mean by "declaration?"

Also, I cannot meet you in person. I am in Arkansas. I cannot travel to California just for this.

> On Tuesday, August 24, 2021, 12:27:11 PM CDT, Angela Jimenez <angela_jimenez@cand.uscourts.gov> wrote:
>
> Hello Mr. Stebbins
>
> I have checked the process for serving International defendants as well as the Hagues law.
>
> The US Marshalls will not be serving this so you do not need to prepare a USM-94.
>
> You will need to prepare all the documents and mail this off yourself, these documents will also need to include a declaration.  Once you complete your documents please email them to me so I can review them. Then you will schedule an appointment to bring them in to me where I will go over them one more time and sign them, then I will walk with you to the Post office where I will witness you mailing them.
>
> I have attached an example of what you will need to prepare.
>
> Thank you, Angela
>
> **From:** William Noble <William_Noble@cand.uscourts.gov>
> **Sent:** Monday, August 23, 2021 9:48 AM
> **To:** acerthorn <acerthorn@yahoo.com>
> **Cc:** Angela Jimenez <Angela_Jimenez@cand.uscourts.gov>
> **Subject:** 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service
>
> Mr. Stebbins: