RE: 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service

From:　Angela Jimenez (angela_jimenez@cand.uscourts.gov)

To:　　acerthorn@yahoo.com

Date:　Wednesday, August 25, 2021, 09:55 AM CDT


Hello Mr. Stebbins,


Please contact the Legal help center at (415) 782-8982 as I have done all I can to help you. I had given you an example of what you need to do (which included a sample declaration) and It appears you need legal advice that I cannot give you.



Thank you,

Angela Jimenez






**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, August 24, 2021 3:31 PM
**To:** Angela Jimenez <Angela_Jimenez@cand.uscourts.gov>
**Subject:** Re: 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service


 **CAUTION - EXTERNAL:**


What do you mean by "declaration?"

Also, I cannot meet you in person. I am in Arkansas. I cannot travel to California just for this.

On Tuesday, August 24, 2021, 12:27:11 PM CDT, Angela Jimenez <angela_jimenez@cand.uscourts.gov> wrote:

Hello Mr. Stebbins

I have checked the process for serving International defendants as well as the Hagues law.

The US Marshalls will not be serving this so you do not need to prepare a USM-94.

You will need to prepare all the documents and mail this off yourself, these documents will also need to include a declaration.  Once you complete your documents please email them to me so I can review them. Then you will schedule an appointment to bring them in to me where I will go over them one more time and sign them, then I will walk with you to the Post office where I will witness you mailing them.

I have attached an example of what you will need to prepare.

Thank you, Angela

---

**From:** William Noble <William_Noble@cand.uscourts.gov>
**Sent:** Monday, August 23, 2021 9:48 AM
**To:** acerthorn <acerthorn@yahoo.com>
**Cc:** Angela Jimenez <Angela_Jimenez@cand.uscourts.gov>
**Subject:** 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service

Mr. Stebbins:

Your case has been reassigned to Judge White in the Oakland division.  Please note the changes to the case caption:

4:21-cv-04184-JSW Stebbins v. Polano