Re: 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service

From: acerthorn (acerthorn@yahoo.com)

To: angela_jimenez@cand.uscourts.gov

Date: Wednesday, August 25, 2021, 06:01 PM CDT

So you absolutely require that I be there in person? If I can't attend in person, then Karl Polano will get dismissed as a defendant entirely, even if that is prohibitively expensive for me?

On Wednesday, August 25, 2021, 09:55:26 AM CDT, Angela Jimenez <angela_jimenez@cand.uscourts.gov> wrote:

Hello Mr. Stebbins,

Please contact the Legal help center at (415) 782-8982 as I have done all I can to help you. I had given you an example of what you need to do (which included a sample declaration) and It appears you need legal advice that I cannot give you.

Thank you,

Angela Jimenez

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, August 24, 2021 3:31 PM
**To:** Angela Jimenez <Angela_Jimenez@cand.uscourts.gov>
**Subject:** Re: 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service