Case 4:21-cv-04184-JSW   Document 35-5   Filed 08/26/21   Page 1 of 1

# RE: 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service

From:    Angela Jimenez (angela_jimenez@cand.uscourts.gov)

To:       acerthorn@yahoo.com

Date:    Thursday, August 26, 2021, 09:54 AM CDT

Hello Mr. Stebbins,

I'm sorry but unfortunately there is nothing further I can do to help you, if you would like to contact the legal help center for legal help here is their number (415) 782-8982.

Thank you, Angela

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Wednesday, August 25, 2021 4:01 PM
**To:** Angela Jimenez <Angela_Jimenez@cand.uscourts.gov>
**Subject:** Re: 4:21-cv-04184-JSW Stebbins v. Polano - RE: 3:21-cv-04184-JSC Stebbins v. Polano - Hague Service

 **CAUTION - EXTERNAL:**

So you absolutely require that I be there in person? If I can't attend in person, then Karl Polano will get dismissed as a defendant entirely, even if that is prohibitively expensive for me?

On Wednesday, August 25, 2021, 09:55:26 AM CDT, Angela Jimenez <angela_jimenez@cand.uscourts.gov> wrote:

Hello Mr. Stebbins,