Case 4:21-cv-04184-JSW   Document 35-6   Filed 08/26/21   Page 1 of 1

# Invoice for Stebbins v. Polano, et al. (Karl Sofiann Axel Polano) Switzerland, Hague

| | |
|---|---|
| From: | Julie (julie@processnet1.com) |
| To: | acerthorn@yahoo.com |
| Date: | Thursday, August 19, 2021, 01:43 PM CDT |

Hello David,

Attached please find the invoice for Formal (Hague) Service of Process on Karl Sofiann Axel Polano in Switzerland.  We will begin the assignment upon receipt of payment.  We accept checks, credit cards and PayPal.

Thank you,

Julie Perez

Manager of Client Services

**Process Service Network, LLC**

21218 Merridy Street

Chatsworth, CA 91311 USA

800-417-7623

[www.processnet1.com](www.processnet1.com)


Serving the legal profession since 1978

Offices in major cities throughout the world

Specializing in international and hard-to-serve cases



Invoice for Stebbins v. Polano, et al. (Karl Sofiann Axel Polano) Switzerland, Hague.pdf
173.6kB