# PROCESS RECEIPT AND RETURN

**USM-285** is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

**PLAINTIFF:** David A. Stebbins
**COURT CASE NUMBER:** 4:21-cv-04184-JSW
**DEFENDANT:** Karl Polano, et al.
**TYPE OF PROCESS:** ***See below***

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Discord Inc. Ruth Chang
ADDRESS: 444 De Haro St. Suite 200 San Francisco, CA 94107

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
David A. Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 1
Check for service on U.S.A.:

FILED
AUG 27 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

RECEIVED
United States Marshal
AUG 04 2021
Northern District of California - Oakland

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Summons, Complaint, Amended Complaint, Order and docket number 12***

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 510-637-3535
DATE: 7/1/21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | 11 | 11 | 3132 | 8/4/2021 |

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): TAHRIO MARSHALL SERCURITY GUARD

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 8/25/2021    Time: 13:08 pm

Signature of U.S. Marshal or Deputy: 3132

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | $8.29 | — | $73.21 | — | $0.00 |

REMARKS:
8/25/2021 14.8mi @ .56¢

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00