UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>    Defendants. | Case No. 21-cv-04184-JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 12 |

On July 29, 2021, Plaintiff David Stebbins ("Plaintiff") filed an amended complaint and an ex parte application for a temporary restraining order ("TRO") against a single named defendant, Discord, Inc. (Dkt. No. 12.) On August 3, 2021, the Court issued an order regarding the sufficiency of Plaintiff's amended complaint and deferred action on Plaintiff's application for a TRO until it received notice of service from the U.S. Marshal as to Defendant Discord, Inc. (Dkt. No. 21.) On August 27, 2021, the Court received notice of service upon Discord, Inc. (Dkt. No. 36.)

Accordingly, Defendant Discord, Inc., may file a response to Plaintiff's application by 4:00 p.m. on September 7, 2021. Plaintiff may reply by 10:00 a.m. on September 9, 2021. The Court shall hold a hearing on Plaintiff's application on September 10, 2021, at 9:00 a.m. If the Court concludes the motion can be resolved on the papers, it will advise the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: August 31, 2021

_____
JEFFREY S. WHITE
United States District Judge