## Re: DMCA Copyright Claim: 2021-08-28T08:50:04.203693157Z - Acerthorn

From:  DMCA (dmca-notifications@justin.tv)

To:      dmca-notifications@twitch.tv; acerthorn@yahoo.com

Date:  Saturday, August 28, 2021, 04:07 AM CDT

Hello,

We have received and processed your notification. Proper measures have been taken to remove or disable access to this content. You should receive a confirmation email receipt shortly. Thank you!

- MG
Twitch DMCA Ops
dmca-notifications@twitch.tv

On Sat, Aug 28, 2021 at 1:50 AM 'Twitch' via DMCA-Notifications <dmca-notifications@justin.tv> wrote:

**Copyrighted Work**
Description: Accidental Livestream from April 10, 2021
Type: VIDEO
URL where copyrighted work can be viewed: https://www.youtube.com/watch?v=6TSzvSW0V4w

**Reported Content**
VOD: https://www.twitch.tv/videos/1102055994 || Timestamps: | 00:05:59 -> 00:08:03

**Contact Information**
Relationship: Self
Owner Name: Acerthorn
Claimant Name: Acerthorn
Phone Number: 8702046516
Contact Email Address: acerthorn@yahoo.com
Twitch Email Address: acerthorn@yahoo.com
Address: 123 W. Ridge Ave, APT D, US, AR, Harrison, 72601

The claimant has checked the boxes agreeing to the 'penalty of perjury', 'good faith belief', and 'notification is accurate' statements.

**Signature**
David Stebbins