### Re: DMCA Copyright Claim: 2021-08-28T08:50:04.203693157Z - Acerthorn

From: DMCA (dmca-notifications@justin.tv)

To: dmca-notifications@twitch.tv; acerthorn@yahoo.com

Date: Tuesday, August 31, 2021, 08:34 PM CDT

Hello,

We have received a counter-notification (pasted below) in response to your notification of claimed infringement. We have noted this under our repeat infringer policy and may replace or cease disabling access to the material(s) complained of and/or restore the Twitch user's account within 10 business days. Thank you!

- MG
Twitch DMCA Ops
dmca-notifications@twitch.tv

----------
From: **Sofiann P** <SofiannP@hotmail.com>
Date: Sat, Aug 28, 2021 at 1:00 PM
Subject: RE: You have received a copyright takedown
To: dmca-notifications@twitch.tv <dmca-notifications@twitch.tv>


URL(s) where the material that was the subject of the notification of claimed infringement appeared before it was identified, removed, or access to it was disabled:
https://www.twitch.tv/videos/1102055994

Name of the claimant who submitted the notification:
**David Stebbins**

Twitch channel:
**SofiannP**

Contact Info:
**Karl Sofiann Axel Polano**
SofiannP@hotmail.com
**Regensbergstrasse 120, Zürich 8050, Switzerland**
**+41767021143**


I, **Karl Sofiann Axel Polano**, wish to state that:

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, the judicial district in which Twitch may be found, and will accept service of process from the claimant.
- I swear, under penalty of perjury, that I have a good faith belief that the material identified in the notification was identified, removed, and/or disabled as a result of mistake or misidentification.