Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
anna@zwillgen.com

Attorney for Defendant
**DISCORD INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>        Defendants. | Case No.: 21-cv-04184-JSW<br><br>The Honorable Jeffrey S. White<br><br>**NOTICE OF APPEARANCE OF ANNA HSIA FOR DEFENDANT DISCORD INC.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Anna Hsia, of ZwillGen Law LLP, hereby enter my appearance as counsel for Defendant Discord Inc. in this matter.

All pleadings, discovery and other material should be served upon counsel at:

> Anna Hsia
> ZwillGen Law LLP
> 369 Pine Street, Suite 506
> San Francisco, CA 94104
> Telephone: (415) 590-2335
> Facsimile:  (415) 636-5965
> Email: anna@zwillgen.com

| | |
|---|---|
| DATED: September 7, 2021 | **ZWILLGEN LAW LLP** |
| | By: /s/ Anna Hsia |
| | Anna Hsia |
| | Attorney for Defendant Discord Inc. |