UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>       Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>       Defendants. | Case No.: 21-cv-04184-JSW<br><br>The Honorable Jeffrey S. White<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff's Motion for a Temporary Restraining Order ("TRO") was heard on September 10, 2021 at 9:00 a.m. by this Court. Having considered all the pleadings and papers on file in this action, and on such further documentary evidence and oral argument, the Court finds as follows:

1. Plaintiff has failed to meet the standard required for a TRO.
2. Plaintiff's Motion for a TRO is DENIED.

DATED: _____, 2021

_____
The Honorable Jeffrey S. White
United States District Judge