Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
anna@zwillgen.com

Attorney for Defendant
**DISCORD INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>            Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>            Defendants. | Case No.: 21-cv-04184-JSW<br><br>The Honorable Jeffrey S. White<br><br>**DEFENDANT DISCORD INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Discord Inc. ("Discord") files this corporate disclosure statement and hereby discloses, by and through its undersigned counsel, that there is no parent corporation or publicly held corporation owning 10% or more of Discord's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 7, 2021                    **ZWILLGEN LAW LLP**


By: /s/  Anna Hsia
　　　Anna Hsia

Attorneys for Defendant Discord Inc.