

Case 4:21-cv-04184-JSW Document 42-1 Filed 09/08/21 Page 1 of 1