Discord
ACERTHORN
Overview
Roles
Emoji
Stickers
Moderation
Audit Log
Integrations
Widget
Server Template
COMMUNITY
Enable Community
Threads
Server Boost Status
USER MANAGEMENT
Members
Invites
Bans
4 Bans
Bans by default are by account and IP. A user can circumvent an IP ban by using a proxy. Ban circumvention can be made very hard by enabling phone verification in Moderation.
Search Bans
ESC
ChunkyLeeChong #8892
InitiativeKookie #0832
Redmist #5324
SofiannP #7957

