## New £1 patron! 🎉 Meet ChunkyLeeChong

From:     Patreon (no-reply@patreon.com)

To:       acerthorn@yahoo.com

Date:     Friday, August 27, 2021, 09:37 PM CDT



**ChunkyLeeChong** just became a £1 patron!
Email: **ehueueahwhw@gmail.com**

Send Personal Message

Some important notes:

- Patrons' cards are charged on the first of the month.
- Users can edit pledges at any time and also set monthly maxes so they don't go over their budget.
- We recommend sending out rewards after you see which patron cards were properly charged and accepted.

We love hearing from you!
Have any questions? Please check out our help center.

Patreon    ·    Twitter    ·    Facebook

Patreon Inc. 600 Townsend Street, Suite 500 West, San Francisco, 94103 CA

This email was sent to acerthorn@yahoo.com.
You can change your preferences for Patreon emails under settings.