

Discord  >  My activities

# Someone has been harassing and doxxing me using multiple accounts.

**Ticket details**



**acerthorn**

6 days ago

A person using a variety of online psuedonyms (the one he is most known by is "InitiativeKookie") has been harassing and doxxing me for months. Just a few of his numerous accounts are ...

InitiativeKookie#0832
Acerthorn#5656
fhsfhsfhsfhsshs#6777
jackgg#6503
Cutiekittycat#0500
Sapapa#8070
Conner#8495
VoreNeko777#4172
[username changed]#2601
Henry Carelsen#3086
Deleted User 42f167cc#6852
Deleted User 8bfe60eb#4089
Deleted User 090ce0ed#2731
Deleted User d378282d#0922
Deleted User d15e2f51#8124
Deleted User 241cb167#7666

I am currently attempting to file a lawsuit against him in federal court for this hara However, while that is taking place, I would like you to ban his Device ID and make s



Help

he cannot create any new accounts to harass me with.

A good chunk of his numerous accounts (some of which are deleted accounts) are included above. Here are just a few messages he has sent me over DM.

https://discord.com/channels/@me/867787352385781761/867787580790669342
https://discord.com/channels/@me/867122352399450151/871955779220017163
https://discord.com/channels/@me/844945809916690473/873938515535212594
https://discord.com/channels/@me/845210131264307211/873939957662765077
https://discord.com/channels/@me/874125884469157908/874126173477666876
https://discord.com/channels/@me/878422619156795393/878466104907927615

Bear in mind that these are only the messages that (A) I have on DM, and (B) are so obviously harassment that no further context is needed to understand them as such. I have plenty more messages where I have been harassed than just these.

Nothing short of a total ban from all of Discord is going to stop him. Notice in the second message in the above list, where he admits that, even if I get a court injunction against him, he will still still continue to harass and dox me. A total ban is the only way.

So please, ban his IP address, his device ID, his phone number, his browser, and anything else that could possibly be used to circumvent his ban.



Clyde
5 days ago

Hi,

Thank you for contacting Discord Trust and Safety. We'd like to point you to some tools we've built to help you manage these situations.

First and foremost, if you haven't, you should consider blocking these individuals. We always recommend that you block any user that may be harassing you — it's often the fastest and easiest way to avoid unwanted communication and harassment, as they're often just looking to get a reaction from you. If you're unfamiliar with how blocking — whether users or unwanted friend requests — works, check out the article here.

If you moderate a server where these individuals are harassing you or others, you may want to warn or take action against them. Server moderators are the first line of defense against harassment. If you don't moderate the server, it may be a good idea to reach out to the moderators of the server and let them know what's happening, and they can take action on

the users. If the moderators aren't receptive to your requests, it may also be a good idea to start a separate server that you control.

Even with all of these options, we understand that sometimes users still persist in harassing you or evading your blocks by creating new accounts. If you have tried the above methods and you are still encountering harassing behavior, please respond to this ticket and let us know, and we'll look into it.

Best,
Discord Trust & Safety



acerthorn
5 days ago

I have blocked him and banned him from my Discord. He just creates new accounts and re-joins. I still need you to ban his entire device.



Niflheim
14 hours ago

Hello,

Thank you for bringing this issue to our attention. We've initiated an investigation based on the information that you provided and we'll take appropriate action based on our findings. Please note that for privacy reasons, we're not able to share the specifics of the action taken, if any.

If this user continues to create alternate accounts to evade blocks or bans, feel free to provide their user IDs and any relevant message links and we'll investigate further. If the user is attempting to evade a ban from a server, please provide the server ID as well.

We truly appreciate your efforts in helping us to keep Discord a safe and friendly environment.

For future reference, here are some resources which might help prevent this behavior:
Four steps to a super safe account
Four steps to a super safe server

Sincerely,

Discord Trust & Safety



Add to conversation

LEARN MORE

Download  Company

Help & Support  Jobs — We're hiring

Feedback  Blog

Status  Terms & Privacy