UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>   Plaintiff,<br><br> v.<br><br>KARL POLANO, et al.,<br><br>   Defendants. | Case No.  4:21-cv-04184-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 12 |

  YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Temporary Restraining Order, scheduled on September 10, 2021 at 9:00 a.m. before the HONORABLE JEFFREY S. WHITE, is vacated  A written ruling shall issue.

Dated: September 8, 2021

                Susan Y. Soong
                Clerk, United States District Court

                By: *Jennifer Ottolini*
                Jennifer Ottolini, Deputy Clerk to the
                Honorable JEFFREY S. WHITE
                jswcrd@cand.uscourts.gov