Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS, )
　　　　　　　　　　　　　) Case No: 21-cv-04184-JSW JSW
　　　　　　Plaintiff(s), )
　　　　　　　　　　　　　) **APPLICATION FOR**
　v. ) **ADMISSION OF ATTORNEY**
　　　　　　　　　　　　　) **PRO HAC VICE**
KARL POLANO, et al. ) (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　　　)
　　　　　　Defendant(s). )

　　I, James Orenstein, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Discord Inc. in the above-entitled action. My local co-counsel in this case is Anna Hsia, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 183 Madison Ave., Ste. 1504<br>New York, NY 10016 | ZwillGen Law LLP<br>369 Pine St., Ste. 506<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (646) 362-5590 | (415) 590-2335 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| orenstein@zwillgen.com | anna@zwillgen.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 550749.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/09/21　　　　　　　　　　　　　　　　　James Orenstein
　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of James Orenstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 9, 2021

　　　　　　　　　　　　　　　　　　　　　　 *Jeffrey S White*
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　*October 2012*