Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>KARL POLANO, et al.<br><br>　　　　　　　　Defendant(s). | Case No: 21-cv-04184-JSW<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Jeffrey G. Landis, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Discord Inc. in the above-entitled action. My local co-counsel in this case is Anna Hsia, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>ZwillGen PLLC<br>1900 M St. NW, Suite 250<br>Washington, DC 20036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>ZwillGen Law LLP<br>369 Pine St., Ste. 506<br>San Francisco, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 296-3585 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 590-2335 |
| MY EMAIL ADDRESS OF RECORD:<br>jeff@zwillgen.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>anna@zwillgen.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 489567.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/09/21　　　　　　　　　　　　　　　　　　　Jeffrey G. Landis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Jeffrey G. Landis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 9, 2021

　　　　　　　　　　　　　　　　　　　　　　*[signature: Jeffrey S. White]*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　*October 2012*