Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
anna@zwillgen.com

Jeffrey Landis (*pro hac vice*)
ZwillGen PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
jeff@zwillgen.com

Jamie Orenstein (*pro hac vice*)
ZwillGen PLLC
183 Madison Ave., Suite 1504
New York, NY 10016
Telephone: (646) 362-5590
orenstein@zwillgen.com

Attorneys for Defendant
**DISCORD INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>        Defendants. | Case No.: 21-cv-04184-JSW<br><br>The Honorable Jeffrey S. White<br><br>**DECLARATION OF JAMES ORENSTEIN IN SUPPORT OF DEFENDANT DISCORD INC.'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-3** |

## DECLARATION OF JAMES ORENSTEIN

I, James Orenstein, declare as follows:

1.      I am an attorney with the law firm of ZwillGen Law, LLP, counsel for defendant Discord Inc. ("Defendant").   In such capacity, and except as may be otherwise indicated below, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify to the matters set forth in this Declaration.

2.      On September 10, 2021, I communicated with Plaintiff by email and telephone to request an extension of time to respond to the FAC.

3.      In both our telephone discussion and in an email, Plaintiff graciously agreed to an extension of the deadline for responding to the First Amended Complaint to a date 15 days after the latest of:

      a.   resolution of the Plaintiff's motion for leave to file Second Amended Complaint, ECF 38;

      b.   the filing of Plaintiff's Second Amended Complaint, in the event the Court grants leave to file; or

      c.   service of process on defendant Polano (or the expiration of the time for such service).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on September 10, 2021 at Yarmouth, Maine.

                                    /s/ James Orenstein
                                    James Orenstein