UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>KARL POLANO, et al.,<br><br>    Defendants. | Case No. 4:21-cv-04184-JSW<br><br>**CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 22 |

    YOU ARE HEREBY NOTIFIED that on **November 19, 2021 at 11:00 a.m.**, via AT&T Teleconference, the HONORABLE JEFFREY S. WHITE will conduct the **Initial Case Management Conference** previously scheduled for October 15, 2021, in this matter. The parties shall file their case management statements on or before November 12, 2021. The parties can find the call information on the Court's website: www.cand.uscourts.gov/jsw.

Dated: September 13, 2021

                              Susan Y. Soong
                              Clerk, United States District Court

                              By: *Jennifer Ottolini*
                              Jennifer Ottolini, Deputy Clerk to the
                              Honorable JEFFREY S. WHITE
                              jswcrd@cand.uscourts.gov