UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>        Defendants. | Case No.: 21-cv-04184-JSW<br><br>The Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT |

**~~[PROPOSED]~~ ORDER**

The Court having reviewed Defendant Discord's Consent Motion to Extend Time to Respond to the Amended Complaint, and finding good cause, hereby ORDERS as follows:

Discord's deadline to respond to the First Amended Complaint is extended to a date 15 (fifteen) days after the latest of:

a. resolution of the Plaintiff's motion for leave to file Second Amended Complaint, ECF 38;

b. the filing of Plaintiff's Second Amended Complaint, in the event the Court grants leave to file; or

c. service of process on defendant Polano (or the expiration of the time for such service).

**IT IS SO ORDERED.**

DATED: _____September 13_, 2021              _____
                                              The Honorable Jeffrey S. White
                                              United States District Judge