Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Stebbins

           Plaintiff,

CASE NO. 4:21-cv-04184-JSW

    vs.

Karl Polano

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

           Defendant.

I, David Stebbins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ✔  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $302  Net: $271.8

Employer: Eddie's Steakhouse & Sushi Bar

125 W Rush Ave, Harrison, AR 72601

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.      Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.    Business, Profession or              Yes ✓  No ___
8             self employment?
9       b.    Income from stocks, bonds,           Yes ___  No ✓
10            or royalties?
11      c.    Rent payments?                       Yes ___  No ✓
12      d.    Pensions, annuities, or              Yes ___  No ✓
13            life insurance payments?
14      e.    Federal or State welfare payments,   Yes ✓  No ___
15            Social Security or other govern-
16            ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  $685.50/month in SSI, $46/month in SNAP, and an average of $45.92/month from my
20  Youtube and Twitch channels.
21  3.      Are you married?                       Yes ___  No ✓
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____   Net $_____
26  4.      a.    List amount you contribute to your spouse's support: $ _____
27          b.    List the persons other than your spouse who are dependent upon you for support
28                and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

5. Do you own or are you buying a home?   Yes ___   No ✓

Estimated Market Value: $_____   Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___   No ✓

Make _____   Year _____   Model _____

Is it financed? Yes ___   No ___   If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✓   No ___   (Do not include account numbers.)

Name(s) and address(es) of bank: Arvest, 401 N. Walnut St., Harrison, AR 72601

Present balance(s): $ 222.50

Do you own any cash? Yes ✓   No ___   Amount: $ 3.25

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___   No ✓

8. What are your monthly expenses?

Rent: $ 400   Utilities: 73.99

Food: $ 200.00   Clothing: 50

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| paycheck loan | $ $100 | $ 900 |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

~40,000 in student loan debt

- 3 -

1  _____

2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ____   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  **09/15/2021**                          *[signature]*
12          DATE                          SIGNATURE OF APPLICANT

- 4 -