# Process Service Network™



21218 Merridy St.
Chatsworth, CA 91311
(800)417-7623  Fax: (818)818-6497
Federal I.D. #65-1306884

e-mail: nelson@processnet1.com
website: www.processnet1.com

## Invoice

08/19/2021

David A. Stebbins
123 W. Ridge Avenue, Apt. D
Harrison, AR 72601
(   )
acerthorn@yahoo.com

| Date | Case Name | Detail | Amount |
|---|---|---|---|
| 08/19/2021 Invoice | Stebbins v. Polano, et al. | Formal (Hague) Service of Process on Karl Sofiann Axel Polano in Switzerland. | $795.00 |
| | | Less 20% discount | -159.00 |
| | | Translations provided by client. | |
| | | Amount Due | USD$636.00 |

Terms:  Payable upon receipt

Past due invoices are subject to a 2% per month finance charge

We gladly accept credit cards, PayPal and checks
You may pay online at www.processnet1.com (Click on "Pay Now") or call our office

See our website for terms and conditions of payment and services rendered

- Thank you for the opportunity to be of service -
We find & serve people ANYWHERE in the world

Los Angeles – London – Manila – Taipei – Sao Paulo – Mumbai – Bangkok – Doha

Celebrating 43 years of service to the legal profession