Re:Re:Re:Re:Last warning David.

From:   Sofiann P (sofiannp@hotmail.com)

To:     acerthorn@yahoo.com

Date:   Wednesday, September 15, 2021, 07:53 AM CDT

We'll see, I'm sending the evidence to the judge you fucking manchild.

Sent from my Huawei phone

-------- Original message --------
From: acerthorn <acerthorn@yahoo.com>
Date: Tue, 14 Sep 2021, 11:46 pm
To: Sofiann P <sofiannp@hotmail.com>
Subject: Re: Re:Re:Re:Last warning David.

> The only way it *could* look bad on me is if you showed up in Court and actually brought it up.
>
> And even then, I don't think it will look bad on me.
>
> On Tuesday, September 14, 2021, 10:04:30 AM CDT, Sofiann P <sofiannp@hotmail.com> wrote:
>
> You know you just claimed a livestream that belongs to me on Youtube? This is not going to look good for you.
>
> That livestream segment belongs to me, you falsely claimed it.
>
> Not good David.
>
> -------- Original message --------
> From: acerthorn <acerthorn@yahoo.com>
> Date: Sun, 12 Sep 2021, 9:04 pm
> To: Sofiann P <sofiannp@hotmail.com>
> Subject: Re: Re:Re:Last warning David.
>
>> Rule 8? What are you even talking about? Rule 8 of what?
>>
>> Look man: You haven't won the case. If you disagree with that, why not ask an attorney

to interpret the judges' orders for you?

And even if you force me to serve you with process, all this hostlility, toxicity, and vulgarity that you are leveling at me will certainly weigh against your credibility when the judge is deciding who to side with.

So I highly recommend that you start providing reasonable cooperation in getting this case *actually* finished.

On Sunday, September 12, 2021, 01:57:27 PM CDT, Sofiann P <sofiannp@hotmail.com> wrote:

Rule 8 David.

Sent from my Huawei phone

-------- Original message --------
From: acerthorn <acerthorn@yahoo.com>
Date: Sun, 12 Sep 2021, 8:45 pm
To: Sofiann P <sofiannp@hotmail.com>
Subject: Re: Re:Last warning David.

> Didn't you say you were going to sue me?! But then you say you don't need to?! What's wrong? Are you not actually as confident as you previously represented?
>
> If you already won, then why hasn't Twitch and Youtube reinstated your videos yet?
>
> Sorry, Karl, but I know what the judges' orders said. And they did not say that your videos were fair use. If you want the judge to declare that, you're going to have to appear in the case yourself.
>
> The quicker you appear in the case, the faster you can get the judge to agree that it's fair use.
>
> On Sunday, September 12, 2021, 07:55:38 AM CDT, Sofiann P <sofiannp@hotmail.com> wrote:

Dont need to, already won the case check for yourself and go seek a therapist you really need it man, barking at walls and slashing your dad with a knife isnt normal.

You're insane dude lmao, even the judges switched 3x because they didn't want to deal with your shitty case.

Sent from my Huawei phone

-------- Original message --------
From: acerthorn <acerthorn@yahoo.com>
Date: Sat, 11 Sep 2021, 6:52 pm
To: Sofiann P <sofiannp@hotmail.com>
Subject: Re: Last warning David.

If you're so confident that you've won, there IS a way you can expedite this issue:

Make a voluntary appearance in the case.

Technically, you don't HAVE to show up in the case until I do what is known as "service of process." Well, that's taking longer than normal because you're an international defendant.

But, if you were to appear in the case of your own accord, that would save me a lot of time & money, but it would also allow you to get this case thrown out quicker. It's a win-win for both of us.

You don't even have to mail anything in, using postal mail. You can literally do it online, **_and you don't even need a lawyer to do it_**!!! Yes, you can literally do it on your own, and entirely online! Here, check this out: https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/ecf-registration-requirements/ ("Effective May 1, 2020, and until further notice, pro se parties with existing cases may register to become ECF users and may file documents electronically without first obtaining a judge's permission").

Then, you can ask the judge to issue me a steep fine because I keep abusing the DMCA even after I've been told to fuck off, and you can do it a lot quicker than if I have to do service of process.

C'mon! What are you afraid of? You've already won, haven't you?!

On Saturday, September 11, 2021, 05:39:01 AM CDT, Sofiann P <sofiannp@hotmail.com> wrote:

If you keep abusing the DMCA reports with your shitty fucking videos that noone watches I'll be the one to sue you. You're fucking pathetic, reviewing your content is in itself "Fair Use" as it's criticism and A REVIEW OF YOUR SHITTY CONTENT.

It's unbelievable that even after the court told you to fuck off you continue to risk a Youtube/Twitch Account suspension for abusing the report system.

Kind Regards & Go fuck yourself.

K.S.P.