UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN                                    PLAINTIFF

VS.                          Case 3:21-cv-04184-JSW

KARL POLANO, d.b.a. SOFIANNP, ALPHABET INC.,
DISCORD INC., FACEBOOK INC.,                                       DEFENDANTS
FREDERICK ALLISON, d.b.a. INITIATIVEKOOKIE, and
RAUL MATEAS, d.b.a. TGP482,

**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

The Plaintiff's Motion for Preliminary Injunction is hereby GRANTED.

Defendants Karl Polano, Raul Mateas, and Frederick Allison are hereby ordered not to issue any further DMCA Counter-Notifications against the Plaintiff for the remainder of this action. If the named defendants believe any DMCA Takedown Notices issued by the Plaintiff were filed in error, they may file a motion in this action asking this Court to address their grievances without unduly delaying the action.

**IT IS SO ORDERED**

October _____, 2021.

_____
Jefferey White, presiding judge