Your Copyright Infringement Notice

From:   Twitch (no-reply@twitch.tv)

To:     acerthorn@yahoo.com

Date:   Saturday, August 28, 2021, 04:06 AM CDT



Dear Copyright Claimant:

Twitch takes the rights of intellectual property owners very seriously and complies with all applicable provisions of the Digital Millennium Copyright Act ("DMCA"). It is our policy to respond to valid notices of copyright infringement that comply with the DMCA by expeditiously removing allegedly infringing material and terminating repeat infringers.

We have received and processed your DMCA notice dated Sat, 28 Aug 2021 09:06:30 UTC and have removed the allegedly infringing material identified. The following Claim ID has been assigned to your notice: 08af1441-4d51-4221-80db-6624b5644ecd.

Please do not hesitate to contact us if you have any questions.

Sincerely,

Twitch Staff



© 2021 Twitch, All Rights Reserved

350 Bush Street, 2nd Floor, San Francisco, CA, 94104 - USA