## Re: DMCA Copyright Claim: 2021-08-28T08:50:04.203693157Z - Acerthorn

From: DMCA (dmca-notifications@justin.tv)

To:      dmca-notifications@twitch.tv; acerthorn@yahoo.com

Date:   Tuesday, August 31, 2021, 08:34 PM CDT

Hello,

We have received a counter-notification (pasted below) in response to your notification of claimed infringement. We have noted this under our repeat infringer policy and may replace or cease disabling access to the material(s) complained of and/or restore the Twitch user's account within 10 business days. Thank you!

- MG
Twitch DMCA Ops
dmca-notifications@twitch.tv

----------
From: **Sofiann P** <SofiannP@hotmail.com>
Date: Sat, Aug 28, 2021 at 1:00 PM
Subject: RE: You have received a copyright takedown
To: dmca-notifications@twitch.tv <dmca-notifications@twitch.tv>

URL(s) where the material that was the subject of the notification of claimed infringement appeared before it was identified, removed, or access to it was disabled:
https://www.twitch.tv/videos/1102055994

Name of the claimant who submitted the notification:
**David Stebbins**

Twitch channel:
**SofiannP**

Contact Info:
**Karl Sofiann Axel Polano**
SofiannP@hotmail.com
**Regensbergstrasse 120, Zürich 8050, Switzerland**
**+41767021143**

I, **Karl Sofiann Axel Polano**, wish to state that:

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, the judicial district in which Twitch may be found, and will accept service of process from the claimant.
- I swear, under penalty of perjury, that I have a good faith belief that the material identified in the notification was identified, removed, and/or disabled as a result of mistake or misidentification.

Dear Twitch Staff,

I've just received notification that one of my livestream has been removed due to copyright infringement, which I know it wasn't. It was a review and criticism of David Stebbins' content aswell as exposing his malicious abuse of DMCA & Copyright Strike flagging system. This individual seems to be unaware of what "Fair Use" is because the entire livestream is a clear example of it. We are currently disputing this in court (See: https://dockets.justia.com/docket /california/candce/3:2021cv04184/379614))



Stebbins v. Polano 3:2021cv04184 | US District Court for the Northern District of California | Justia

Date Filed Document Text; June 2, 2021: Filing 5 Initial Case Management Scheduling Order with ADR

dockets.justia.com



This is also the same person that has attempted to abuse the justice system to get money from Google, Walmart, Microsoft and other companies.
(See: https://law.justia.com/cases/federal/appellate-courts/ca9/12-35082/12-35082-2013-05-30.html))



DAVID STEBBINS V. MICROSOFT, No. 12-35082 (9th Cir. 2013)

DAVID STEBBINS V. MICROSOFT, No. 12-35082 (9th Cir. 2013) case opinion from the US Court of Appeals for the

law.justia.com

The entire livestream was dedicated to him, criticizing his behavior as a content creator on Twitch & Youtube which falls under "Fair Use" in Europe & in the US.

If more information is needed I'll be happy to provide them.

Kind Regards,
Karl Sofiann Axel Polano

On Sat, Aug 28, 2021 at 2:06 AM DMCA <dmca-notifications@justin.tv> wrote:

Hello,

We have received and processed your notification. Proper measures have been taken to remove or disable access to this content. You should receive a confirmation email receipt shortly. Thank you!

- MG
Twitch DMCA Ops
dmca-notifications@twitch.tv

On Sat, Aug 28, 2021 at 1:50 AM 'Twitch' via DMCA-Notifications <dmca-notifications@justin.tv> wrote:

**Copyrighted Work**
Description: Accidental Livestream from April 10, 2021
Type: VIDEO
URL where copyrighted work can be viewed: https://www.youtube.com/watch?v=6TSzvSW0V4w

**Reported Content**
VOD: https://www.twitch.tv/videos/1102055994 || Timestamps: | 00:05:59 -> 00:08:03

**Contact Information**
Relationship: Self
Owner Name: Acerthorn
Claimant Name: Acerthorn
Phone Number: 8702046516
Contact Email Address: acerthorn@yahoo.com
Twitch Email Address: acerthorn@yahoo.com
Address: 123 W. Ridge Ave, APT D, US, AR, Harrison, 72601

The claimant has checked the boxes agreeing to the 'penalty of perjury', 'good faith belief', and 'notification is accurate' statements.

**Signature**
David Stebbins