# acerthorn@yahoo.com - Yahoo Mail

mail.yahoo.com/d/folders/82/messages/AFTXD9VZhIKQYULu4wCkEH_lz4w


Google
www.google.com



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

Such evidence should be submitted by replying directly to this email. Please do not send your reply to copyright@youtube.com. If we don't receive notice from you, we may reinstate the material to YouTube.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

   http://www.youtube.com/watch?v=VNIIIyb1vwU
Display name of uploader: Greg

This is a clip taken from a livestream created by the streamer SofiannP on Twitch.com. The upload of this clip was done with the full consent from SofiannP. Acerthorn does NOT own this clip, and is a clear violation of the DMCA system, therefore his channel should be terminated for this offence as not only does he not own the clip, but this has happened multiple times. For example: https://www.youtube.com/watch?v=zOT5z7Y0Fvw Statement from SofiannP: I Karl Sofiann Axel Polano hereby grant you the permission to publicize and post any content taken from my livestreams

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Raul Mateas

Raul Mateas
12th Shelton Avenue
Newark on Trent, Nottinghamshire
NG24 4NX
United Kingdom

raulmateas20@gmail.com

07415 920256

You received this email to provide information and updates around your YouTube channel or account.

