
**acerthorn** 07/30/2021
But at least he won't be able to raise any hell.

1 blocked message — Collapse message


**Karim** 07/30/2021
you can just ban him if he posts anything bad


**acerthorn** 07/30/2021
I want to trick him into giving me a means of tracing him, so I can sue his sorry ass.

He's been harassing and doxxing me for several months now. I want to sue him to get him to stop. But I need to find his real name and address to do that.

For what it's worth, I've currently got a detective on the case. If that PI can give me his real name and address, I'll lower the discord server security then.

1 blocked message — Collapse message


**Karim** 07/30/2021
if he's doxxing you, he can still send the info in the DM's of members


**acerthorn** 07/30/2021
Well, I'm hoping to at least trick him into giving me a means of tracing him.

August 2, 2021

1 blocked message — Collapse message

 @acerthorn Now, if he joins one more time, I'll be able to trace him.
 
**Karim** 08/02/2021
You demented fucking moron lmao, guess who you've been talking too this whole time? Good luck trying to trick me into giving you a way for you to track me now you demented piece of shit. Guess what, I'm still gonna be doxxing you and exposing you to everyone and there's fuck all you can do about it, ban as many accounts as you want because you're not getting rid of me. Hell even if you sue me I ain't going away lmao