UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN                                   PLAINTIFF

VS.                            Case 3:21-cv-04184-JSW

KARL POLANO, d.b.a. SOFIANNP, ALPHABET INC.,
DISCORD INC., FACEBOOK INC.,                                       DEFENDANTS
FREDERICK ALLISON, d.b.a. INITIATIVEKOOKIE, and
RAUL MATEAS, d.b.a. TGP482,

## ORDER TO SHOW CASE

In light of the currently-pending Motion for Preliminary Injunction, the defendants Karl Polano and Raul Mateas are hereby ordered to respond within fourteen (14) days of receiving notice of this motion, to show cause why this motion for preliminary injunction should not be granted.

In addition, the clerk is hereby ordered to send copies of the motion for preliminary injunction, and all attachments thereto, to Mr. Polano and Mr. Mateas via their email addresses at sofiannp@hotmail.com and raulmateas@gmail.com.

No further apperance is needed in this case until Polano and Mateas have been properly served with process pursuant to **Fed.R.Civ.P. 4**.

**IT IS SO ORDERED**

September _____, 2021

_____
Jeffery White, presiding judge