

USM-285 is a 5-part form.  Fill out the form and print 5 copies.  Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

RECEIVED
UNITED STATES MARSHAL
2021 SEP 10 PM 12: 49
EASTERN DISTRICT

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF David A. Stebbins | 4:21-cv-04184-JSW |
|---|---|
| DEFENDANT Karl Polano, et al. | TYPE OF PROCESS ***See below*** |

**FILED**

SEP 20 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Facebook Inc.- Corporation Services Company |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 2710 Gateway Oaks Dr. Suite 150N Sacramento, Ca 95833 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| David A. Stebbins 123 W. Ridge Ave., APT D Harrison, AR 72601 | Number of process to be served with this Form 285 | 5 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold

***Summons, Complaint, Amended Complaint, Order and docket number 12***

RECEIVED
United States Marshal
AUG 04 2021
Northern District of
California - Oakland

Fold

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER 510-637-3535 | DATE 7/1/21 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 5 | District of Origin No. 11 | District to Serve No. 97 | Signature of Authorized USMS Deputy or Clerk 3132 | Date 8/4/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* La' Saevang Customer Service Liaison | [ ] A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 9/10/21 | Time 3: 40 [ ] am [X] pm |
| | Signature of U.S. Marshal or Deputy 4071 |

| Service Fee $ 65 | Total Mileage Charges including *endeavors)* | Forwarding Fee $ 8 | Total Charges $ 73.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

# of DUSMS: 1

# of hours for all DUSMS: 1

# of round trip miles for all vehicles: 6

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT