UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

v.

KARL POLANO, et al.,

    Defendants.

Case No. 21-cv-04184-JSW

**ORDER DIRECTING SERVICE REGARDING SECOND AMENDED COMPLAINT**

Re: Dkt. No. 55

On September 17, 2021, Plaintiff David Stebbins ("Plaintiff"), proceeding *pro se*, filed the second amended complaint ("SAC"). (*See* Dkt. No. 55.) The SAC designated the identities of two defendants, Frederick Allison, and Raul Mateas, who were previously identified as "Doe" defendants. The SAC also added Amazon.com, Inc., as a defendant. It is ORDERED that the Clerk issue summons for these defendants. It is FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, the summons and a copy of the complaint, any amendments, scheduling orders, attachments, and this Order upon Amazon and Allison. Plaintiff alleges that Mateas resides in the United Kingdom. Because the U.S. Marshal is unable to serve process in foreign countries, Plaintiff is ORDERED to serve Mateas in compliance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: September 22, 2021

JEFFREY S. WHITE
United States District Judge