AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |  |
|---|---|---|
| DAVID A. STEBBINS<br>*Plaintiff(s)*<br>v.<br><br>KARL POLANO, et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  21-cv-04184-JSW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**Amazon.com, Inc.**
**Attn: Legal Department – Legal Process**
**300 Deschutes Way SW,**
**Suite 208 MC-CSC1**
**Tumwater, WA 98501**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  **David A. Stebbins**
  **123 W. Ridge Ave.,**
  **APT D**
  **Harrison, AR 72601**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: _____9/22/2021_____

*Susie F. Barrera*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Case No. 21-cv-04184-JSW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

( )  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

( )  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

( )  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

( )  I returned the summons unexecuted because _____ ; or

( )  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: