RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: rbenyamin@wsgr.com

JASON B. MOLLICK (*pro hac vice* forthcoming)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: jmollick@wsgr.com

*Counsel for Defendant Alphabet Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DAVID A. STEBBINS, | CASE NO.: 4:21-cv-04184-JSW |
| Plaintiff, | **NOTICE OF APPEARANCE OF RYAN S. BENYAMIN** |
| v. | |
| KARL POLANO et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Ryan S. Benyamin of Wilson Sonsini Goodrich & Rosati PC, files this Notice of Appearance in the above-captioned matter on behalf of Defendant Alphabet Inc.  I am admitted to practice in the Northern District of California and my California Bar number is 322594.

Dated: October 1, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ryan S. Benyamin
    Ryan S. Benyamin
    rbenyamin@wsgr.com

Attorneys for Defendant
ALPHABET INC.