RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: rbenyamin@wsgr.com

JASON B. MOLLICK (*pro hac vice* forthcoming)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: jmollick@wsgr.com

*Counsel for Defendant Alphabet Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DAVID A. STEBBINS, | CASE NO.: 4:21-cv-04184-JSW |
| Plaintiff, | **DEFENDANT ALPHABET INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| KARL POLANO et al., | |
| Defendants. | |

1      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Alphabet Inc. ("Alphabet") certifies that Alphabet has no parent corporation and that no publicly-held corporation holds more than 10% of its stock.

Dated: October 1, 2021      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ Ryan S. Benyamin
       Ryan S. Benyamin
       rbenyamin@wsgr.com

Attorneys for Defendant
ALPHABET INC.