1  RYAN S. BENYAMIN, State Bar No. 322594
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
3  633 West Fifth Street, Suite 1550
   Los Angeles, California 90071
4  Telephone: (323) 210-2900
   Facsimile: (866) 974-7329
5  Email: rbenyamin@wsgr.com

6  JASON B. MOLLICK (*pro hac vice* forthcoming)
   WILSON SONSINI GOODRICH & ROSATI
7  Professional Corporation
8  1301 Avenue of the Americas, 40th Floor
   New York, New York 10019
9  Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
10 Email: jmollick@wsgr.com

11 *Counsel for Defendant Alphabet Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS, | CASE NO.: 4:21-cv-04184-JSW |
| Plaintiff, | **STIPULATION TO EXTEND ALPHABET INC.'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |
| v. | |
| KARL POLANO et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff David A. Stebbins ("Plaintiff") and Defendant Alphabet Inc. ("Alphabet"), by and through its undersigned counsel, hereby stipulate to extend the time within which Alphabet shall answer or otherwise respond to the operative complaint (currently the Second Amended Complaint, Dkt. 55) to 15 days after all individual defendants are served (Karl Polano, Frederick Allison, and Raul Mateas). This extension will not alter the date of any event or deadline already fixed by Court order.

The undersigned counsel for Alphabet attests pursuant to L.R. 5-1(i)(3) that Plaintiff has concurred in the filing of this stipulation.

Dated: October 1, 2021

For Alphabet Inc., Defendant

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ Ryan S. Benyamin
Ryan S. Benyamin, State Bar No. 322594
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
E-Mail: rbenyamin@wsgr.com


For David A. Stebbins, Plaintiff

123 W. Ridge Avenue, Apt. D
Harrison, Arkansas 72601
Telephone: (870) 212-4947
Email: acerthorn@yahoo.com