UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN                                            PLAINTIFF

VS.                                    Case 3:21-cv-04184-JSW

KARL POLANO, d.b.a. SOFIANNP, ALPHABET INC.,
DISCORD INC., FACEBOOK INC.,                                                DEFENDANTS
FREDERICK ALLISON, d.b.a. INITIATIVEKOOKIE, and
RAUL MATEAS, d.b.a. TGP482,

## MOTION FOR ENTRY OF DEFAULT AS TO FACEBOOK, INC.

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Default as to defendant Facebook Inc.

1. Facebook Inc was served with process on September 10, 2021. This means that their answer was due on October 1, 2021. See **Doc 59** ("SUMMONS Returned Executed Facebook Inc. served on 9/10/2021, answer due 10/1/2021").

2. It is now past 2AM in the central time zone on October 2, 2021, which means it is past midnight in the pacific time zone of the same date. As of the time of this writing, Facebook Inc has not made an appearance in the case.

3. For the aforementioned reasons, I ask for the Clerk to enter Facebook Inc. in default in the above-styled action.

4. Once default is entered, I will file a motion for default judgment.

So requested on this, the 2nd day of October, 2021.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com