USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: David A. Stebbins | COURT CASE NUMBER: 4:21-cv-04184-JSW |
| DEFENDANT: Karl Polano, et al. | TYPE OF PROCESS: ***See below*** |

RECEIVED UNITED STATES MARSHAL 2021 SEP 10 PM 12:49 EASTERN DISTRICT OF ARKANSAS

FILED SEP 20 2021 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Facebook Inc.- Corporation Services Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2710 Gateway Oaks Dr. Suite 150N Sacramento, Ca 95833

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
David A. Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Summons, Complaint, Amended Complaint, Order and docket number 12***

RECEIVED United States Marshal AUG 04 2021 Northern District of California - Oakland

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
Susan Y. Soong /s/ Angel N.J.
TELEPHONE NUMBER: 510-637-3535
DATE: 7/1/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 5
District of Origin No.: 11
District to Serve No.: 97
Signature of Authorized USMS Deputy or Clerk: [signature] 3132
Date: 8/4/2021

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Lai Saevang Customer Service Liaison
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 9/10/21 Time: 3:40 pm
Signature of U.S. Marshal or Deputy: [signature] 407

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | | $8 | $73.00 | | $0.00 |

REMARKS:
# of DUSMS: 1
# of hours for all DUSMS: 1
# of round trip miles for all vehicles: 6

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00