UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN                                    PLAINTIFF

VS.                              Case 3:21-cv-04184-JSW

KARL POLANO, et al                                                  DEFENDANTS

## SUPPLEMENT TO [071] MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Comes now, *pro se* Plaintiff, who hereby submits the following Supplement to my Motion for Leave to File Third Amended Complaint (Doc. 71) in the above-styled action.

1. When I filed the motion, I attached a Proposed Third Amended Complaint. However, I later noticed that it was actually titled "Second Amended Complaint."

2. As I am attempting to serve process on two international defendants under the Hague Convention, my process service agent – Julie Perez – advised me that there is a possibility that this error might result in rejection by the British and Swiss Central Authorities. See **Exhibit A**.

3. To rectify this, please find, attached to this supplement, **Exhibit B**, a Revised Proposed Third Amended Complaint.

4. Please also find attached **Exhibit C**, a revised proposed order granting the motion.

I apologize for the inconvenience and hope that this supplement can clear up any confusion in the issues.

So said on this, the 4th day of October, 2021.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com