## RE: Stebbins v. Polano et al.

From:  Julie (julie@processnet1.com)

To:    acerthorn@yahoo.com

Date:  Monday, October 4, 2021, 01:57 PM CDT

I don't know the answer to that. We'll follow your instructions. There's a risk of rejection by the foreign authorities if the list of documents on the USM-94 don't match the title on the service documents.

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Monday, October 4, 2021 11:35 AM
**To:** Julie <julie@processnet1.com>
**Subject:** Re: Stebbins v. Polano et al.

Well, I can file a "Supplement to Motion for Leave to File Third Amended Complaint," provided a corrected Third Amended Complaint.

Should I do that?

On Monday, October 4, 2021, 01:05:50 PM CDT, Julie <julie@processnet1.com> wrote:

Hello David,

How would the court or defendant know that the *Third Amended* Complaint is also included in the Hague service if it's titled, *Second Amended*? I may be a bit confused. I have to list the documents on the USM-94 form exactly as they are titled. Please call me.

Thank you,

Julie Perez

Manager of Client Services

**Process Service Network, LLC**

21218 Merridy Street

Chatsworth, CA 91311 USA

800-417-7623

**www.processnet1.com**

Serving the legal profession since 1978

Offices in major cities throughout the world

Specializing in international and hard-to-serve cases

---

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Saturday, October 2, 2021 12:44 AM
**To:** Julie <julie@processnet1.com>
**Subject:** Re: Stebbins v. Polano et al.

Ms. Perez,

I just filed a Motion for Leave to File Third Amended Complaint in my case. The motion hasn't been ruled on yet (not that I expected it to be; it's only been a few minutes and it's the middle of the night). However, when I filed that motion, I also attached a coy of my Proposed Third Amended Complaint.

So that Third Amended Complaint is now filed and filemarked.

Attached, you will find a filemarked copy of the Third Amended Complaint (admittedly improperly titled "Second Amended Complaint." I didn't realize I made that error until it was too late), as well as a German translation thereof.

Can you please ensure that BOTH the Third and Second Amended Complaints get sent to the respective central authorities for Hague Service? That way, just in case the Court denies my Motion for Leave to File, it will ensure that the proper complaint gets served on the defendants one way or another.

Thank you for your patience while I sort out this clusterfuck of a case.

Sincerely,

David Stebbins

On Thursday, September 30, 2021, 11:27:18 AM CDT, Julie <julie@processnet1.com> wrote: