UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, d.b.a. ACERTHORN                                    PLAINTIFF

VS.                                              Case 3:21-cv-04184-JSW

KARL POLANO, d.b.a. SOFIANNP,
ALPHABET INC., YOUTUBE LLC,
DISCORD INC.,
FACEBOOK INC., INSTAGRAM LLC                                       DEFENDANTS
AMAZON.COM INC., TWITCH NTERACTIVE INC.
FREDERICK ALLISON, d.b.a. INITIATIVEKOOKIE, and
RAUL MATEAS, d.b.a. TGP482,

## ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND DIRECTING SERVICE

The Court hereby GRANTS the Plaintiff's Motion for Leave to File Third Amended Complaint.

The Clerk is ordered to file the Plaintiff's Revised Proposed Third Amended Complaint Doc. 73-2) as the Third Amended Complaint.

The Clerk is also ordered to issue summons to the newly-named defendants, Youtube LLC, Instagram LLC, and Twitch Interactive LLC.

It is FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, the summons and a copy of the complaint, any amendments, scheduling orders, attachments, and this Order upon Instagram LLC, Youtube LLC, and Twitch Interactive Inc.

**IT IS SO ORDERED.**

Dated: October _____, 2021

_____
JEFFREY S. WHITE
United States District Judge