Intellectual Property Report #470672367341939

From:  Instagram (case++aazq5vmr4e5zcb@support.instagram.com)

To:    acerthorn@yahoo.com

Date:  Monday, June 7, 2021, 10:01 AM CDT

The Instagram Team received a report from you. For reference, your complaint number is 470672367341939.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information. There you will find links to contact forms for submitting reports:

IP Help Center:
http://help.instagram.com/535503073130320/?ref=cr

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

Hacked Accounts:
http://help.instagram.com/368191326593075/?ref=cr

Impersonation Accounts:
http://help.instagram.com/446663175382270/?ref=cr

Underage Children:
http://help.instagram.com/290666591035380/?ref=cr

Abuse and Spam:
http://help.instagram.com/165828726894770/?ref=cr

Exposed Private Information:
http://help.instagram.com/122717417885747/?ref=cr

If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance:
http://help.instagram.com/?ref=cr

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks,

The Instagram Team

-------------------------
Describe your relationship to the rights owner. : I am the rights owner.
Your full name : David Stebbins

Mailing address : 123 W. Ridge Ave,
APT D
Harrison, AR 72601
Email address : acerthorn@yahoo.com
Confirm your email address : acerthorn@yahoo.com
Name of the rights owner : David A. Stebbins
Where is the rights owner based? : United States of America
Which of these best describes the copyrighted work? : Video
Please provide links (URLs) to the copyrighted work or describe it in the box below. : I am a Youtuber and a Twitch streamer who goes by the username "Acerthorn." I recently found out that there is an instagram account which, despite calling itself an "Acerthorn fan club," has not posted any fan art, but is instead just taking clips from my livestreams and posting them verbatim on this site.
What type of content are you reporting? : Photo, video or post
Please provide links (URLs) leading directly to the specific content you are reporting. : https://www.instagram.com/p/CP0osHAlnPo/
https://www.instagram.com/p/CP0oj9RFEae/
https://www.instagram.com/p/CP0oc1yFvB2/
https://www.instagram.com/p/CP0oOmkF28-/
https://www.instagram.com/p/CP0UbgoFhOo/

Describe why you are reporting this content. : This content copies my work
Please provide any additional information that can help us understand your report. : This is most likely not a fan, but a troll looking to harass and dox me. I say this because I am currently filing a lawsuit against a man named Karl Polano in the United States District Court for the Northern District of California (Case No: 3:21-cv-04184-JSC), not just for copyright infringement, but also for harassment and doxxing. So please have these videos taken down ASAP.