## Copyright Report Form #3746154345523475

From:   Instagram (case++aazt2wnugdgmz3@support.instagram.com)

To:     acerthorn@yahoo.com

Date:   Tuesday, June 8, 2021, 03:02 AM CDT

Hi,

Thanks for your report. Please note that the channel you have reached is reserved for reporting violations and/or infringements of intellectual property rights, such as copyright or trademark rights.

Based on the information you have provided, it appears that you may be reporting content based on privacy concerns. If this is indeed your intent, and you wish to request the removal of this content from Instagram on that basis, please visit the following Help Center page:
http://help.instagram.com/122717417885747?ref=cr

If you did mean to report an infringement of your intellectual property rights, please clarify the basis of your report and we can look into this matter further.

Thanks,

Jose
Instagram


>On Mon Jun 7, 2021 21:11:07, original message wrote:
>The Instagram Team received a report from you. For reference, your complaint number is 3746154345523475.
>
>Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.
>If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information. There you will find links to contact forms for submitting reports:
>IP Help Center:
>http://help.instagram.com/535503073130320/?ref=cr
>
>Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.
>For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
>Hacked Accounts:
>http://help.instagram.com/368191326593075/?ref=cr
>
>Impersonation Accounts:
>http://help.instagram.com/446663175382270/?ref=cr
>
>Underage Children:
>http://help.instagram.com/290666591035380/?ref=cr
>
>Abuse and Spam:
>http://help.instagram.com/165828726894770/?ref=cr
>
>Exposed Private Information:
>http://help.instagram.com/122717417885747/?ref=cr
>If the links above do not contain the information you are looking for, you may want to search the Help Center for

more assistance:
>http://help.instagram.com/?ref=cr
>As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.
>Thanks,
>
>The Instagram Team
>
>--------------------------
>Describe your relationship to the rights owner. : I am the rights owner.
>Your full name : David Stebbins
>Mailing address : 123 W. Ridge Ave.,
>APT D
>Harrison, AR 72601
>Email address : acerthorn@yahoo.com
>Confirm your email address : acerthorn@yahoo.com
>Name of the rights owner : David Stebbins
>Where is the rights owner based? : United States of America
>Which of these best describes the copyrighted work? : Video
>Please provide links (URLs) to the copyrighted work or describe it in the box below. :
www.youtube.com/acerthorn
>www.twitch.tv/acerthorn
>What type of content are you reporting? : Photo, video or post
>Please provide links (URLs) leading directly to the specific content you are reporting. :
https://www.instagram.com/p/CP0UbgoFhOo/
>https://www.instagram.com/p/CP0oOmkF28-/
>https://www.instagram.com/p/CP0oc1yFvB2/
>https://www.instagram.com/p/CP0oj9RFEae/
>https://www.instagram.com/p/CP0osHAlnPo/
>https://www.instagram.com/p/CP0vUtilGkU/
>https://www.instagram.com/p/CP0v3ZclBwQ/
>https://www.instagram.com/p/CP1VpwsIgUw/
>Describe why you are reporting this content. : Please select
>Please provide any additional information that can help us understand your report. : I am a Youtuber and a Twitch streamer.
>Five of these nine posts were clips from my livestreams. The other four posts constitute derivative works of my brand. Please take them all down immediately!
>