I was unable to attach the video exhibit directly since the ECF system only allows PDF documents. So instead, please go to the following URL to see the video exhibit:

https://youtu.be/W3qpeL27kUs