**Home**

Company Info | Financials | Annual Meeting | Press Releases | Investor Events | Stock Info | ESG Resources

Leadership & Governance

View all Press Releases

# Facebook Reports Second Quarter 2021 Results

Download this Press Release

MENLO PARK, Calif., July 28, 2021 /PRNewswire/ -- Facebook, Inc. (Nasdaq: FB) today reported financial results for the quarter ended June 30, 2021.

"We had a strong quarter as we continue to help businesses grow and people stay connected," said Mark Zuckerberg, Facebook founder and CEO. "I'm excited to see our major initiatives around creators and community, commerce, and building the next computing platform coming together to start to bring the vision of the metaverse to life."

**Second Quarter 2021 Financial Highlights**

| In millions, except percentages and per share amounts | Three Months Ended June 30, | | Year-over-Year % Change |
|---|---|---|---|
| | 2021 | 2020 | |
| Revenue: | | | |
|   Advertising | $ 28,580 | $ 18,321 | 56% |
|   Other | 497 | 366 | 36% |
| Total revenue | 29,077 | 18,687 | 56% |
| Total costs and expenses | 16,710 | 12,724 | 31% |
| Income from operations | $ 12,367 | $ 5,963 | 107% |
| Operating margin | 43% | 32% | |
| Provision for income taxes | $ 2,119 | $ 953 | 122% |
| Effective tax rate | 17% | 16% | |
| Net income | $ 10,394 | $ 5,178 | 101% |
| Diluted earnings per share (EPS) | $ 3.61 | $ 1.80 | 101% |

**Second Quarter 2021 Operational and Other Financial Highlights**

- **Facebook daily active users (DAUs)** – DAUs were 1.91 billion on average for June 2021, an increase of 7% year-over-year.
- **Facebook monthly active users (MAUs)** – MAUs were 2.90 billion as of June 30, 2021, an increase of 7% year-over-year.
- **Family daily active people (DAP)** – DAP was 2.76 billion on average for June 2021, an increase of 12% year-over-year.
- **Family monthly active people (MAP)** – MAP was 3.51 billion as of June 30, 2021, an increase of 12% year-over-year.
- **Capital expenditures** – Capital expenditures, including principal payments on finance leases, were $4.74 billion for the second quarter of 2021.
- **Cash and cash equivalents and marketable securities** – Cash and cash equivalents and marketable securities were $64.08 billion as of June 30, 2021.
- **Headcount** – Headcount was 63,404 as of June 30, 2021, an increase of 21% year-over-year.

**CFO Outlook Commentary**

Advertising revenue growth in the second quarter of 2021 was driven by a 47% year-over-year increase in the average price per ad and a 6% increase in the number of ads delivered. Similar to the second quarter, we expect that advertising revenue growth will be driven primarily by year-over-year advertising price increases during the rest of 2021.

Home

Company Info    Financials    Annual Meeting    Press Releases    Investor Events    Stock Info    ESG Resources

Leadership & Governance

to have a greater impact in the third quarter compared to the second quarter. This is factored into our outlook.

As noted in recent earnings calls, we continue to monitor developments regarding the viability of transatlantic data transfers and their potential impact on our European operations.

We expect 2021 total expenses to be in the range of $70-73 billion, unchanged from our prior outlook. The year-over-year growth in expenses is driven primarily by investments in technical and product talent, infrastructure, and consumer hardware-related costs. Our expense outlook reflects our commitment to invest ahead of the compelling long-term growth opportunities we see across our product portfolio.

We expect 2021 capital expenditures to be in the range of $19-21 billion, unchanged from our prior estimate. Our capital expenditures are driven primarily by our investments in data centers, servers, network infrastructure, and office facilities.

We expect our full-year 2021 tax rate to be in the high-teens.

**Webcast and Conference Call Information**

Facebook will host a conference call to discuss the results at 2 p.m. PT / 5 p.m. ET today. The live webcast of Facebook's earnings conference call can be accessed at investor.fb.com, along with the earnings press release, financial tables, and slide presentation. Facebook uses the investor.fb.com and about.fb.com/news/ websites as well as Mark Zuckerberg's Facebook Page (https://www.facebook.com/zuck) and Instagram account (https://www.instagram.com/zuck) as means of disclosing material non-public information and for complying with its disclosure obligations under Regulation FD.

Following the call, a replay will be available at the same website. A telephonic replay will be available for one week following the conference call at +1 (402) 977-9140 or +1 (800) 633-8284, conference ID 21995877.

Transcripts of conference calls with publishing equity research analysts held today will also be posted to the investor.fb.com website.

**About Facebook**

Founded in 2004, Facebook's mission is to give people the power to build community and bring the world closer together. People use Facebook's apps and technologies to connect with friends and family, find communities and grow businesses.

**Contacts**

Investors:
Deborah Crawford
investor@fb.com / investor.fb.com

Press:
Ryan Moore
press@fb.com / about.fb.com/news/

**Forward-Looking Statements**

This press release contains forward-looking statements regarding our future business plans and expectations. These forward-looking statements are only predictions and may differ materially from actual results due to a variety of factors including: the impact of the COVID-19 pandemic on our business and financial results; our ability to retain or increase users and engagement levels; our reliance on advertising revenue; our dependency on data signals and mobile operating systems, networks, and standards that we do not control; risks associated with new products and changes to existing products as well as other new business initiatives; our emphasis on community growth and engagement and the user experience over short-term financial results; maintaining and enhancing our brand and reputation; our ongoing privacy, safety, security, and content review efforts; competition; risks associated with government

based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements as a result of new information or future events.

**Non-GAAP Financial Measures**

To supplement our condensed consolidated financial statements, which are prepared and presented in accordance with generally accepted accounting principles in the United States (GAAP), we use the following non-GAAP financial measures: revenue excluding foreign exchange effect, advertising revenue excluding foreign exchange effect and free cash flow. The presentation of these financial measures is not intended to be considered in isolation or as a substitute for, or superior to, financial information prepared and presented in accordance with GAAP. Investors are cautioned that there are material limitations associated with the use of non-GAAP financial measures as an analytical tool. In addition, these measures may be different from non-GAAP financial measures used by other companies, limiting their usefulness for comparison purposes. We compensate for these limitations by providing specific information regarding the GAAP amounts excluded from these non-GAAP financial measures.

We believe these non-GAAP financial measures provide investors with useful supplemental information about the financial performance of our business, enable comparison of financial results between periods where certain items may vary independent of business performance, and allow for greater transparency with respect to key metrics used by management in operating our business.

We exclude the following items from our non-GAAP financial measures:

Foreign exchange effect on revenue. We translated revenue for the three and six months ended June 30, 2021 using the prior year's monthly exchange rates for our settlement or billing currencies other than the U.S. dollar, which we believe is a useful metric that facilitates comparison to our historical performance.

Purchases of property and equipment; Principal payments on finance leases. We subtract both purchases of property and equipment and principal payments on finance leases in our calculation of free cash flow because we believe that these two items collectively represent the amount of property and equipment we need to procure to support our business, regardless of whether we procure such property or equipment with a finance lease. We believe that this methodology can provide useful supplemental information to help investors better understand underlying trends in our business. Free cash flow is not intended to represent our residual cash flow available for discretionary expenditures.

For more information on our non-GAAP financial measures and a reconciliation of GAAP to non-GAAP measures, please see the "Reconciliation of GAAP to Non-GAAP Results" table in this press release.

**FACEBOOK, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
(In millions, except for per share amounts)
(Unaudited)

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---:|---:|---:|---:|
|  | 2021 | 2020 | 2021 | 2020 |
| Revenue | $ 29,077 | $ 18,687 | $ 55,248 | $ 36,423 |
| Costs and expenses: | | | | |
|   Cost of revenue | 5,399 | 3,829 | 10,530 | 7,288 |
|   Research and development | 6,096 | 4,462 | 11,293 | 8,477 |
|   Marketing and sales | 3,259 | 2,840 | 6,102 | 5,627 |
|   General and administrative | 1,956 | 1,593 | 3,578 | 3,175 |
|     Total costs and expenses | 16,710 | 12,724 | 31,503 | 24,567 |
| Income from operations | 12,367 | 5,963 | 23,745 | 11,856 |
| Interest and other income, net | 146 | 168 | 271 | 136 |
| Income before provision for income taxes | 12,513 | 6,131 | 24,016 | 11,992 |
| Provision for income taxes | 2,119 | 953 | 4,124 | 1,911 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Class A and Class B common stockholders:** | | | | | | | | |
| Basic | | 2,834 | | 2,850 | | 2,841 | | 2,851 |
| Diluted | | 2,877 | | 2,879 | | 2,881 | | 2,876 |
| **Share-based compensation expense included in costs and expenses:** | | | | | | | | |
| Cost of revenue | $ | 163 | $ | 117 | $ | 281 | $ | 211 |
| Research and development | | 1,967 | | 1,261 | | 3,376 | | 2,260 |
| Marketing and sales | | 239 | | 187 | | 413 | | 336 |
| General and administrative | | 179 | | 130 | | 309 | | 223 |
| Total share-based compensation expense | $ | 2,548 | $ | 1,695 | $ | 4,379 | $ | 3,030 |

**FACEBOOK, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
(In millions)
(Unaudited)

| | | June 30, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 16,186 | $ | 17,576 |
| Marketable securities | | 47,894 | | 44,378 |
| Accounts receivable, net of allowances of $108 and $114 as of June 30, 2021 and December 31, 2020, respectively | | 11,698 | | 11,335 |
| Prepaid expenses and other current assets | | 4,919 | | 2,381 |
| Total current assets | | 80,697 | | 75,670 |
| Equity investments | | 6,393 | | 6,234 |
| Property and equipment, net | | 50,909 | | 45,633 |
| Operating lease right-of-use assets, net | | 10,525 | | 9,348 |
| Intangible assets, net | | 514 | | 623 |
| Goodwill | | 19,219 | | 19,050 |
| Other assets | | 2,352 | | 2,758 |
| **Total assets** | $ | 170,609 | $ | 159,316 |
| | | | | |
| **Liabilities and stockholders' equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 973 | $ | 1,331 |
| Partners payable | | 949 | | 1,093 |
| Operating lease liabilities, current | | 1,051 | | 1,023 |
| Accrued expenses and other current liabilities | | 11,510 | | 11,152 |
| Deferred revenue and deposits | | 391 | | 382 |
| Total current liabilities | | 14,874 | | 14,981 |
| Operating lease liabilities, non-current | | 10,956 | | 9,631 |
| Other liabilities | | 6,552 | | 6,414 |
| Total liabilities | | 32,382 | | 31,026 |
| Commitments and contingencies | | | | |
| Stockholders' equity: | | | | |
| Common stock and additional paid-in capital | | 52,845 | | 50,018 |
| Accumulated other comprehensive income | | 285 | | 927 |
| Retained earnings | | 85,097 | | 77,345 |

Home

Company Info | Financials | Annual Meeting | Press Releases | Investor Events | Stock Info | ESG Resources

Leadership & Governance

**FACEBOOK, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(In millions)
(Unaudited)

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2021 | 2020 | 2021 | 2020 |
| **Cash flows from operating activities** | | | | |
| Net income | $ 10,394 | $ 5,178 | $ 19,892 | $ 10,081 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | |
| Depreciation and amortization | 1,985 | 1,704 | 3,958 | 3,301 |
| Share-based compensation | 2,548 | 1,695 | 4,379 | 3,030 |
| Deferred income taxes | 229 | 214 | 647 | 690 |
| Other | (21) | 43 | (88) | 49 |
| Changes in assets and liabilities: | | | | |
| Accounts receivable | (1,366) | (122) | (517) | 1,924 |
| Prepaid expenses and other current assets | (1,852) | (325) | (2,313) | (353) |
| Other assets | (185) | 3 | (195) | (15) |
| Accounts payable | 116 | (56) | (134) | (100) |
| Partners payable | (61) | 11 | (133) | (158) |
| Accrued expenses and other current liabilities | 1,482 | (3,995) | (200) | (3,016) |
| Deferred revenue and deposits | 3 | 15 | 9 | (1) |
| Other liabilities | (26) | (487) | 184 | (554) |
| **Net cash provided by operating activities** | 13,246 | 3,878 | 25,489 | 14,878 |
| **Cash flows from investing activities** | | | | |
| Purchases of property and equipment | (4,612) | (3,255) | (8,884) | (6,813) |
| Purchases of marketable securities | (10,297) | (6,179) | (16,528) | (14,063) |
| Sales of marketable securities | 4,687 | 2,617 | 6,337 | 5,381 |
| Maturities of marketable securities | 2,347 | 3,224 | 6,327 | 7,868 |
| Acquisitions of businesses, net of cash acquired, and purchases of intangible assets | (259) | (339) | (259) | (372) |
| Other investing activities | (61) | (245) | (62) | (288) |
| **Net cash used in investing activities** | (8,195) | (4,177) | (13,069) | (8,287) |
| **Cash flows from financing activities** | | | | |
| Taxes paid related to net share settlement of equity awards | (1,354) | (753) | (2,432) | (1,444) |
| Repurchases of Class A common stock | (7,079) | (1,369) | (11,018) | (2,618) |
| Principal payments on finance leases | (123) | (109) | (274) | (209) |
| Net change in overdraft in cash pooling entities | 53 | 63 | 3 | (17) |
| Other financing activities | (45) | 16 | (13) | 114 |
| **Net cash used in financing activities** | (8,548) | (2,152) | (13,734) | (4,174) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | 117 | 93 | (129) | (127) |
| Net increase (decrease) in cash, cash equivalents, and restricted cash | (3,380) | (2,358) | (1,443) | 2,290 |
| Cash, cash equivalents, and restricted cash at beginning of the period | 19,891 | 23,927 | 17,954 | 19,279 |
| **Cash, cash equivalents, and restricted cash at end of the period** | $ 16,511 | $ 21,569 | $ 16,511 | $ 21,569 |
| | | | | |
| **Reconciliation of cash, cash equivalents, and restricted cash to the condensed consolidated balance sheets** | | | | |
| Cash and cash equivalents | $ 16,186 | $ 21,045 | $ 16,186 | $ 21,045 |
| Restricted cash, included in prepaid expenses and other current assets | 201 | 308 | 201 | 308 |
| Restricted cash, included in other assets | 124 | 216 | 124 | 216 |
| **Total cash, cash equivalents, and restricted cash** | $ 16,511 | $ 21,569 | $ 16,511 | $ 21,569 |

Home

Company Info | Financials | Annual Meeting | Press Releases | Investor Events | Stock Info | ESG Resources

Leadership & Governance

(in millions)
(Unaudited)

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2021 | 2020 | 2021 | 2020 |
| **Supplemental cash flow data** | | | | |
| Cash paid for income taxes | $ 3,387 | $ 1,041 | $ 6,294 | $ 1,250 |
| Non-cash investing and financing activities: | | | | |
| Property and equipment in accounts payable and accrued expenses and other current liabilities | $ 2,249 | $ 1,592 | $ 2,249 | $ 1,592 |
| Acquisition of businesses and other investments in accrued expenses and other current liabilities and other liabilities | $ 73 | $ 316 | $ 73 | $ 316 |
| Other current assets through financing arrangements in accrued expenses and other current liabilities | $ 381 | $ — | $ 381 | $ — |
| Repurchases of Class A common stock in accrued expenses and other current liabilities | $ 310 | $ 46 | $ 310 | $ 46 |

**Reconciliation of GAAP to Non-GAAP Results**

(In millions, except percentages)
(Unaudited)

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2021 | 2020 | 2021 | 2020 |
| GAAP revenue | $ 29,077 | $ 18,687 | $ 55,248 | $ 36,423 |
| Foreign exchange effect on 2021 revenue using 2020 rates | (982) | | (1,688) | |
| Revenue excluding foreign exchange effect | $ 28,095 | | $ 53,560 | |
| GAAP revenue year-over-year change % | 56% | | 52% | |
| Revenue excluding foreign exchange effect year-over-year change % | 50% | | 47% | |
| GAAP advertising revenue | $ 28,580 | $ 18,321 | $ 54,018 | $ 35,760 |
| Foreign exchange effect on 2021 advertising revenue using 2020 rates | (975) | | (1,670) | |
| Advertising revenue excluding foreign exchange effect | $ 27,605 | | $ 52,348 | |
| GAAP advertising revenue year-over-year change % | 56% | | 51% | |
| Advertising revenue excluding foreign exchange effect year-over-year change % | 51% | | 46% | |
| | | | | |
| Net cash provided by operating activities | $ 13,246 | $ 3,878 | $ 25,489 | $ 14,878 |
| Purchases of property and equipment | (4,612) | (3,255) | (8,884) | (6,813) |
| Principal payments on finance leases | (123) | (109) | (274) | (209) |
| Free cash flow[1] | $ 8,511 | $ 514 | $ 16,331 | $ 7,856 |

[1] Free cash flow in the second quarter and the first six months of 2020 reflects the $5.0 billion FTC settlement that was paid in April 2020.

**FACEBOOK**

Home

Company Info | Financials | Annual Meeting | Press Releases | Investor Events | Stock Info | ESG Resources

Leadership & Governance

SOURCE Facebook

View all Press Releases

LEARN MORE

     

About    Create a page    Careers    Privacy    Terms    Help

Facebook © 2019