UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS                                                    PLAINTIFF

VS.                              Case 3:21-cv-04184-JSW

KARL POLANO, et al                                               DEFENDANTS

## DEFAULT JUDGMENT IN A CIVIL ACTION

The Court has ordered that:

1. the plaintiff David Stebbins is to recover from the defendant Facebook Inc the amount of one hundred fifty thousand dollars ($150,000), plus post-judgment interest at a rate of 0.08% per annum, plus costs.

2. The court has furthered ordered that the defendant Facebook Inc immediately remove all content which infringes on the plaintiff's copyright, permanently terminate all accounts on any websites it owns that are owned by or associated with the individuals Frederick Allison, Raul Mateas, or Karl Polano, and to not allow (either expressly or tacitly) these individuals to create any new accounts on any website owned by Facebook Inc in the future.

This action was decided by Judge Jeffrey S. White on a Motion for Default Judgment.

Date: October _____, 2021


_____

Jeffrey S. White (presiding judge)