UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>    Defendants. | Case No. 21-cv-04184-JSW<br><br>**ORDER OF REFERRAL**<br><br>Re: Dkt. No. 74 |

On October 4, 2021, Plaintiff filed a motion for default judgment against Defendant Facebook, Inc. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The Court VACATES the hearing set for November 12, 2021. If this matter has not been assigned to a Magistrate Judge within fourteen days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini at jswcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: October 5, 2021

_____
JEFFREY S. WHITE
United States District Judge

Cc: Magistrate Judge Referral Clerk