1  **KILPATRICK TOWNSEND & STOCKTON LLP**
   JOSEPH PETERSEN (SBN 304597)
2  1080 Marsh Road
   Menlo Park, CA 94025
3  Telephone:   (650) 614-6427
   Facsimile:    (650) 326-2422
4  Email:  jpetersen@kilpatricktownsend.com

5  OLIVIA POPPENS (SBN 328359)
   1801 Century Park East, Suite 2300
6  Los Angeles, CA 90067
7  Telephone:   (310) 777-3729
   Facsimile:    (310) 734-1643
8  Email:  opoppens@kilpatricktownsend.com

9  Counsel for *Defendant Facebook, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| DAVID A. STEBBINS, | Case No.: 4:21-cv-04184-JSW |
|---|---|
| Plaintiff, | **DEFENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| KARL POLANO, et al., | |
| Defendants. | |

DEFENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT
CASE NO. 4:21-CV-04184-JSW

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for
2  Defendant Facebook, Inc. ("Facebook") certifies that Facebook has no parent corporation and that,
3  to its knowledge, no publicly-held corporation owns 10% or more of its stock, as of March 31,
4  2021, the date set forth in Facebook, Inc.'s 2021 Proxy Statement.
5
6  DATED: October 6, 2021   Respectfully submitted,
7  KILPATRICK TOWNSEND & STOCKTON LLP
8
9  By: */s/ Joseph Petersen*
    JOSEPH PETERSEN
10
11  Counsel for Defendant
    FACEBOOK INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28