1  **KILPATRICK TOWNSEND & STOCKTON LLP**
   JOSEPH PETERSEN (SBN 304597)
2  1080 Marsh Road
   Menlo Park, CA 94025
3  Telephone:    (650) 614-6427
   Facsimile:    (650) 326-2422
4  Email: jpetersen@kilpatricktownsend.com

5  OLIVIA POPPENS (SBN 328359)
   1801 Century Park East, Suite 2300
6  Los Angeles, CA 90067
   Telephone:    (310) 777-3729
7  Facsimile:    (310) 734-1643
8  Email: opoppens@kilpatricktownsend.com

9  Counsel for *Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>           Plaintiff,<br><br>      vs.<br><br>KARL POLANO, et al.,<br><br>           Defendants. | Case No.: 4:21-cv-04184-JSW<br><br>**DEFENDANT FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L. R. 3-15, the undersigned counsel for Defendant Facebook, Inc. certifies as of this date, other than the named parties, there is no such interest to report.

DATED:  October 6, 2021         Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Joseph Petersen*
        JOSEPH PETERSEN

        Counsel for Defendant
        FACEBOOK, INC.