# Stebbins v. Facebook et al., USDC, NDCA, 4:21-cv-04184-JSW

| | |
|---|---|
| From: | Petersen, Joe (jpetersen@kilpatricktownsend.com) |
| To: | acerthorn@yahoo.com |
| Cc: | sstadler@kilpatricktownsend.com; opoppens@kilpatricktownsend.com |
| Date: | Monday, October 4, 2021, 08:34 PM CDT |

Dear Mr. Stebbins, I've been retained by Facebook in connection with the above action. At the moment, the operative complaint is your September 17, 2021 Second Amended Complaint which has not yet been served on Facebook to the best of our knowledge. It is for that reason that default was entered against Facebook in error. We're amenable to accepting service of the Second Amended Complaint conditioned on our working out a reasonable timetable for Facebook's response and, of course, undoing the erroneous entry of default. If this is acceptable to you, I suggest that we extend Facebook's deadline to respond to the Second Amended Complaint to 15 days after all individual defendants are served (i.e., the same timetable you have worked out with Alphabet's counsel). If that works for you we'll pull together a draft stipulation in the morning.

Also, please let me know if you have availability for a call tomorrow to discuss the case generally.

I look forward to hearing from you and to hopefully speaking with you in the near future.

Best regards, Joe Petersen



**Joseph Petersen**
**Kilpatrick Townsend & Stockton LLP**
**Silicon Valley and New York**
office 650 614 6427 | cell 917 859 9680
jpetersen@kilpatricktownsend.com | My Profile | VCard

* Admitted in California and New York

___

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

___

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.