casetext

Help   Sign In   Free Trial

CARA A.I.   Stoica v. McDonnell Douglas Helicopter Co., No. CV-19-05288-PHX-GMS, 2020 WL 3574603, at   JX

**Keyword Search**   Parallel Search   CARA A.I. Search

Filter   Sort by Relevance   🔔 Create Alert

## 2 Cases found with keyword search

### Top document matches

Stoica v. McDonnell Douglas Helicopter Co.
No. CV-19-05288-PHX-GMS (D. Ariz. Jun. 30, 2020)

Stoica v. McDonnell Douglas Helicopter Co.
No. CV-19-05288-PHX-GMS (D. Ariz. Jan. 27, 2021)

---

### Stoica v. McDonnell Douglas Helicopter Co.

No. CV-19-05288-PHX-GMS (D. Ariz. Jun. 30, 2020)

📄 Motion to dismiss   🏛 Labor & Employ. - Termination

…No. CV-19-05288-PHX-GMS 06-30-2020 Nicholas D. Stoica, Plaintiff, v. McDonnell Douglas Helicopter Company, et al., Defendants. G. Murray Snow Chief United States District Judge ORDER Pending before the Court are Defendant The Boeing Company's ("Boeing") Motion to Dismiss (Doc. 42) and Plaintiff Nicholas Stoica's "Motion Emergency" (Doc. 46), which is construed as a Motion to Strike. For the following reasons, Defendant's Motion is granted and Plaintiff's Motion is denied. Also pending before the…

### Stoica v. McDonnell Douglas Helicopter Co.

No. CV-19-05288-PHX-GMS (D. Ariz. Jan. 27, 2021)

📄 Motion to dismiss

…No. CV-19-05288-PHX-GMS 01-27-2021 Nicholas D. Stoica, Plaintiff, v. McDonnell Douglas Helicopter Company, et al., Defendants. G. Murray Snow Chief United States District Judge ORDER Pending before the Court is Defendant Industrial Commission of Arizona's ("Industrial Commission") Motion Pursuant to Rule 12(b) and Motion for Judgment on the Pleadings Pursuant to 12(c) (Doc. 71) and Plaintiff Nicholas D. Stoica's ("Stoica") Motion of Bad Faith (Doc. 77). For the following reasons, Industrial Commission's…

Make your practice more effective and efficient with Casetext's legal research suite.

Get a Demo

Pricing

Switch

Big firm

Coverage

SmartCite

Public records search

Partnerships and Resources

Law school access

Bar associations

About us

Jobs

Blog

Podcast

News

Twitter

Facebook

LinkedIn

Instagram

Help articles

Customer support

Contact sales

Privacy

Terms

© 2021 Casetext Inc.

Casetext, Inc. and Casetext are not a law firm and do not provide legal advice.