**KILPATRICK TOWNSEND & STOCKTON LLP**
JOSEPH PETERSEN (SBN 304597)
1080 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-6427
Facsimile:    (650) 326-2422
Email: jpetersen@kilpatricktownsend.com

OLIVIA POPPENS (SBN 328359)
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:   (310) 777-3729
Facsimile:    (310) 734-1643
Email: opoppens@kilpatricktownsend.com

Counsel for *Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>*Plaintiff*,<br><br>v.<br><br>KARL POLANO ET AL.,<br><br>*Defendants*. | Case No. 4:21-cv-04184-JSW<br><br>**FACEBOOK, INC.'S REPLY IN FURTHER SUPPORT OF MOTION TO VACATE ENTRY OF DEFAULT**<br><br>Ctrm.:   A, 15th floor<br>Judge:   Hon. Magistrate Judge Alex G. Tse<br><br>SAC Filed:   September 17, 2021<br>Trial Date:   Not Set |

Defendant Facebook, Inc. ("Facebook"), by and through undersigned counsel, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby submits this reply in further support of its Motion to Vacate the Entry of Default [Dkt. 76]. In support hereof, Facebook states the following:

1. Plaintiff expounds at length as to why he believes default was properly entered. However, amidst his digressions he admits that he filed his Second Amended Complaint ("SAC")

1  *before* Facebook's deadline for responding to the First Amended Complaint (Response ¶3). He also implicitly admits that he has not yet served the SAC on Facebook (Response ¶5).

2. In this circumstance, Rule 15(a)(3) of the Federal Rules of Civil Procedure makes abundantly clear that Facebook's response to the operative complaint, which Facebook understands to be the SAC, is due at the *later* of Facebook's time to respond to the original pleading or within 14 days after service of the amended pleading. As such, Facebook has not defaulted with respect to the SAC. In fact, Facebook's time to respond to the SAC has not even begun to run in view of Plaintiff's failure to serve Facebook with that pleading.

3. Counsel for Facebook remains willing to accept service of the SAC and remains willing to cooperate with Plaintiff to set a reasonable deadline for Facebook's response thereto. As previously noted, Plaintiff has already agreed that defendant Alphabet, Inc.'s deadline to respond to the operative complaint will be 15 days following the date on which the individual defendants, at least two of whom appear to be based outside the United States, are served. Plaintiff cannot articulate any possible prejudice in setting Facebook's response deadline on this same schedule.

Accordingly, Facebook respectfully requests that entry of default be vacated and that Facebook's deadline to respond to the Second Amended Complaint (or the Third Amended Complaint, should the Court authorize that amendment) be set for 15 days after all individual defendants are served with the operative Complaint.

DATED:  October 8, 2021          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:  */s/ Joseph Petersen*
     JOSEPH PETERSEN

     Counsel for Defendant
     FACEBOOK, INC.

FACEBOOK INC.'S REPLY IN FURTHER SUPPORT OF MOTION TO VACATE ENTRY OF DEFAULT - 2 -