RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: rbenyamin@wsgr.com

JASON B. MOLLICK (*pro hac vice* forthcoming)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: jmollick@wsgr.com

*Counsel for Defendant Alphabet Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>  Plaintiff,<br><br>  v.<br><br>KARL POLANO et al.,<br><br>  Defendants. | CASE NO.: 4:21-cv-04184-JSW<br><br>**DECLARATION OF RYAN S. BENYAMIN IN SUPPORT OF STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2** |

BENYAMIN DECLARATION                                    CASE NO.: 4:21-cv-04184-JSW

I, RYAN S. BENYAMIN, declare as follows:

1. I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant Alphabet Inc. ("Alphabet"). I have personal knowledge of the facts set forth below and, if called as a witness, could testify to them.

2. We have conferred with Plaintiff David A. Stebbins ("Plaintiff") and Defendants Discord, Inc. ("Discord"), Facebook, Inc. ("Facebook"), and Amazon.com, Inc. ("Amazon"). The parties request continuance of the initial CMC because defendants Karl Polano, Frederick Allison, and Raul Mateas (together, the "Individual Defendants") – each of whom are alleged to be the primary infringers of the work at issue in this case – have not yet been served and have not yet appeared in this action. In addition, Plaintiff has filed a motion for leave to file a Third Amended Complaint which proposes to add a number of additional Defendants, who also have not been served. *See* Dkt. 71. Accordingly, the parties agree that an initial CMC would be most productive once all Defendants have been served and have appeared.[1]

3. This matter was reassigned to the Honorable Jeffrey S. White on August 2, 2021. Dkt. 20. The Court thereafter set the Initial Case Management Conference for October 15, 2021 (Dkt. 22), and continued it *sua sponte* to November 19, 2021 (Dkt. 51). Plaintiff has consented to extensions of time for Defendants Discord (Dkts. 50, 52) and Alphabet (Dkt. 69) to respond to the complaint.

4. The requested continuance will have no effect on other deadlines currently set in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2021 in Los Angeles, California.

*s/ Ryan S. Benyamin*
Ryan S. Benyamin

---

[1] By stipulating to this Request, Amazon did so with the understanding that it reserves all rights and defenses, including that jurisdiction is proper.