RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: rbenyamin@wsgr.com

JASON B. MOLLICK (*pro hac vice* forthcoming)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: jmollick@wsgr.com

*Counsel for Defendant Alphabet Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS, <br><br> Plaintiff, <br><br> v. <br><br> KARL POLANO et al., <br><br> Defendants. | CASE NO.: 4:21-cv-04184-JSW <br><br> ORDER GRANTING **STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2** |

Pursuant to Civil Local Rule 6-2, Plaintiff David A. Stebbins ("Plaintiff") and Defendants Alphabet Inc. ("Alphabet"), Discord, Inc. ("Discord"), Facebook, Inc. ("Facebook"), and Amazon.com, Inc. ("Amazon")[1], by and through their undersigned counsel, hereby request that the Initial Case Management Conference currently scheduled for November 19, 2021 at 11:00 a.m. (Dkt. 51) be continued until all remaining Defendants in this action have been served and have appeared. In support of this request the parties state as follows:

1. The parties request continuance of the initial CMC because defendants Karl Polano, Frederick Allison, and Raul Mateas (together, the "Individual Defendants") – each of whom are alleged to be the primary infringers of the work at issue in this case – have not yet been served and have not yet appeared in this action. In addition, Plaintiff has filed a motion for leave to file a Third Amended Complaint which proposes to add a number of additional Defendants, who also have not been served. *See* Dkt. 71. Accordingly, the parties believe that an initial CMC would be most productive once all Defendants have been served and have appeared.

2. This matter was reassigned to the Honorable Jeffrey S. White on August 2, 2021. Dkt. 20. The Court thereafter set the Initial Case Management Conference for October 15, 2021 (Dkt. 22), and continued it *sua sponte* to November 19, 2021 (Dkt. 51). Plaintiff has consented to extensions of time for Defendants Discord (Dkts. 50, 52) and Alphabet (Dkt. 69) to respond to the complaint.

3. The requested continuance will have no effect on other deadlines currently set in this case.

The undersigned counsel for Alphabet attests pursuant to L.R. 5-1(i)(3) that all other signatories below have concurred in the filing of this document.

\* \* \*

---

[1] By stipulating to this Request, Amazon reserves all rights and defenses, including that jurisdiction is proper over it.

Dated: October 25, 2021

| For Alphabet Inc., Defendant | For Facebook, Inc., Defendant |
|---|---|
| *s/ Ryan S. Benyamin* | *s/ Joseph Edward Petersen* |
| Ryan S. Benyamin | Joseph Edward Petersen |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | KILPATRICK TOWNSEND AND STOCKTON LLP |
| 633 West Fifth Street, Suite 1550 | 1080 Marsh Road |
| Los Angeles, CA 90071 | Menlo Park, CA 94025 |
| Telephone: (323) 210-2900 | Telephone: (650) 326-2400 |
| E-Mail: rbenyamin@wsgr.com | Email: jpetersen@kilpatricktownsend.com |

| David A. Stebbins, Plaintiff | For Amazon.com, Inc, Defendant |
|---|---|
| *s/ David A Stebbins* | *s/ Sanjay Nangia* |
| 123 W. Ridge Avenue, Apt. D | Sanjay Nangia (appearance forthcoming) |
| Harrison, AR 72601 | DAVIS WRIGHT TREMAINE LLP |
| Telephone: (870) 212-4947 | 505 Montgomery Street, Suite 800 |
| Email: acerthorn@yahoo.com | San Francisco, CA 94111 |
|  | Telephone: (415) 276-6577 |
|  | Email: sanjaynangia@dwt.com |

For Discord, Inc., Defendant

*s/ Jui-Ting Anna Hsia*
Jui-Ting Anna Hsia
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Email: anna@zwillgen.com

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: October 25, 2021

_____
Hon. Jeffrey S. White
United States District Judge

The initial case management conference set for November 19, 2021 is VACATED. The Court shall reschedule the initial case management conference once all Defendants have been served and have appeared.