SANJAY M. NANGIA (State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:   sanjaynangia@dwt.com

Attorneys for Defendant
AMAZON.COM, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KARL POLANO, et al.,<br><br>　　　　　Defendant. | Case No. 4:21-cv-04184-JSW<br><br>**NOTICE OF APPEARANCE**<br><br>Assigned to: Hon. Jeffrey S. White<br>Complaint Filed: June 2, 2021<br>Second Amended Complaint Filed: September 17, 2021 |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Amazon.com, Inc. ("Amazon") hereby appears in the above-entitled action by and through Sanjay Nangia of DAVIS WRIGHT TREMAINE LLP and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon him at the address and email address stated above.[1]

Dated:  October 25, 2021                           Respectfully submitted,

                                                            DAVIS WRIGHT TREMAINE LLP

                                                            By:   /s/ *Sanjay M. Nangia*
                                                                     SANJAY M. NANGIA

                                                            Attorneys for Defendant
                                                            Amazon.com, Inc.

DAVIS WRIGHT TREMAINE LLP

---

[1] Amazon reserves all rights and defenses, including that jurisdiction is proper over it.

NOTICE OF APPEARANCE                                                1                        Case No. 4:21-cv-04184-JSW