# Process Service Network

21218 Merridy Street  
Chatsworth, CA 91311  
(800)417-7627

e-mail: julie@processnet1.com or nelson@processnet1.com

website: www.processnet1.com

Los Angeles – London – Manila – Sao Paulo – Bombay/Mumbai - Bangkok

Date:   October 7, 2021

**To:**   Clerk of the Court  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102 USA

**Re:**   Service in **Switzerland** pursuant to The Hague Service Convention  
Stebbins v. Polano, et al. **(Defendant: Karl Sofiann Axel Polano)**  
Civil Action No. 21-cv-04184-JSW

We are assisting the Plaintiff, David Stebbins in effecting service of process on the above-named defendant via the Hague Service Convention in Switzerland. We kindly request that the signature of the Court Clerk is provided on page 1 of the attached *Request For Service Abroad of Judicial or Extrajudicial Documents* (USM-94). Please return by mail, the original signed document to our office at your earliest convenience.

Yours truly,

Julie Perez  
Manager of Client Services  
**Process Service Network, LLC**

Stebbins v. Polano, et al.
Case No. 21-cv-04184-JSW

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Clerk of the Court<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 USA | Obergericht des Kantons Zürich<br>Internationale Rechtshilfe<br>Hirschengraben 13/15<br>Postfach 8021 Zürich 1 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e, (identity and address):

KARL SOFIANN AXEL POLANO
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[ ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

Service is requested pursuant to Federal Rules of Civil Procedure, Rule 4, and the Hague Service Convention

List of documents:
Summons in a Civil Action; Third Amended Complaint; Second Amended Complaint

Done at San Francisco, California, USA, on the 21 day of October 2021

_Kathleen Shambaugh_
Kathleen M. Shambaugh
Acting Clerk of the Court

* Delete if inappropriate.

1

USM-94

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
   the (date)_____
   at (place, street, number)_____

—in one of the following methods authorized by article 5—
   ___ (a) in accordance with the provisions of sub-paragraph (a)
       of the first paragraph of article 5 of the Convention*
   ___ (b) in accordance with the following particular method*:
   _____
   _____

   ___ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
— (identity and description of person)_____

— relationship to addressee (family, business or other):_____

2) that the document has not been served, by reason of the following
facts*:_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____
_____                    Done at:              ,the
                                                   _____,_____

In appropriate cases, documents
establishing the service:
_____                    Signature and/or stamp.
_____
_____                    _____

*delete if inappropriate.

Stebbins v. Polano, et al.
Case No. 21-cv-04184-JSW
Case 4:21-cv-04184-JSW   Document 85   Filed 10/26/21   Page 4 of 5

# WARNING

Identity and address of the addressee:

**KARL SOFIANN AXEL POLANO**
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

## IMPORTANT

The enclosed document is of a legal nature and may affect your rights and obligations. The "Summary of the Document to Be Served" will give you some information about its nature and purpose. You should however read the document itself carefully. It may be necessary to seek legal advice.

If your financial resources are insufficient you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.

Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to:

> Clerk of the Court
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> San Francisco, CA 94102 USA

3

USM-94

Stebbins v. Polano, et al.
Case No. 21-cv-04184-JSW

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
(Article 5, fourth paragraph)

**Name and address of the requesting authority:**
Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102 USA

**Particulars of the parties*:**

**KARL SOFIANN AXEL POLANO** (Defendant)
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

## JUDICIAL DOCUMENT**

**Nature and purpose of the document:**

To give notice to the Defendant of the commencement of a civil claim for copyright infringement, injunctive relief, statutory, compensatory and punitive damages, and to summons him to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**

Civil claim for determination of issues as stated in the documents to be determined by the Court of original jurisdiction.

**Date and place for entering appearance**:**

Not applicable (N/A)

**Court which has given judgment**:**

Not applicable (N/A)

**Date of judgment**:**

Not applicable (N/A)

**Time-limits stated in the document**:**

Defendant is to serve written defenses (Answer) to the action upon Plaintiff or attorney for Plaintiff within 21 calendar days after service of the Summons (not counting the day you received it).

## EXTRAJUDICIAL DOCUMENT**

**Nature and purpose of the document:** Not applicable (N/A)

**Time-limits stated in the document**:** Not applicable (N/A)

\* If appropriate, identity and address of the person interested in the transmission of the document.
\*\* Delete if inappropriate.

4

USM-94