1  SANJAY M. NANGIA (State Bar No. 264986)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
4  Email:  sanjaynangia@dwt.com

5  Attorneys for Defendant
   AMAZON.COM, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KARL POLANO, et al.,<br><br>　　　　　Defendant. | Case No. 4:21-cv-04184-JSW<br><br>**STIPULATION TO EXTEND AMAZON.COM, INC.'S TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Assigned to: Hon. Jeffrey S. White<br>Complaint Filed: June 2, 2021<br>Second Amended Complaint Filed: September 17, 2021 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff David A. Stebbins ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon"), by and through its undersigned counsel, hereby stipulate to extend the time within which Amazon shall answer or otherwise respond[1] to the operative complaint (currently the Second Amended Complaint, Dkt. 55) to 15 days after all individual defendants (Karl Polano, Frederick Allison, and Raul Mateas) are served and Plaintiff provides e-mail notice of successful service to undersigned counsel (and any other legal counsel that subsequently appear in this matter on behalf of Amazon).  This extension will not alter the date of any event or deadline already fixed by Court order.

Plaintiff has filed a proposed amendment to, among other things, add an Amazon subsidiary as a party to this matter known as Twitch Interactive, Inc. ("Twitch").  Should Twitch be added as a party, the aforementioned extension and terms shall apply to Twitch as well.

The undersigned counsel for Amazon attests pursuant to L.R. 5-1(i)(3) that Plaintiff has concurred in the filing of this stipulation.

Respectfully submitted,

| Dated:  October 26, 2021 | Dated:  October 26, 2021 |
|---|---|
| | DAVIS WRIGHT TREMAINE LLP |
| /s/ *David A. Stebbins* | /s/ *Sanjay M. Nangia* |
| DAVID A. STEBBINS | SANJAY M. NANGIA (SBN 264986) |
| 123 W. Ridge Avenue, Apt. D | 505 Montgomery Street, Suite 800 |
| Harrison, AK 72601 | San Francisco, California 94111 |
| Telephone: (870) 212-4947 | Telephone:    (415) 276-6500 |
| Email: acerthorn@yahoo.com | Facsimile:    (415) 276-6599 |
| | Email:   sanjaynangia@dwt.com |
| Plaintiff | |
| DAVID A. STEBBINS | Attorneys for Defendant |
| | AMAZON.COM, INC. |

---

[1] Amazon reserves all rights and defenses, including that jurisdiction is proper over it.