UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

v.

KARL POLANO, et al.,

    Defendants.

Case No. 21-cv-04184-JSW

**ORDER DEFERRING RULING ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Re: Dkt. No. 71, 73

    Plaintiff has filed a motion for leave to file a third amended complaint in which he seeks to add three additional parties as defendants to this proceeding. Currently, there are seven defendants. Four defendants have appeared in this action so far. The three individual defendants have not yet been served, and it appears that attempts to serve them with the second amended complaint are ongoing. Additionally, the responsive pleading deadlines for the defendants who have already appeared have been extended until after the individual defendants are served. Given these circumstances, the Court finds that the interests of judicial economy would be best served by awaiting resolution of the service of process issues for the three individual defendants before addressing Plaintiff's request to amend his complaint. Accordingly, the Court DEFERS ruling on Plaintiff's motion for leave to file a third amended complaint until all currently named parties have been served and appeared. Once all currently named parties have appeared, the Court will rule on Plaintiff's motion.

    **IT IS SO ORDERED.**

Dated: October 29, 2021

_____
JEFFREY S. WHITE
United States District Judge