## Process Served

| | |
|---|---|
| From: | Bowers, Jamie (USMS) (jamie.bowers@usdoj.gov) |
| To: | acerthorn@yahoo.com |
| Date: | Tuesday, October 26, 2021, 10:08 AM CDT |

Good morning,

I spoke to the deputy and the process you inquired about was served on October 8, 2021.

Thank you,

Jamie Bowers

Administrative Clerk

404-331-6833

75 Ted Turner Drive SW

Atlanta, GA 30303