# RE: [EXTERNAL] Re: Process Served

From:   Bowers, Jamie (USMS) (jamie.bowers@usdoj.gov)

To:     acerthorn@yahoo.com

Date:   Friday, October 29, 2021, 01:46 PM CDT

Good afternoon,

The proof of service was emailed to the Northern District of California on 10/26/2021. However, I am not sure if they have filed it with the clerk of court there yet or not. I suggest calling them to follow up with the status of that.

Thank you,

Jamie Bowers

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Friday, October 29, 2021 2:38 PM
**To:** Bowers, Jamie (USMS) <JBowers@usms.doj.gov>
**Subject:** Re: [EXTERNAL] Re: Process Served

When will the proof of service be sent to the Northern District of California?

On Tuesday, October 26, 2021, 10:38:05 AM CDT, Bowers, Jamie (USMS) <jamie.bowers@usdoj.gov> wrote:

Yes, I have attached the official form that says it was served. I sent it back to the Northern District of California and they will file it with the Clerk of Court there as well. Let me know if you need anything else!

Thank you,

Jamie Bowers

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, October 26, 2021 11:27 AM
**To:** Bowers, Jamie (USMS) <JBowers@usms.doj.gov>
**Subject:** [EXTERNAL] Re: Process Served

Dear Ms. Bowers,

Can you please send me, over email, the affidavit of service (or any other proof of service) that you are sending to the Court? Because I should be eligible to have Mr. Allison listed in default by now, but in order to do that, I need official proof of service. This email does not count as *official* proof.

Sincerely,

David Stebbins

On Tuesday, October 26, 2021, 10:08:51 AM CDT, Bowers, Jamie (USMS) <jamie.bowers@usdoj.gov> wrote:

Good morning,

I spoke to the deputy and the process you inquired about was served on October 8, 2021.

Thank you,

Jamie Bowers

Administrative Clerk

404-331-6833

75 Ted Turner Drive SW

Atlanta, GA 30303