- **Exhibit 01**
    - A community post I made on or around February 27, 2021, complaining about low-retention views, and asking if people were intentionally out to get me.

- **Exhibit 02**
    - An email notification I received later that same day, notifying me of a comment posted by one "InitiativeKookie," admitting to being out to get me by intentionally killing my channel via low-retention views.

- **Exhibit 03**
    - A comment I received on Reddit by the same person as in Exhibit 02, demonstrating that he was following me across multiple websites.

- **Exhibit 04**
    - The title and description of a video Allison made for the sole purpose of harassing me.

- **Exhibit 05**
    - Allison's "InitiativeKookie" channel as of March 11, 2021, demonstrating that he has also made a second video dedicated to harassing me.

- **Exhibit 06**
    - An email notification of a comment I received from Patient-Pea9364 on March 14, 2021, claiming that he was InitiativeKookie (and therefore either Frederick Allison or his son Jonathan Allison) under a different account and username.

- **Exhibit 07**
    - Another comment from Patient-Pea9364, also on March 14, 2021, continuing the harassment.

- **Exhibit 08**
    - Another comment from Patient-Pea9364, also on March 14, 2021, continuing the harassment.

- **Exhibit 09**
    - After the video shown in Exhibit 04 was removed by DMCA Takedown, Allison (under his new name, Patient-Pea9364) reposted it on March 14, 2021.

- **Exhibit 10**
    - A message Allison sent to me on Reddit on March 14, 2021, providing the link to the video shown in Exhibit 09. Notice that he is using the username Patient-Pea42, rather than 9364. That leads us to …

- **Exhibit 11**
    - A message from the Reddit admins, dated March 14, 2021, explaining that the user

Patient-Pea9364 has been sanctioned for harassing me in chat. This is a different username than what is shown in Exhibit 10. So even though I do not have screenshot proof of what the harassment was, you can still tell that it was a separate act of harassment from Exhibit 10.

- **Exhibit 12**
    - Another message from Reddit admins, dated March 15, 2021, explaining that Allison – now under the username Patient-Pea2495 – has harassed me *again* and was sanctioned for it.

- **Exhibit 13**
    - An email notification I received from Discord on March 18, 2021, where Allison – under the name "InitiativeKookie," said he had "brought [me] a present." A discord user named Shane was clearly put off by Allison's so-called "present."
- **Exhibit 14**
    - A video clip, showing that the "present" mentioned in Exhibit 13 was a slew of unsolicited pornography.

- **Exhibit 15**
    - A message from Karl Polano on Reddit, dated March 24, 2021, threatening to make my life "a descent into hell" if I did not abandon my aspirations of a full-time career on Youtube and/or Twitch.

    - Now, I know what you're thinking: All he says is that my life will become a descent into hell, not that he, personally, will cause it to become so. If this were the *only* message he had ever sent to me, I might be inclined to agree. However, fast forward a few months, and the only "hell" my life has "descended into" is the "hell" that he and the other individual defendants are personally and directly causing!

- **Exhibit 16**
    - A reddit post dated March 25, 2021, where Allison (now under the username Old-Zucchini-7858) continues to harass me.

- **Exhibit 17**
    - Another post, on the same date, by Allison under the same username, also harassing me.

- **Exhibit 18**
    - A screenshot – dated April 11, 2021 – where Allison created a new Youtube channel called "Spinning Monkeys" for the sole purpose of infringing on my copyright by creating a video called "What Happens When You Blind Yourself."

- **Exhibit 19**
    - A copy of that video, showing that it contains at least one frame from my accidental livestream.

- **Exhibit 20**
  - A screenshot of a video watch page on Vimeo, showing that it used to contain a clip from my accidental livestream. It also shows that Vimeo used my real name, rather than "Acerthorn," when showing who had the video taken down.

- **Exhibit 21**
  - A message, dated April 12, 2021, from Reddit admins showing that Allison – under the username CapSpirited7229 – was permanently banned from Reddit for harassing me.

- **Exhibit 22**
  - A screenshot of Allison's new "InitiativeKookie" channel as of April 12, 2021, showing that he not only re-uploaded his old "RIP Acerthorn" video, but also uploaded a new "5-Gum" variation of the clip from my accidental livestream.

- **Exhibit 23**
  - A copy of the 5-gum video shown in Exhibit 22, showing that it is nothing more than a clip of the strange noises from the accidental livestream, but bookended with some non-transformative gum commercial clips.

- **Exhibit 24**
  - A screenshot of a new channel that Allison made, called "Incognito Pelican," as of April 13, 2021, where he not only reposted the "5-gum" video, but also uploaded a video called "Cod Zombies be like (Acerthorn Moment) #Shorts."

- **Exhibit 25**
  - A copy of the "Cod Zombies" video, showing that, despite the title, it is nothing more than a verbatim copy of the strange noises from the accidental livestream, with no alterations or modifications whatsoever.

- **Exhibit 26**
  - Some harassment on Reddit from Allison, explaining that he now knows my real-life name, address, and personal information.

- **Exhibit 27**
  - A screenshot – dated April 13, 2021 – where Allison's Youtube channel "Spinning Monkeys" had reposted the 5-Gum video.

- **Exhibit 28**
  - A link to a video. This is a collab stream I did with Karl Polano on April 18, 2021. He lured me into this video under false pretenses, but near the end of the stream, he removed his sheep's clothing and bore his wolf's fangs and teeth by doxxing me.

- **Exhibit 29**

- A video of the Great Six Discord Server, dated April 25, 2021, where the members of that server – including Karl Polano – are aggressively harassing me because I am seeking to have my copyrighted content removed from the server.

- **Exhibit 30**
  - A pair of screenshots – both of which are dated April 26, 2021 – of a direct message on Discord with a guy going by the username "I Only Heal." This man isn't a troll. Rather, he is warning me that, at that point in time, that Karl Polano was doxxing me on his Twitch channel. On Page 2, you can see that he has also reported this stream for doxxing, and even sent me a screenshot proving that he was doing so.

  - Also, while I forgot to take a screenshot of this, I can testify under oath that this stream was called "Acerthorn Exposed." This will become important in Exhibit 33.

- **Exhibit 31**
  - After I also reported that stream, I received an email from Twitch, telling me that the report was under investigation. It also states that "removal of the related content" is a sanction reserved for the "more serious" offenses, on par with "indefinite suspension."

- **Exhibit 32**
  - Later that same day, Twitch sent me another email, stating that they agreed that this stream violated their terms of service and/or community guidelines, and that "enforcement action" was taken, although it does not state exactly what this "enforcement action" was.

- **Exhibit 33**
  - A video – taken on May 30, 2021 – of Polano's past twitch streams, showing that the April 18 collab between him and me is still up, but the "Acerthorn Exposed" stream is not. Therefore, the "enforcement action" mentioned in Exhibit 32 must have been removal of the content, which, as is explained in Exhibit 31, is one of the most serious sanctions that could possibly happen.

- **Exhibit 34**
  - A video – uploaded on May 3, 2021 – that was posted to the Great Six Discord Server, which is nothing but a re-posting of the "What Happens When You Blind Yourself" video shown in Exhibit 19, but which has been renamed "Acercock."

- **Exhibit 35**
  - A video – uploaded on May 5, 2021 – that was posted to the Great Six Discord server, which is just an unaltered clip of the "strange noises" portion of the accidental stream, with no noteworthy alterations or modifications whatsoever.

- **Exhibit 36**
  - A direct message on Discord – dated May 8, 2021 – with a discord user named

DeFranko, where he states that he believes that me issuing DMCA Takedowns against them is an exercise in futility, because "they can just repost it," and that even terminating the accounts of repeat infringers won't stop it.

- **Exhibit 37**
  - A censored screenshot of a direct message, sent to me by a person named "Connee," showing that Polano was monitoring my Discord server, and finding new members who he could send doxxing direct messages to.

- **Exhibit 38**
  - A screenshot from the Great Six Discord server, where Polano admits that there are many other videos on that server which infringe on my copyright, besides the ones that my informants have sent to me.

- **Exhibit 39**
  - A screenshot – taken on May 20, 2021 – showing that Polano has reposted the "5-Gum" video on Youtube in Allison's place.

- **Exhibit 40**
  - After I issued a DMCA Takedown against Polano in response to the video upload depicted in Exhibit 39, the members of the Great Six Discord server conspired to have my channel taken down with false DMCA claims.

- **Exhibit 41**
  - A screenshot – taken on May 20, 2021 – showing that Polano (under the username someguyfromlossantos, the same as his reddit username) created an Urban Dictionary entry whereby my online name "Acerthorn" is defined as "inability to take blame for anything and urges to sue anyone."

- **Exhibit 42**
  - After I reached 50 followers on Twitch (and therefore became eligible for the Twitch Affiliate Program), the members of the Great Six Discord (including Raul Mateas) conspired to ruin my aspirations for Twitch Affiliate status by unfollowing me *en masse*.

- **Exhibit 43**
  - A message – dated May 23, 2021 – sent to me by Polano on Reddit, where he throws a tantrum because I managed to get Twitch Affiliate status despite the individual defendants' best efforts to sabotage me.

- **Exhibit 44**
  - A message from the Reddit Admins a few days later, stating that they sanctioned Polano because they agreed with me that the message depicted in Exhibit 43 constituted harassment.

- **Exhibit 45**
    - A message from a Discord user called "In Tune Kitten," where she explains that the Great Six Discord server attempted to recruit her after seeing that she was a member of my Discord server. She also explains that they were trying to dox me.

- **Exhibit 46**
    - A video, showing that a person on Discord named VoreNeko777 had attempted to infect me with a virus, followed by Allison (under the name InitiativeKookie 353) contacting me on Reddit and taking credit for being the one to infect me.

- **Exhibit 47**
    - An direct message sent to me on Instagram where Polano called me a bitch and said that I "ain't stoppin" them.

- **Exhibit 48**
    - A video of a livestream originally streamed by Polano where he spent thee solid hours doing nothing but harassing and doxxing me.

- **Exhibit 49**
    - Harassment from Frederick Allison on July 20, 2021, calling me various ableist names.

- **Exhibit 50**
    - A user on Discord (most likely Raul Mateas) who has created an account with my IP address as his username, and admitting that his purpose is to troll and dox me with this account. This conversation happened on July 22, 2021.

- **Exhibit 51**
    - A direct message on Discord where Frederick Allison admitted to being the Discord user "Karim," calling me a "demented fucking moron" and a "demented piece of shit," and vowing that he will continue to dox and harass me, no matter what I do, even if I get a judgment against him.

- **Exhibit 52**
    - A follow-up from Exhibit 51, this time on Reddit, dated August 6, 2021.

- **Exhibit 53**
    - More Reddit harassment from Allison, dated August 7, 2021.

- **Exhibit 54**
    - Another direct message from another one of Allison's throw-away accounts, dated August 8, 2021 and calling me a "deranged fuck."

- **Exhibit 55**
    - Allison rejoining my Discord with yet another account, also on August 8, 2021.

- **Exhibit 56**
    - Allison rejoining the server – again on August 8, 2021 – and telling me that he has found a way to bypass Discord's phone verification system.

- **Exhibit 57**
    - Allison – this time under the Youtube channel "Sigmi Nultz" – reposting an unaltered clip from my accidental livestream, depicting the strange noises without even *attempting* any sort of transformative value, and calling me "insane" to boot.

- **Exhibit 58**
    - Reddit Admins taking my side regarding Allison's harassment on August 20, 2021.

- **Exhibit 59**
    - Allison harassing me on Reddit on August 22, 2021.

- **Exhibit 60**
    - Reddit Admins sanctioning Allison for the harassment depicted in Exhibit 59.

- **Exhibit 61**
    - The "disciplinary action" mentioned in Exhibit 60 was that his account was suspended.

- **Exhibit 62**
    - More Reddit harassment from Allison, dated August 23, 2021

- **Exhibit 63**
    - More Reddit harassment from Allison (this time under the name "anon watcher") also dated August 23, 2021.

- **Exhibit 64**
    - More Reddit harassment from Allison, dated August 24, 2021.

- **Exhibit 65**
    - A stream from Karl Polano, originally streamed on August 26, 2021, where he plays as me, and has me escape from an asylumn, the implication being that this is an artistic re-enactment of something that Acerthorn (aka me) did in real life … get it?! *Because I'm deranged!!!!!*

- **Exhibit 66**
    - Another re-uploading of the same video as in Exhibit 57, but this time under a Youtube channel that is also my real name, so it also counts as impersonation as well as copyright infringement.

- **Exhibit 67**

- More Reddit harassment from Allison, dated September 6, 2021.

- **Exhibit 68**
  - Another act of harassment from Allison, also dated September 6, 2021, also committing more impersonation.

- **Exhibit 69**
  - Allison creating a new account to continue to impersonation after the account in Exhibit 68 got suspended.

- **Exhibit 70**
  - More Reddit harassment from Allison, dated September 7, 2021.

- **Exhibit 71**
  - A new user on Youtube by the name of "Rr Rty," harassing me in the comments. Dated September 11, 2021.

- **Exhibit 72**
  - InitiativeKookie (aka Allison) harassing me on Reddit on September 11, 2021, and telling me the same thing that Rr Rty said in the Youtube comment, proving that they are the same person.

- **Exhibit 73**
  - Karl Polano, on September 11, 2021, sending me a vulgar, harassing, and threatening email.

- **Exhibit 74**
  - A 10-page PDF document showing how Allison, during one of my streams on September 12, 2021, created ten different accounts in the span of only 1 hour and 11 minutes to harass and dox me multiple times, and also to evade the bans that I gave him.

- **Exhibit 75**
  - Harassment from Allison on Reddit later that same day, vowing to continue to make new Twitch accounts and spam my channel with harassment and doxxing.

- **Exhibit 76**
  - Harassment on Reddit from Allison, dated September 13, 2021.

- **Exhibit 77**
  - A message on Reddit from September 13, 2021, notifying me that Allison (now acting under the Youtube channel "Yuki Yamazaki") has posted a clip from the April 18, 2021 collab stream. After I had it taken down (see Exhibit 78), he accused me of "claiming" a video that was not my clip.

- **Exhibit 78**
    - Since I am a co-author of that stream, I have a copyright interest which gives me the right to issue a DMCA Takedown against that video. This exhibit shows that I did exactly that.

- **Exhibit 79**
    - Another redditor notifying me that a Youtube channel called "Greg" has now reposted the same clip that was the subject of Exhibits 77 & 78. Dated September 14, 2021.

- **Exhibit 80**
    - An email, sent to me by Karl Polano on September 15, 2021 at 7:53AM CDT, calling me a "fucking manchild."

- **Exhibit 81**
    - An email, sent to me by Karl Polano on September 15, 2021 at 1:07PM CDT, calling me "obviously mentally ill," calling me a "dummie," promising to "expose" (read: dox) me on Youtube, calling me an "obese manchild," and stating that he is even digging into my *medical records* (when he references my "psychiatric review")

- **Exhibit 82**
    - An email from Raul Mateas, admitting to being "Greg" (the one who posted the second version of the April 18, 2021 stream), and admitting that the only reason he and the other individual defendants were doing this is "because you'd lose any viewers you already have if people saw you for who you actually are."

- **Exhibit 83**
    - Another PDF document, showing Allison harassing me on another one of my streams (this time, a stream dated September 26, 2021), creating multiple accounts over the course of only a few minutes, culminating in another viewer called hivetypical telling me that he (Allison) has sent him (hivetypical) a whisper stating that he is DDOSing my stream.

- **Exhibit 84**
    - Allison – under the Discord name "Clarple" – is asking to be unbanned from my Discord. I know it's Allison because, right before I blocked him, he called me by my real name, something only the individual defendants do.

- **Exhibit 85**
    - A person on my old Discord server by the name of "Big Dick Dog" posting "the Symptoms of Asperger Syndrome." Dated August 20, 2021.

- **Exhibit 86**
    - Proof that Raul Mateas not only is a moderator in Polano's "Great Six" Discord Server, but also has the full Discord name of "TGP482#7412.

- **Exhibit 87**
  - Raul Mateas rejoined the Great Six Discord server on September 7, 2021. This was around the time many Great Six members were rejoining after having their accounts banned for "cyberbullying or targeted harassment against an individual" (that individual being myself), so it is highly likely that Mateas was likewise creating this account in order to evade a ban.

- **Exhibit 88**
  - Mateas's new Discord account is TGP482#2622, so this is definitely a new account, not him simply leaving the server by accident and then rejoining.

- **Exhibit 89**
  - After Allison used a bot to completely sabotage my old Discord server and make it completely unusable, I had no choice but to delete it. In its place, I created a new server, but I would only grant membership to those who I personally invite, or who support me on Patreon, with Youtube channel memberships, or as Twitch subscribers.

- **Exhibit 90**
  - A list of four people (two of whom had their accounts deleted) who are banned from my new Discord server. One of them is SofiannP, aka Karl Polano. Since I cannot ban somebody who is not a member of the server, that means he must have joined that server at some point. The way he joined was by …

- **Exhibit 91**
  - On August 27, 2021, a man by the alias "Chunkly Lee Chong" became a $1/mo Patreon Supporter, earning the right to join my Discord server. This lead to …

- **Exhibit 92**
  - Chunky Lee Chong sharing the invite link with other members of Great Six, enabling multiple people to join the server without supporting me.

- **Exhibit 93**
  - A list of all the people on my Twitch channel who are currently banned. You will notice that the individual defendants, their numerous alternative accounts, and various members of the Great Six discord server (such as colinsillen07 or MennoGRT) make up the overwhelming majority of banned users. Allison's two raids from September 12 and 26 alone make up about half the banned users, and when you add in the numerous attempts to create accounts with my name along with insults at my weight, they make up about 95% of the banned users.

- **Exhibit 94**
  - DMCA Counter-Notification provided by Karl Polano to Youtube on May 25, 2021.

- **Exhibit 95**
  - DMCA Counter-Notification provided by Karl Polano to Twitch on August 31, 2021.

- **Exhibit 96**
    - DMCA Counter-Notification provided by Raul Mateas to Youtube on September 16, 2021.

- **Exhibit 97**
    - The Discord user of T.K. Baha[HM]#6503 admitting that his name and address is Frederick Allison, 2057 Knob Lane, Hiawassee, Georgia, 30546.

- **Exhibit 98**
    - Secret Joke forms for the month of March, 2021. Day 12 shows that Jonathan (the winner for that month) has given the email address of jonathana9209@gmail.com. As you can see at the start of the video, the date this spreadsheet was last modified was April 5, 2021, months before I learned he was InitiativeKookie and thus months before I could have modified the spreadsheet to reflect my narrative.

- **Exhibit 99**
    - BeenVerified report showing that Frederick Allison's primary email address is fallison9209@gmail.com.

- **Exhibit 100**
    - Georgia business entity search showing that Frederick Allison is the owner of Allison Enterprises, which is located at the address mentioned in Exhibit 94. Can be found at https://ecorp.sos.ga.gov/BusinessSearch/BusinessInformation?businessId=1191934&businessType=Domestic%20Profit%20Corporation&fromSearch=True

- **Exhibit 101**
    - While using an alternative Discord account, I started speaking with a discord user named T.K. Baha[HM]#8421. He admits that he is InitiativeKookie, and he also admits to wanting to destroy my career simply because he can.

- **Exhibit 102**
    - T.K. Baha[HM]#6503 (the one who admits to being Frederick Allison) changes his Discord name to Jackgg#6503.

- **Exhibit 103**
    - My full conversation with the discord account formerly known as T.K. Baha[HM]#6503 and currently known as Jackgg#6503. Notice how, later in the conversation, when I confront him about being InitiativeKookie, he admits to telling several lies about how much he supports my Youtube and Twitch career, lying about his "support" for my channel, lying about the reason he stopped participating in the Discord, lying when he said I contacted the wrong "Frederick Allison" on Discord to supposedly work things out with him, and many other things. Since I doubt Allison

will offer any evidence in his defense besides his uncorroborated word, his credibility as a witness will be essential in this case, and so his history of lying will be very useful in attacking his credibility.