UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS, <br><br>    Plaintiff, <br><br>v. <br><br>KARL POLANO, et al., <br><br>    Defendants. | Case No. 4:21-cv-04184-JSW <br><br>**CLERK'S NOTICE CONTINUING IMPROPERLY NOTICED HEARING AND REMINDING PARTIES TO CONSULT JUDGE WHITE'S SCHEDULING NOTES BEFORE NOTICING A MOTION** <br><br>Re: Dkt. No. 92 |

      YOU ARE HEREBY NOTIFIED that on January 7, 2022 at 9:00 a.m. the HONORABLE JEFFREY S. WHITE will conduct the Motion For Default Judgment previously incorrectly noticed for December 17, 2021, in this matter.  Judge White is not available on any Friday during the month of December 2021.

      YOU ARE HEREBY FURTHER NOTIFIED to review Judge White's Scheduling Notes prior to noticing a motion to review Judge White's posted unavailability and to ensure a motion date is available for your terminal digit.  All motions are scheduled by terminal digit – the last number in your case number (21-cv-0418**4** JSW).  Judge White's Scheduling Notes may be found: www.cand.uscourts.gov/jsw.  The briefing schedule remains as set: Opposition due: 11-19-21; Reply due 11-26-21.

Dated: November 8, 2021

                                        Kathleen M Shambaugh (Acting) <br>
                                        Clerk, United States District Court

                                        By: _____ <br>
                                        Jennifer Ottolini, Deputy Clerk to the <br>
                                        Honorable JEFFREY S. WHITE <br>
                                        jswcrd@cand.uscourts.gov