DAVID A. STEBBINS
123 W. Ridge Avenue, Apt. D
Harrison, Arkansas 72601
Telephone: (870) 212-4947
Email: acerthorn@yahoo.com

Plaintiff, Acting *Pro Se*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID A. STEBBINS, <br><br> Plaintiff, <br><br> v. <br><br> KARL POLANO ET AL., <br><br> Defendants. | Case No. 4:21-cv-04184-JSW <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT FACEBOOK, INC.** <br><br> Courtroom: 5, 2nd Floor <br> Judge: Hon. Jeffrey S. White |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David A. Stebbins voluntarily dismisses with prejudice his claims in this action as to Defendant Facebook, Inc., which has not filed an answer or otherwise responded to the Complaint (Dkt. 1), the Amended Complaint (Dkt. 11), or the Second Amended Complaint (Dkt. 55).

DATED: November 17, 2021

Respectfully submitted,

DAVID A. STEBBINS

By: /s/ *David Stebbins*

Plaintiff, Acting *Pro Se*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT FACEBOOK, INC.

Page 1 of 1