
**DeFranko** Today at 4:18 PM
you realize that removing the clip once which takes days wont stop the circulation of clips in the slightest lol
they can just repost it (edited)
and most of them already downloaded them anyway most likely


@DeFranko they can just repost it (edited)
**acerthorn** Today at 4:22 PM
Discord is supposed to terminate the accounts of repeat infringers.


**DeFranko** Today at 4:23 PM
that still wont stop it
because theyre all doing this
so unless you somehow takedown the whole server it aint stopping