SANJAY M. NANGIA (State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599
Email:   sanjaynangia@dwt.com

Attorneys for Defendant
AMAZON.COM, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>  v.<br><br>KARL POLANO, et al.,<br><br>    Defendants. | Case No. 4:21-cv-04184-JSW<br><br>**DEFENDANT AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Assigned to: Hon. Jeffrey S. White<br>SAC Filed:   September 17, 2021 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amazon.com, Inc. discloses that it has no parent corporation and no public corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 7, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Sanjay M. Nangia*
Sanjay M. Nangia

Attorneys for Defendant
AMAZON.COM, INC.