Yahoo Mail - Re: [JYBLPIRUIUBYZQFZLSQ5BL37YU] New Copyright...        https://mail.yahoo.com/d/search/keyword=%2522counter%2520notificat...

Re: [JYBLPIRUIUBYZQFZLSQ5BL37YU] New Copyright Counter Notification

From:   YouTube Copyright (youtube-disputes+23p2ly58qj0nu0h@google.com)

To:     acerthorn@gmail.com

Date:   Wednesday, January 12, 2022, 09:47 AM CST



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

Such evidence should be submitted by replying directly to this email. Please do not send your reply to copyright@youtube.com. If we don't receive notice from you, we may reinstate the material to YouTube.

which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Karl Sofiann Polano

Karl Sofiann Polano
Regensbergstrasse 120
8050 Zurich
Switzerland

sofiannp@hotmail.com

076 702 11 43

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066