### Re: DMCA Copyright Claim: 2021-12-20T20:16:10.983296667Z - David Stebbins

From:   DMCA (dmca-notifications@twitch.tv)

To:     acerthorn@yahoo.com

Date:   Monday, January 17, 2022, 10:17 PM CST

Hello,

We have received a counter-notification (pasted below) in response to your notification of claimed infringement. We have noted this under our repeat infringer policy.
Thank you!



**- WLC | Twitch IP Ops**
**E:** dmca-notifications@twitch.tv
**W:** twitch.tv

-----------------------------------------------------------------

Dear Twitch Team,

I've received a copyright strike and one of my livestreams was taken down, I believe this to be a fraudulent copyright claim by Mr Stebbins.
This isn't the first time he has submitted fraudulent claims on both YouTube & Twitch. The claimed livestream on Twitch qualifies as **Fair Use** and Mr Stebbins has no rights to claim the livestream.

I hope you can look into this and stop this user from abusing the platform to censor people talking about him and criticizing his content.

**Date of Claim**
December 20th, 2021

**Claim ID**
c1c8d16a-ff3b-41e3-a3b8-9da0ad16dbf8

**URL**
https://www.twitch.tv/sofiannp/clip/FurrySmoothBobaPJSugar-v1l0MAmdY3gKNM9g

**Claimant**
David Stebbins

**My Twitch**
Twitch.tv/SofiannP

**Full Legal Name**
Karl Sofiann Axel Polano

**E-Mail**
SofiannP@hotmail.com

**Address**
Regensbergstrasse 120, 8050 Zürich

**Phone Nr.**
+41767021143

I, Karl Sofiann Axel Polano, wish to state that:

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, the judicial district in which Twitch may be found, and will accept service of process from the claimant.
- I swear, under penalty of perjury, that I have a good faith belief that the material identified in the notification was identified, removed, and/or disabled as a result of mistake or misidentification.

On Mon, Dec 20, 2021 at 12:16 PM 'Twitch' via DMCA-Notifications <dmca-notifications@justin.tv> wrote:

**Copyrighted Work**
Description: Acerthorn's Livestream from April 18, 2021
Type: VIDEO
URL where copyrighted work can be viewed: https://www.youtube.com/watch?v=QPG_JsbBKGs

**Reported Content**
VOD: https://www.twitch.tv/videos/1204585043?tt_content=full_vod_button&tt_medium=clips_watch_page&t=0h20m4s || Timestamps: | 00:20:04 -> 00:20:40

CLIP: https://www.twitch.tv/sofiannp/clip/FurrySmoothBobaPJSugar-v1l0MAmdY3gKNM9g?filter=clips&range=all&sort=time

**Contact Information**
Relationship: Co-Author
Owner Name: David Stebbins
Claimant Name: David Stebbins
Phone Number: 8702046516
Contact Email Address: acerthorn@yahoo.com
Twitch Email Address: acerthorn@yahoo.com
Address: 123 W. Ridge Ave., APT D, US, AR, Harrison, 72601

The claimant has checked the boxes agreeing to the 'penalty of perjury', 'good faith belief', and 'notification is accurate' statements.

**Signature**
David Stebbins