# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** CJ470090281US                                Remove ✕

Your item was delivered in SWITZERLAND at 9:25 am on November 11, 2021.

## ✓ Delivered

November 11, 2021 at 9:25 am
SWITZERLAND

**Get Updates** ⌄

---

Text & Email Updates                                            ⌄

---

Tracking History                                                ⌄

---

Product Information                                             ⌄

---

See Less ^

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**