# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** CJ470085091US    Remove ✕

Your item was delivered in UNITED KINGDOM at 2:38 pm on November 18, 2021.

## ✓ Delivered

November 18, 2021 at 2:38 pm
UNITED KINGDOM

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**