# RE: Shipping/tracking label copy re: Hague service on Karl Sofiann Axel Polan in Switzerland

From:  Julie (julie@processnet1.com)

To:  acerthorn@yahoo.com

Date:  Friday, November 12, 2021, 11:09 AM CST

Its approximate 2 – 4 months.  The rest of the information still applies to Switzerland.

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Friday, November 12, 2021 9:05 AM
**To:** Julie <julie@processnet1.com>
**Subject:** Re: Shipping/tracking label copy re: Hague service on Karl Sofiann Axel Polan in Switzerland

I asked about Polano/Switzerland, not Mateas/UK.

On Friday, November 12, 2021, 10:46:14 AM CST, Julie <julie@processnet1.com> wrote:

Hi David,

The Hague process in the UK takes approximately 3 – 5 months.  We don't know exactly when they will serve.

Some Hague services are being delayed due to Covid.

Thank you,

Julie Perez

Manager of Client Services

**Process Service Network, LLC**

21218 Merridy Street

Chatsworth, CA 91311 USA

800-417-7623

www.processnet1.com

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Friday, November 12, 2021 2:49 AM
**To:** Julie <julie@processnet1.com>
**Subject:** Re: Shipping/tracking label copy re: Hague service on Karl Sofiann Axel Polan in Switzerland

Ms. Perez,

Polano's documents have reached the Swiss cantonal authority: https://tools.usps.com/go/TrackConfirmAction?tLabels=CJ470090281US#

Do you have any sort of estimate as to when they'll get around to serving Polano?

I ask because, according to this blog post ... Things take longer overseas. Get used to it. - Hague Law Blog ... Switzerland is one of those countries where the "stopwatch becomes a calendar."

Sincerely,

David Stebbins

[The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.]

**Things take longer overseas. Get used to it. - Hague Law Blog**

Last week, I went on a bit of a rant-- my thinking was sparked by a highly informative post by Dan Harris at the...

On Friday, November 5, 2021, 03:15:27 PM CDT, Julie <julie@processnet1.com> wrote:

Hi David,

Per your request, please find the attached shipping label copy with tracking information regarding a Hague service on Karl Sofiann Axel Polan in Switzerland.

Note that I printed the label back in October when I thought the documents were ready to ship. I dropped it off at the post office yesterday afternoon.

Thank you,

Julie Perez

Manager of Client Services

**Process Service Network, LLC**

21218 Merridy Street

Chatsworth, CA 91311 USA

800-417-7623

[www.processnet1.com](www.processnet1.com)

Serving the legal profession since 1978

Offices in major cities throughout the world

Specializing in international and hard-to-serve cases