| **Attestation** | **CERTIFICATE** | *Zustellungszeugnis* | **Attestazione** |
|---|---|---|---|

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de la dite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

**FILED**

**JAN 21 2022**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1. **que la demande a été exécutée**[1]   THAT THE DOCUMENT HAS BEEN SERVED[1]
   *dass das Ersuchen erledigt worden ist*[1]   che la domanda è stata eseguita[1]
   - le (date)   THE (DATE)   - *am (Datum)*   - il (data)
   - à (localité, rue, numéro)   - AT (PLACE, STREET, NUMBER)
   - *in (Ort, Strasse, Nummer)*   - a (località, via, numero)
   - dans une des formes suivantes prévues à l'article 5:   - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
   - *in einer der folgenden Formen nach Artikel 5:*   - in una delle seguenti forme previste dall'articolo 5:

   a) - selon les formes légales (article 5, alinéa premier, lettre a)[1].
   ☐ - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1].
   - *in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)*[1].
   - secondo le forme di legge (art. 5 comma 1 lett. a)[1].

   b) - selon la forme particulière suivante[1]:
   ☐ - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]:
   - *in der folgenden besonderen Form*[1]:
   - secondo la forma particolare seguente[1]:

   c) - par remise simple[1].
   ☐ - *durch einfache Übergabe*[1].   - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1]
   - mediante semplice consegna[1].

   **Les documents mentionnés dans la demande ont été remis à:**
   THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
   *Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
   I documenti di cui alla domanda sono stati consegnati a:

   - (Identité et qualité de la personne):   (IDENTITY AND DESCRIPTION OF PERSON):
   - *(Name und Stellung der Person):*   - (identità e qualità della persona):

   - liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
   - RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):
   - *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:*
   - rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

2. **que la demande n'a pas été exécutée, en raison des faits suivants**[1]:
   THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]:
   *dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte*[1]:
   che la domanda non è stata eseguita, per i seguenti motivi[1]:

   Despite two delivery attempts on our part, the files unfortunately could not be delivered. According to the feedback from the Swiss post office, the recipient did not collect the documents.

   **Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**[1].
   IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1].
   *Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*[1].
   In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1].

   **Annexes:** ANNEXES: *Beilagen:* Allegati:   All documents returned.

   **Pièces renvoyées:**   DOCUMENTS RETURNED:
   *Zurückgesandte Schriftstücke:*   Atti restituiti:

   **Le cas échéant, les documents justificatifs de l'exécution:**   IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
   *Gegebenenfalls Erledigungsstücke:*   Se del caso, gli atti che ne comprovano l'esecuzione:

**Fait à**   DONE AT   *Ausgefertigt in*   Fatto a   Zurich      le   THE   *am*   il   12.01.2021

**Signature et cachet**   SIGNATURE AND STAMP
*Unterschrift und Stempel*   Firma e timbro

Supreme Court of the Canton of Zurich
International Legal Assistance
Hirschengraben 15
P.O. Box
8021 Zurich (Switzerland)