Steophis v. Polano, et al.
Case No. 21-cv-04184-JSW

Case 4:21-cv-04184-JSW   Document 101-1   Filed 01/21/22   Page 1 of 4

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
**(Article 5, fourth paragraph)**

**Name and address of the requesting authority:**
Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102 USA

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben

WR210942

**Particulars of the parties*:**

**KARL SOFIANN AXEL POLANO** (Defendant)
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

## JUDICIAL DOCUMENT**

**Nature and purpose of the document:**

To give notice to the Defendant of the commencement of a civil claim for copyright infringement, injunctive relief, statutory, compensatory and punitive damages, and to summons him to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**

Civil claim for determination of issues as stated in the documents to be determined by the Court of original jurisdiction.

**Date and place for entering appearance**:**

Not applicable (N/A)

**Court which has given judgment**:**

Not applicable (N/A)

**Date of judgment**:**

Not applicable (N/A)

**Time-limits stated in the document**:**

Defendant is to serve written defenses (Answer) to the action upon Plaintiff or attorney for Plaintiff within 21 calendar days after service of the Summons (not counting the day you received it).

## EXTRAJUDICIAL DOCUMENT**

**Nature and purpose of the document:** Not applicable (N/A)

**Time-limits stated in the document**:** Not applicable (N/A)

* If appropriate, identity and address of the person interested in the transmission of the document.
** Delete if inappropriate.

4

USM-94

# WARNING

**Identity and address of the addressee:**

**KARL SOFIANN AXEL POLANO**
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

*[Stamp: Obergericht des Kantons Zürich / Internationale Rechtshilfe / Bitte folgende Referenz immer angeben   WR210942]*

## IMPORTANT

The enclosed document is of a legal nature and may affect your rights and obligations. The "Summary of the Document to Be Served" will give you some information about its nature and purpose. You should however read the document itself carefully. It may be necessary to seek legal advice.

If your financial resources are insufficient you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.

Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to:

> Clerk of the Court
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> San Francisco, CA 94102 USA

USM-94

Stebbins v. Polano et al.
Fall Nr. 21-cv-04184-JSW

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben

WR210942 0

## WARNUNG

**Identität und Anschrift des Adressaten:**
KARL SOPIANN AXEL POLANO
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

## WICHTIG

**Das beigefügte Dokument ist rechtlicher Natur und kann Ihre Rechte und Pflichten beeinträchtigen. Die „Zusammenfassung des zuzustellenden Dokuments" gibt Ihnen einige Informationen über Art und Zweck. Sie sollten jedoch das Dokument selbst sorgfältig lesen. Es kann erforderlich sein, rechtlichen Rat einzuholen.**

**Wenn Ihre finanziellen Mittel nicht ausreichen, sollten Sie sich entweder in Ihrem Wohnland oder in dem Land, in dem das Dokument ausgestellt wurde, über die Möglichkeit der Inanspruchnahme von Prozesskostenhilfe oder Beratung informieren.**

**Anfragen zur Verfügbarkeit von Prozesskostenhilfe oder Beratung in dem Land, an das das Dokument gerichtet ist:**

> Gerichtsschreiber
> Bezirksgericht der Vereinigten Staaten
> Nördlicher Distrikt von Kalifornien
> 450 Golden Gate Avenue
> San Francisco, CA 94102 USA

USM-94

Stebbins v. Polano et al.
Fall Nr. 21-cv-04184-JSW

## ZUSAMMENFASSUNG DES ZU SERVIERENDEN DOKUMENTS

**Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland im Zivil- oder Handelsrecht
Angelegenheiten, unterzeichnet in Den Haag am 15. November 1965.
(Artikel 5, vierter Absatz)**

**Name und Anschrift der ersuchenden Behörde:**
Gerichtsschreiber
Bezirksgericht der Vereinigten Staaten
Nördlicher Distrikt von Kalifornien
450 Golden Gate Avenue
San Francisco, CA 94102 USA

**Angaben zu den Parteien*:**
KARL SOFIANN AXEL POLANO (Beklagte)
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

## GERICHTLICHES DOKUMENT**

**Art und Zweck des Dokuments:**
Den Beklagten über die Einleitung eines zivilrechtlichen Anspruchs wegen Urheberrechtsverletzung, Unterlassungsanspruch, gesetzlichen Schadenersatz und Strafschadenersatz zu benachrichtigen und ihn aufzufordern, den Anspruch schriftlich zu verteidigen.

**Art und Zweck des Verfahrens und gegebenenfalls Streitwert:**
Zivilklage auf Feststellung von Streitigkeiten, wie in den Dokumenten angegeben, die vom Gericht der ursprünglichen Gerichtsbarkeit zu bestimmen sind.

**Datum und Ort für die Eintragung des Auftritts**:**
Nicht zutreffend (N/A)

**Urteilsgericht**:**
Nicht zutreffend (N/A)

**Urteilsdatum**:**
Nicht zutreffend (N/A)

**Im Dokument angegebene Fristen**:**
Der Beklagte muss dem Kläger oder dem Anwalt des Klägers innerhalb von 21 Kalendertagen nach Zustellung der Vorladung (ohne den Tag, an dem Sie sie erhalten haben) eine schriftliche Verteidigung (Antwort) auf die Klage zuzustellen.

## AUSSERGERICHTLICHES DOKUMENT**

**Art und Zweck des Dokuments;** Nicht zutreffend (N/A)
**Im Dokument angegebene Fristen**:** Nicht zutreffend (N/A)

---

\* If applicable, the identity and address of the person interested in submitting the document.
\*\* Löschen, wenn unangemessen.