Stebbins v. Polano, et al.
Case No. 21-cv-04184-JSW

Case 4:21-cv-04184-JSW   Document 101-2   Filed 01/21/22   Page 1 of 4

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Obergericht des Kantons Zürich
Internationale Rechtshilfe
[illegible] immer angeben

WR210942  O

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Clerk of the Court<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 USA | Obergericht des Kantons Zürich<br>Internationale Rechtshilfe<br>Hirschengraben 13/15<br>Postfach 8021 Zürich 1 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e, (identity and address):

**KARL SOFIANN AXEL POLANO**
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[ ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

**Service is requested pursuant to Federal Rules of Civil Procedure, Rule 4, and the Hague Service Convention**

**List of documents:**
Summons in a Civil Action; Third Amended Complaint; Second Amended Complaint

Done at San Francisco, California, USA, on the __21__ day of __October__ 2021

*signature*
Kathleen M. Shambaugh
Acting Clerk of the Court

* Delete if inappropriate.

1

USM-94

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz

WR210942

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
   the (date)_____
   at (place, street, number)_____

—in one of the following methods authorized by article 5—
   ___ (a) in accordance with the provisions of sub-paragraph (a)
       of the first paragraph of article 5 of the Convention*
   ___ (b) in accordance with the following particular method*:
   _____

   ___ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
-- (identity and description of person)_____

-- relationship to addressee (family, business or other):_____

2) that the document has not been served, by reason of the following
facts*:_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____                    Done at:            ,the
_____                    _____

In appropriate cases, documents
establishing the service:
_____                    Signature and/or stamp.
_____
_____                    _____

*delete if inappropriate.

Stebbins v. Polano, et al.
Case No. 21-cv-04184-JSW

Case 4:21-cv-04184-JSW   Document 101-2   Filed 01/21/22   Page 3 of 4

# WARNING

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben:

WR210942 O

**Identity and address of the addressee:**

**KARL SOFIANN AXEL POLANO**
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

## IMPORTANT

The enclosed document is of a legal nature and may affect your rights and obligations. The "Summary of the Document to Be Served" will give you some information about its nature and purpose. You should however read the document itself carefully. It may be necessary to seek legal advice.

If your financial resources are insufficient you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.

Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to:

> Clerk of the Court
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> San Francisco, CA 94102 USA

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
**(Article 5, fourth paragraph)**

**Name and address of the requesting authority:**
Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102 USA

WR210942 0

**Particulars of the parties*:**

**KARL SOFIANN AXEL POLANO** (Defendant)
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

## JUDICIAL DOCUMENT**

**Nature and purpose of the document:**

To give notice to the Defendant of the commencement of a civil claim for copyright infringement, injunctive relief, statutory, compensatory and punitive damages, and to summons him to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**

Civil claim for determination of issues as stated in the documents to be determined by the Court of original jurisdiction.

**Date and place for entering appearance**:**

Not applicable (N/A)

**Court which has given judgment**:**

Not applicable (N/A)

**Date of judgment**:**

Not applicable (N/A)

**Time-limits stated in the document**:**

Defendant is to serve written defenses (Answer) to the action upon Plaintiff or attorney for Plaintiff within 21 calendar days after service of the Summons (not counting the day you received it).

## EXTRAJUDICIAL DOCUMENT**

**Nature and purpose of the document:** Not applicable (N/A)

**Time-limits stated in the document**:** Not applicable (N/A)

\* If appropriate, identity and address of the person interested in the transmission of the document.
\*\* Delete if inappropriate.

4

USM-94