Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben

WR210942

Stebbins v. Polano et al.
Fall Nr. 21-cv-04184-JSW

## ANFRAGE
## FÜR DIE ZUSTELLUNG VON GERICHTLICHEN ODER AUSSERGERICHTLICHEN DOKUMENTEN IM AUSLAND

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Kommerzielle Angelegenheiten, unterzeichnet in Den Haag am 15. November 1965.

| Identität und Anschrift des Antragstellers | Adresse der Empfangsbehörde |
|---|---|
| Gerichtsschreiber Bezirksgericht der Vereinigten Staaten Nördlicher Distrikt von Kalifornien 450 Golden Gate Avenue San Francisco, CA 94102 USA | Obergericht des Kantons ZQrich Internationale Rechtshllfe Hirschengraben 13/15 Postfach 8021 ZQrich 1 |

Der unterzeichnende Antragsteller hat die Ehre, die nachfolgend aufgeführten Unterlagen in zweifacher Ausfertigung und in Übereinstimmung mit Artikel 5 des oben genannten Übereinkommens fordert die unverzügliche Zustellung einer Kopie davon an den Adressaten, d. h.
(Identität und Adresse):

**KARL SOFIANN AXEL POLANO**
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

[X] a) gemäß Artikel 5 Absatz 1 Buchstabe a des Übereinkommens*.

[ ] b) nach der folgenden besonderen Methode (Artikel 5 Absatz 1 Buchstabe b)*:

[ ] c) durch Zustellung an den Adressaten, wenn er dies freiwillig annimmt (Artikel 5 Absatz 2)*

Die Behörde wird ersucht, dem Antragsteller eine Kopie der Unterlagen – und der Anlagen* – mit einer auf der Rückseite vorgesehenen Bescheinigung zurückzugeben oder zurückzugeben.

Die Zustellung wird gemäß der Bundeszivilprozessordnung, Regel 4, und dem Haager Zustellungsübereinkommen beantragt

**Liste der Dokumente:**
Vorladungen in einer Zivilklage; Dritte geänderte Beschwerde; Zweite geänderte Beschwerde

Geschehen zu San Francisco, Kalifornien, USA, am 21. Oktober 2021

Kathleen M. Shambaugh
Stellvertretender Gerichtsschreiber

---

* Löschen, wenn unangemessen.

USM-94

Stebbins v. Polano et al.
Fall Nr. 21-cv-04184-JSW

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angel'en:

WR210942  0

## Zertifikat

Die unterzeichnende Behörde hat die Ehre, in Übereinstimmung mit Artikel 6 des Übereinkommens zu bescheinigen,
1) bis das Dokument zugestellt wurde*
das Datum) _____
bei (Ort, Straße, Hausnummer) _____
-in einer der nach Artikel 5 zugelassenen Methoden —
_____ (a) gemäß Artikel 5 Absatz 1 Unterabsatz (a) des Übereinkommens*
_____ (b) gemäß der folgenden besonderen Methode*: _____
_____
_____

_____ (c) by delivery to the addressee, who accepted it voluntarily*
Die im Antrag genannten Unterlagen wurden zugestellt;
-- (Identität und Personenbeschreibung) _____
_____

-- Beziehung zum Adressaten (Familie, Geschäft oder sonstiges): _____
_____

2) dass das Schriftstück aus folgenden Gründen nicht zugestellt wurde*; _____
_____
_____
_____


Gemäß Artikel 12 Absatz 2 des Übereinkommens ist der Antragsteller verpflichtet, den Betrag zu zahlen oder zu erstatten
Kosten in der beigefügten Abrechnung aufgeführt*

Anhänge

Zurückgesendete Dokumente:
_____
_____
_____          Fertig um: _____ , das
                                            _____ . _____

Gegebenenfalls Dokumente,
die den Dienst begründen:
_____
_____          Unterschrift und/oder Stempel.
_____          _____

_____
*   Löschen, wenn unangemessen.

USM-94

Stebbins v. Polano, et al.
Case No. 21-cv-04184-JSW

Case 4:21-cv-04184-JSW    Document 101-5    Filed 01/21/22    Page 3 of 4

die folgende Rechtshilfe immer angeben:

WR210942  0

## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or
Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of the receiving authority |
|---|---|
| Clerk of the Court<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 USA | Obergericht des Kantons Zürich<br>Internationale Rechtshilfe<br>Hirschengraben 13/15<br>Postfach 8021 Zürich 1 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e, (identity and address):

**KARL SOFIANN AXEL POLANO**
Regensbergstrasse 120
Zurich, Zurich 8050 CH
Switzerland

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[ ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

Service is requested pursuant to **Federal Rules of Civil Procedure, Rule 4,** and the Hague Service Convention

**List of documents:**
Summons in a Civil Action; Third Amended Complaint; Second Amended Complaint

Done at San Francisco, California, USA, on the _21_ day of October 2021

*Kathleen M. Shambaugh*
Kathleen M. Shambaugh
Acting Clerk of the Court

* Delete if inappropriate.

1

Obergericht des Kantons Zürich
Internationale Rechtshilfe
bitte folgende Referenz immer angeben

WR2 1 0 9 4 2  O

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1)  that the document has been served*
    the (date)_____
    at (place, street, number)_____

—in one of the following methods authorized by article 5 —
    ____ (a) in accordance with the provisions of sub-paragraph (a)
          of the first paragraph of article 5 of the Convention*
    ____ (b) in accordance with the following particular method*:
    _____

    ____ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
    -- (identity and description of person)_____

    -- relationship to addressee (family, business or other):_____

2) that the document has not been served, by reason of the following
facts*:_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:

_____

_____    Done at:                    ,the
                                    _____, _____

In appropriate cases, documents
establishing the service:

_____    Signature and/or stamp.

_____

_____    _____

*delete if inappropriate.