### RE: Re:Re:Re:Re:Re:Re:Last warning David.

From:  Sofiann P (sofiannp@hotmail.com)

To:  acerthorn@yahoo.com

Date:  Monday, November 15, 2021, 12:49 PM CST

Thanks for the toilet paper

Sent from Mail for Windows

**From:** acerthorn
**Sent:** Sunday, 14 November 2021 11:52
**To:** Sofiann P
**Subject:** Re: Re:Re:Re:Re:Re:Last warning David.

I hope you know that the papers for our case have finally arrived in Switzerland just a few days ago: https://tools.usps.com/go/TrackConfirmAction?tLabels=CJ470090281US Now, it's only a matter of time before the Swiss government gives them to you. Once they do, you will have only a mere 21 days to lawyer up, otherwise you will lose the case automatically.

And no, judge judy did not say you won. You're living in your own fantasy world.

On Saturday, November 13, 2021, 08:02:49 PM CST, Sofiann P <sofiannp@hotmail.com> wrote:

judge judy said I won, 1-0 lzzzzzzzzz

**De :** Sofiann P <sofiannp@hotmail.com>
**Envoyé :** jeudi, 16 septembre 2021 14:10
**À :** acerthorn <acerthorn@yahoo.com>
**Objet :** Re:Re:Re:Re:Re:Re:Last warning David.

I'm not answering any of your questions David, you seem to make up bullshit contracts per E-mail that noone agreed to.

Stop trying to act like a lawyer and harassing me and my community members which are mostly minors for making content.

Man up you big baby.

-------- Original message --------
From: acerthorn <acerthorn@yahoo.com>
Date: Wed, 15 Sep 2021, 10:53 pm
To: Sofiann P <sofiannp@hotmail.com>
Subject: Re: Re:Re:Re:Re:Re:Last warning David.

Mr. Polano, answer the question: Are you having ex parte communications with the Court? Because I assure you that this will look far worse on you than me supposedly abusing the DMCA will ever look on me.

On Wednesday, September 15, 2021, 01:07:42 PM CDT, Sofiann P <sofiannp@hotmail.com> wrote:

Look David you're obviously mentally ill, I'm not gonna argue with you it's like pissing on a wall. I'm not the one barking at my wall for no good reason on livestream.

You ask me to get a lawyer? Get one yourself oh wait.. You can't.

Can't directly contact the judge? No shit Sherlock they've sent me a link for a zoom conference call you dummie.

- Falsely claiming videos that do not belong to you like you did twice to a person who had my consent to upload it (since it's a clip taken from my fall guys livestream, not yours.

- Abusing the justice system to file a ridiculous amount of lawsuits to Google, Walmart, University of Arkansas, Your parents and the list goes on. (You haven't won a single one of these cases and you have been restricted to 1 lawsuit every 3 months)

- Attempting to doxx a minor and rewarding people for a manhunt on Youtube targeting a minor.

You do realize that I'm collecting evidence and soon will expose you on Youtube which is completly legal, everything about the lawsuits is public even under your Alias "Acerthorn".

You're just another deranged obese manchild who cannot take responsibility, nor accept criticism.. It's all online even your psychiatric review...

When I post the video which will be a fair use review of your content and you as a content creator (See iDubbz Content Cop) people will see you for who you are and we'll try raise some money to offer you treatment.

I really believe you need psychiatric help as soon as possible so you'll stop being a nuisance to people with actual lives and jobs. People that do not waste their time filing lawsuits to "hit big" and get rich.

So enjoy your time because when I'm back from vacation you better be ready to face the consequences of your actions Mr. David Stebbins.

Enjoy your delusions of grandeur abusing many reporting systems to fit your narrative.

-------- Original message --------
From: acerthorn <acerthorn@yahoo.com>
Date: Wed, 15 Sep 2021, 7:05 pm
To: Sofiann P <sofiannp@hotmail.com>
Subject: Re: Re:Re:Re:Re:Last warning David.

Sending evidence to the judge? You mean you're just going to email the judge directly? You do know that's super illegal, right?

On Wednesday, September 15, 2021, 07:53:33 AM CDT, Sofiann P <sofiannp@hotmail.com> wrote:

We'll see, I'm sending the evidence to the judge you fucking manchild.

Sent from my Huawei phone

-------- Original message --------
From: acerthorn <acerthorn@yahoo.com>
Date: Tue, 14 Sep 2021, 11:46 pm
To: Sofiann P <sofiannp@hotmail.com>
Subject: Re: Re:Re:Re:Last warning David.

The only way it *could* look bad on me is if you showed up in Court and actually brought it up.

And even then, I don't think it will look bad on me.

On Tuesday, September 14, 2021, 10:04:30 AM CDT, Sofiann P <sofiannp@hotmail.com> wrote:

You know you just claimed a livestream that belongs to me on Youtube? This is not going to look good for you.

That livestream segment belongs to me, you falsely claimed it.

Not good David.

-------- Original message --------
From: acerthorn <acerthorn@yahoo.com>
Date: Sun, 12 Sep 2021, 9:04 pm
To: Sofiann P <sofiannp@hotmail.com>
Subject: Re: Re:Re:Last warning David.

> Rule 8? What are you even talking about? Rule 8 of what?

> Look man: You haven't won the case. If you disagree with that, why not ask an attorney to interpret the judges' orders for you?

> And even if you force me to serve you with process, all this hostlility, toxicity, and vulgarity that you are leveling at me will certainly weigh against your credibility when the judge is deciding who to side with.

> So I highly recommend that you start providing reasonable cooperation in getting this case *actually* finished.

> On Sunday, September 12, 2021, 01:57:27 PM CDT, Sofiann P <sofiannp@hotmail.com> wrote:

> Rule 8 David.

> Sent from my Huawei phone

> -------- Original message --------
> From: acerthorn <acerthorn@yahoo.com>
> Date: Sun, 12 Sep 2021, 8:45 pm
> To: Sofiann P <sofiannp@hotmail.com>
> Subject: Re: Re:Last warning David.

Didn't you say you were going to sue me?! But then you say you don't need to?! What's wrong? Are you not actually as confident as you previously represented?

If you already won, then why hasn't Twitch and Youtube reinstated your videos yet?

Sorry, Karl, but I know what the judges' orders said. And they did not say that your videos were fair use. If you want the judge to declare that, you're going to have to appear in the case yourself.

The quicker you appear in the case, the faster you can get the judge to agree that it's fair use.

On Sunday, September 12, 2021, 07:55:38 AM CDT, Sofiann P <sofiannp@hotmail.com> wrote:

Dont need to, already won the case check for yourself and go seek a therapist you really need it man, barking at walls and slashing your dad with a knife isnt normal.

You're insane dude lmao, even the judges switched 3x because they didn't want to deal with your shitty case.

Sent from my Huawei phone

-------- Original message --------
From: acerthorn <acerthorn@yahoo.com>
Date: Sat, 11 Sep 2021, 6:52 pm
To: Sofiann P <sofiannp@hotmail.com>
Subject: Re: Last warning David.

If you're so confident that you've won, there IS a way you can expedite this issue:

Make a voluntary appearance in the case.

Technically, you don't HAVE to show up in the case until I do what is known as "service of process." Well, that's taking longer than normal because you're an international defendant.

But, if you were to appear in the case of your own accord, that would save me a lot of time & money, but it would also allow you to get this case thrown out quicker. It's a win-win for both of us.

You don't even have to mail anything in, using postal mail. You can literally do it online, **_and you don't even need a lawyer to do it_**!!! Yes, you can literally do it on your own, and entirely online! Here, check this out: https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/ecf-registration-requirements/ ("Effective May 1, 2020, and until further notice, pro se parties with existing cases may register to become ECF users and may file documents electronically without first obtaining a judge's permission").

Then, you can ask the judge to issue me a steep fine because I keep abusing the DMCA even after I've been told to fuck off, and you can do it a lot quicker than if I have to do service of process.

C'mon! What are you afraid of? You've already won, haven't you?!

On Saturday, September 11, 2021, 05:39:01 AM CDT, Sofiann P <sofiannp@hotmail.com> wrote:

If you keep

abusing the DMCA reports with your shitty fucking videos that noone watches I'll be the one to sue you. You're fucking pathetic, reviewing your content is in itself "Fair Use" as it's criticism and A REVIEW OF YOUR SHITTY CONTENT.

It's unbelievable that even after the court told you to fuck off you continue to risk a Youtube/Twitch Account suspension for abusing the report system.

Kind Regards & Go fuck yourself.

K.S.P.