David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                             PLAINTIFF

VS.                              Case 3:21-cv-04184-JSW

KARL POLANO, et al                                                        DEFENDANTS

### SUPPLEMENT TO [071], [073] AND [100] MOTIONS FOR LEAVE TO AMEND

1. Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Supplement to Docs. 71, 73, and 100.

2. This Court has previously chosen to defer ruling on Docs. 71 & 73 until all parties were served with process in this case. See Doc. 89. The Court's reasoning for this decision was that, because amending the complaint would require the individual defendants to be served with process anew, and service broad under the Hague Convention takes long enough as it is, granting leave to amend in the middle of attempted Hague Service would do substantially more harm tha good. In Doc. 100, I accepted the possibility that the Court may wish to do the same thing with that motion, although at the time I did not know (and had no way of knowing) that service would be returned unexecuted.

3. However, this is no longer the case. Since I am now seeking leave to serve process by email (see Doc. 102), the Court can now freely grant leave to amend, and even if we have to serve the individual defendants again, it won't matter. Service of process by email is both costless

Case 3:21-cv-04184-JSW

and instantaneous. Even if I have to file a *fourth* Amended Complaint, I can just serve the individual defendants a minute's notice … and I can do it again … and again … and again.

4.       For these reasons, I humbly ask the Court to consider issuing a ruling on these two pending motions.

So requested on this, the 25th day of January, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

Case 3:21-cv-04184-JSW