UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                PLAINTIFF

VS.                              Case 3:21-cv-04184-JSW

KARL POLANO, et al                                                          DEFENDANTS

## ORDER GRANTING [102] MOTION FOR LEAVE TO SERVE PROCESS BY EMAIL AS TO RAUL MATEAS

The Plaintiff's Motion for Leave to Conduct Service of Process by Email as to Raul Mateas is GRANTED.

The Plaintiff is hereby ordered to send copies of all of the following documents to Karl Polano's email address of sofiannp@hotmail.com:

- The operative Complaint;
- The Summons as to Raul Mateas (Doc. 62);
- The Plaintiff's Motion for Leave to Conduct Service of Process by Email as to Raul Mateas (Doc. 104); and
- This order

The Plaintiff is then ordered to file with this court affidavits and exhibits proving that he has done so.

IT IS SO ORDERED on this, the ____ day of February, 2022.

```
                                    _____
                                    Signature of Judge
```

Case 3:21-cv-04184-JSW