UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                        PLAINTIFF

VS.                                          Case 3:21-cv-04184-JSW

KARL POLANO, et al                                                                     DEFENDANTS

## ORDER GRANTING SECOND MOTION FOR PRELIMINARY INJUNCTION

The Plaintiff's Motion for Preliminary Injunction is hereby GRANTED. For the duration of this case, Defendants Alphabet Inc., Discord Inc., and Amazon.com Inc. are hereby ordered to …

1. Process any statutorily-compliant DMCA Takedowns the Plaintiff issues against any content on their websites that are reasonably believed to be published in retaliation for his filing of this case, even if the defendants believe they can prevail against Plaintiff on the grounds of fair use;

2. Refuse to process any DMCA Counter-Notifications that are issued in response to any takedowns that are issued pursuant to ¶ 1 of this Order; and

3. Require their subsidiaries – such as Youtube LLC or Twitch Interactive Inc. - to comply with ¶¶ 1 & 2 of this Order.

This order will remain in effect for the remainder of this case.

IT IS SO ORDERED on this, the _____th day of _____, 2022.

```
                                    _____
                                    Signature of Judge
```

Case 3:21-cv-04184-JSW