The 103 exhibits mentioned in **Exhibit A** and **Exhibit B** can be downloaded here:

https://drive.google.com/file/d/1DJATkveyn6G_krhSOlA5HUbNdAL8SxSv/view