This is the Acerthorn Pinata Bashing thread. You may have to continuously pause and unpause in order to be able to read everything.

Part 1: https://youtu.be/1xl0XEonWB4

Part 2: https://youtu.be/RVmAAyFeKHA