The video evidence can be found by clicking on the following URL:

https://youtu.be/28YhAT5ejV0