Case 4:21-cv-04184-JSW   Document 110-2   Filed 02/13/22   Page 1 of 3

## RE: where are my papers david?

From:   Sofiann P (sofiannp@hotmail.com)

To:     acerthorn@yahoo.com

Date:   Sunday, February 13, 2022, 07:58 PM CST

Np, its not admitting anything lmao. I have better things to do than deal with a manchild like you. When the papers arrive I'll deal with you as it's normally done here in Switzerland. I'm not doing anything that profits you, nincompoop.

Sent from Mail for Windows

---

**From:** acerthorn
**Sent:** Monday, 14 February 2022 02:56
**To:** Sofiann P
**Subject:** Re: where are my papers david?

Thank you for admitting to that in writing. That will certainly come in handy when I ask the judge to fine you.

On Sunday, February 13, 2022, 07:51:04 PM CST, Sofiann P <sofiannp@hotmail.com> wrote:

I'd rather waste your time tbh lol

---

**De :** acerthorn <acerthorn@yahoo.com>
**Envoyé :** lundi, 14 février 2022 01:50
**À :** Sofiann P <SofiannP@hotmail.com>
**Objet :** Re: where are my papers david?

Ok, since you refuse to give me a straight answer as to why you don't just appear in the case on your own, I'm going to assume that I'm right: That you really are afraid of the case, despite boasting extreme confidence when you're in public.

On Sunday, February 13, 2022, 07:45:51 PM CST, Sofiann P <sofiannp@hotmail.com> wrote:

im taking a poopie

**De :** acerthorn <acerthorn@yahoo.com>
**Envoyé :** lundi, 14 février 2022 01:44
**À :** Sofiann P <sofiannp@hotmail.com>
**Objet :** Re: where are my papers david?

Frankly, I'm starting to wonder if you're actually scared of this case. After all, I've repeatedly told you that you can appear in the case yourself without having to be served. I've received notice that the Swiss Post Office left the papers for you to go and get, but then you just never went and got them. It honestly seems like you're intentionally trying to avoid this case while still pompously declaring that you're in the right.

I've told you that you can appear in the case just by filing electronically: https://cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/e-filing-self-registration-instructions-for-pro-se-litigants/

I've also told you that there's a *free* law firm you can call who can help walk you through the steps and figure out exactly what to say when you appear in the case: https://cand.uscourts.gov/about/court-programs/legal-help-desks/

So frankly, I don't see what you're waiting for. You already know the case exists. You've been following the case online. The "papers" are just a formality, but it's one you can waive if you want!

So what are you so afraid of? You seem so confident. Why don't we get this show on the road?!

I can think of only one reason: Because while you talk a big game out loud, you really are afraid, deep down inside.

After all, I saw your Twitter conversation with Leonard French. It's clear you felt quite relieved after he pointed out a few flaws in my case. It's clear that you were actually quite nervous about the case prior to that point.

Well, if French's tweets really gave you such a confidence boost, then what are you still afraid of?

On Sunday, February 13, 2022, 07:34:40 PM CST, acerthorn <acerthorn@yahoo.com> wrote:

I should have an answer for you by March 11

On Sunday, February 13, 2022, 07:30:06 PM CST, Sofiann P <sofiannp@hotmail.com> wrote:

im still waiting david