# Re: [PRYOXXHCEAO4ZDFF67WLL3DBJA] New Copyright Counter-Notification

From:   YouTube Copyright (youtube-disputes+3154ct9ahg2g20h@google.com)

To:     acerthorn@gmail.com

Date:   Tuesday, May 25, 2021, 09:56 AM CDT



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

Such evidence should be submitted by replying directly to this email. Please do not send your reply to copyright@youtube.com. If we don't receive notice from you, we may reinstate the material to YouTube.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=-xL0xoU2cJA

Display name of uploader: SofiannP

I've created the video as a parody of it's original content which was a 2 hour livestream, this parody is meant to be a meme and nothing like Acerthorns original content. This is Fair Use as his material has been altered to create new content and has also not been monetized. David Stebbins has been abusing the DMCA Takedown & Copyright Report system quite alot, aswell as abusing the justice system (See David Stebbins vs Microsoft Case). David Stebbins has also been harassing my community members, threatening to sue them etc. I kindly ask of you to review this issue. Regards, Karl Sofiann Axel Polano

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

==I consent to the jurisdiction of the Federal District Court for== the district in which my address is located, or ==if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.==

Karl Sofiann Axel Polano

Regensbergstrasse 120

Zurich, Zurich 8050 CH

sofiannp@hotmail.com

+41767021143

Help center • Email options

©2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA