



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matches | **Removal requests** | Messages | Archive | | | | **NEW REMOVAL REQUEST** |
| Type | Title | | Channel | Request submitted | Request status | Find matches | Automatically prevented |
| 🎥 | acerthorn has an epic gamer moment<br>Contains: Accidental Livestream from Apri... | | Just Emi<br>189 subscribers | Feb 9, 2022 | ● Resolved<br>Video removed | Active | Active<br>No copies found |
| 📋 | Video made private<br>Contains: Acerthorn Channel Icon 2022 | | –<br>– | Feb 4, 2022 | ● In progress<br>Under review | – | – |
| 🎥 | Video made private<br>Contains: Fallout: New Vegas Sucks, and ... | | –<br>– | Feb 4, 2022 | ● In progress<br>Under review | – | – |
| 🎥 | Acerthorn Grindset V2: Music Video<br>Contains: Fallout: New Vegas Retrospective | | Enclave Emily<br>236 subscribers | Jan 28, 2022 | ● Info needed<br>See email | – | – |
| 🎥 | AcerThorn does not know how to do F...<br>Contains: Accidental Livestream from Apri... | | Just Emi<br>189 subscribers | Jan 27, 2022 | ● Info needed<br>See email | – | – |
| 📋 | The Acer in the Hole<br>Contains: Acerthorn Channel Icon 2022 | | Captain Poofers<br>89 subscribers | Jan 26, 2022 | ● Info needed<br>See email | – | – |
| 📋 | my personal account with acerthorn<br>Contains: Acerthorn Channel Icon 2022 | | Fieldend's Party palace<br>91 subscribers | Jan 25, 2022 | ● Info needed<br>See email | – | – |
| 📋 | Threats and Strikes Over Nothing: Ace...<br>Contains: Acerthorn Channel Icon 2022 | | FreaK<br>8.4K subscribers | Jan 23, 2022 | ● Info needed<br>See email | – | – |
| 📋 | Open Letter to Acerthorn: Return of th...<br>Contains: Acerthorn Channel Icon 2022 | | Milliardo .V<br>112 subscribers | Jan 23, 2022 | ● Info needed<br>See email | – | – |
| 📋 | Open Letters To Acerthorn 2: Electric ...<br>Contains: Acerthorn Channel Icon 2022 | | Milliardo .V<br>112 subscribers | Jan 23, 2022 | ● Info needed<br>See email | – | – |
| 📋 | Open Letters To Acerthorn<br>Contains: Acerthorn Channel Art 2022 | | Milliardo .V<br>112 subscribers | Jan 23, 2022 | ● Info needed<br>See email | – | – |
| 📋 | Acerthorn: Gaming's Serial Copyright ...<br>Contains: Acerthorn Channel Icon 2022 | | The Marsii Show<br>2.9K subscribers | Jan 23, 2022 | ● Info needed<br>See email | – | – |
| 📋 | Signal v2: Acerthorn the False Striking ...<br>Contains: Acerthorn Watermark 2022 - Hexagon | | FreaK<br>8.4K subscribers | Jan 19, 2022 | ● Info needed<br>See email | – | – |

