Case 4:21-cv-04184-JSW   Document 113-2   Filed 02/28/22   Page 1 of 3

## YouTube Copyright Complaint Submission

From:   YouTube Copyright (youtube-disputes+1v01tsj0xzk1w07@google.com)

To:    acerthorn@gmail.com

Cc:    acerthorn@yahoo.com

Date:   Sunday, February 20, 2022, 08:33 PM CST

Hello,

Thank you for your message. However, we remain concerned that your copyright notification is not valid for some or all of the videos identified in your notification. As a result, the content will remain live on YouTube.

Sincerely,
The YouTube Team

On February 13, 2022 acerthorn@yahoo.com wrote:

> Dear Youtube Copyright,
>
> I want to take a moment to explain why I believe SidAlpha's use of my clip is not fair use, since I know you will want to hear that.
>
> First, the timestamp where he uses my copyrighted clip can be found at 54:16.
>
> He obtained this footage by stealing it. I have limited access to this clip only to those who pay my channel $20 per month. However, SidAlpha has not paid that fee. Therefore, the only way he could possibly have gotten access to the footage is by illegally downloading it, e.g. off Torrent or some other app.
>
> Therefore, his use of this clip is automatically not fair use, even if that same video could be considered fair use under otherwise identical circumstances. See Harper & Row, Publishers, Inc. v. Nation Enterprises, 471 US 539 (1985), where the Supreme Court found a lack of fair use primarily because "The trial court found that The Nation knowingly exploited a purloined manuscript." See *id* at 563.
>
> Please remove this copyright infringement and issue a copyright strike against him.
>
> Sincerely,
> David Stebbins
>
> On Saturday, February 12, 2022, 03:32:52 PM CST, YouTube Copyright <youtube-disputes+1v01tsj0xzk1w07@google.com> wrote:
>
> 

## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

Copyright Owner Name (Company Name if applicable): Acerthorn Your Full Legal Name (Aliases, usernames or initials not accepted): David Stebbins Your Title or Job Position (What is your authority to make this complaint?): self Address: 123 W. Ridge Ave., APT D Harrison, AR 72601 US Username: Acerthorn Email Address: acerthorn@gmail.com Phone: (870) 212-4947

> URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=WB-Xd1qDKIY
> Describe the work allegedly infringed: My YouTube video was reuploaded by another user
> - YouTube URL: http://www.youtube.com/watch?v=6TSzvSW0V4w
> - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: David Stebbins

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA