Case 4:21-cv-04184-JSW   Document 113-3   Filed 02/28/22   Page 1 of 2

## Re: DMCA Takedown against JustEmi's video "AcerThorn copyright struck my video"

| | |
|---|---|
| From: | YouTube Copyright (youtube-disputes+265ss4apchjpo0q@google.com) |
| To: | acerthorn@yahoo.com |
| Date: | Friday, February 18, 2022, 10:09 AM CST |

Hello,

Thank you for your notification. We have reviewed this matter and determined that copyright does not subsist in the content that is the subject of your complaint. For this reason we are unable to process your request.

If appropriate, you may submit a complaint regarding other legal issues (including trademark and defamation).

To learn more about copyright, you may also visit YouTube's Copyright Center.

Sincerely,
The YouTube Team

> On February 16, 2022 acerthorn@yahoo.com wrote:
>
> This person is encouraging people to go to his Discord server where he will share my copyrighted clip without people having to pay me for it. He does not include the infringement in the video itself, but he does provide people a means of finding off-site sources of the infringement. That is just as much an infringement of my copyright as if he had included the clip in the video itself.
>
> On Wednesday, February 16, 2022, 07:00:37 AM CST, YouTube Copyright <youtube-disputes+265ss4apchjpo0q@google.com> wrote:
>
> Hello,
>
> We require a more detailed description of your copyrighted work. We won't be able to process your request until you have provided us with this information.
>
> We encourage you to provide whatever specifics you feel will be most useful. Information such as the title of the work, the type of work, its author's name, the date of creation of the work, a copyright registration number (if the work is registered), and/or the specific timestamps at which your work appears in the video in question will greatly assist us in processing your request.
>
> Thank you very much for your cooperation.
>
> Sincerely,
> The YouTube Team
>
> On February 10, 2022 acerthorn@yahoo.com wrote:
>
> > Dear Youtube Copyright,
> >
> > This video indirectly infringes on my copyright: https://www.youtube.com/watch?v=k7eUc3YVAlE

At 0:10 - 0:19, he directs people to a third party website where he offers to infringe on my copyright.

The original work that he intends to infringe upon can be found here:
https://www.youtube.com/watch?v=6TSzvSW0V4w

I have a good faith belief that the disputed use is not authorized by the copyright or intellectual property owner, its agent, or the law.

This is most not fair use. There is no attempt at transformative value whatsoever. No editing was made to this clip in any way, shape, or form.

I certify, under penalty of perjury, that the above information in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Please remove this video immediately and issue him a second copyright strike.

Sincerely,
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com