Case 4:21-cv-04184-JSW   Document 113-4   Filed 02/28/22   Page 1 of 3

## Re: DMCA Takedown Against a Youtube Video

From: YouTube Copyright (youtube-disputes+2mabfxjcz3wjv0q@google.com)

To: acerthorn@yahoo.com

Date: Monday, February 7, 2022, 09:05 AM CST

Hello,

Thank you for your message. However, we remain concerned that your copyright notification is not valid for some or all of the videos identified in your notification. As a result, the content will remain live on YouTube.

Sincerely,
The YouTube Team

> On February 7, 2022 acerthorn@yahoo.com wrote:
>
>> This video is not fair use for reasons that will be made clear if the case goes to court. If you want to be the ones held liable for the statutory damages, that is your perogative. Now either take this video down or forfeit your safe harbor.
>>
>> On Monday, February 7, 2022, 04:00:22 AM CST, YouTube Copyright <youtube-disputes+2mabfxjcz3wjv0q@google.com> wrote:
>>
>> Hello,
>>
>> We are concerned that your copyright notification may not be valid for some or all of the videos identified in your notification. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.
>>
>> Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.
>>
>> [Learn more about fair use in the United States](#).
>>
>> If you still believe your copyright is infringed by the YouTube video(s) identified in your notification, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish to consider:
>>
>> How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your response with the uploader(s).
>>
>> Thank you very much for your cooperation.
>>
>> Sincerely,
>> The YouTube Team
>>
>> On January 28, 2022 acerthorn@yahoo.com wrote:

Dear Youtube Copyright,

This video infringes on my copyright: https://www.youtube.com/watch?v=_fxNsbZSyhU

Specifically, it infringes on the following videos: https://www.youtube.com/watch?v=e5r46D2lQKI

The timestamps where my copyrighted content appears are as follows:

4:56 - 5:20
5:40 - 5:45
5:54 - 5:59
6:00 - 6:14
6:51 - 6:57
7:00 - 7:13
7:26 - 7:30
7:35 - 7:40
8:11 - 8:18
8:29 - 8:34
8:41 - 8:53
9:07 - 9:25
9:46 - 9:49
10:25 - 10:31
10:42 - 10:55
11:13 - 11:16
12:06 - 12:55
13:13 - 13:53
14:16 - 14:31
14:38 - 15:02
15:08 - 15:17
15:45 - 16:00
16:09 - 16:14
16:18 - 16:45
17:27 - 17:34
17:40 - 17:51
17:52 - 17:57
18:08 - 19:38
19:47 - 20:40
21:19 - 22:02
22:55 - 22:58

Meanwhile, its thumbnail uses a clip of my face that is taken from this video: https://www.youtube.com/watch?v=6TSzvSW0V4w

This video is not fair use. While this person is sprinkling in bits of criticism here and there, he uses far more of my video than is actually necessary for this purpose. One of the most egregious examples of this comes at 18:08, where he plays a solid minute and a half of my copyrighted video, only to follow it up with a mere 10 seconds of criticism.

Let's also not forget that he is also doxxing me in this video. In the timestamps of 13:24 - 13:53, he shows a court proceeding I was involved in, which also shows my real name. This name is NOT redacted! Therefore, he is doxxing me by publishing my real name for all the world to see.

I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

Please remove this infringing video immediately.

Sincerely,
David Stebbins (e-signature)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 298-1168
acerthorn@yahoo.com