RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: rbenyamin@wsgr.com

JASON B. MOLLICK (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: jmollick@wsgr.com

*Counsel for Defendant Alphabet Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARL POLANO et al.,<br><br>　　　　Defendants. | CASE NO.: 4:21-cv-04184-JSW<br><br>**JOINT OBJECTION TO PLAINTIFF'S UNAUTHORIZED SUPPLEMENTAL BRIEF**<br><br>Judge:  Hon. Jeffrey S. White<br>Date:  March 11, 2022<br>Time:  9:00 AM<br>By videoconference |

1    Defendants Alphabet Inc. ("Alphabet"), Amazon.com, Inc. ("Amazon"), and Discord Inc. ("Discord") (collectively, the "Corporate Defendants") respectfully request that the Court disregard Plaintiff's unauthorized supplemental brief filed on February 28, 2022 in support of his Second Motion for Preliminary Injunction. Dkt. 113. Briefing concluded on Plaintiff's motion with the filing of his reply brief on February 20, 2022. Dkt. 112. The federal and local rules do not provide for Plaintiff to file such an unauthorized brief. Indeed, absent a court order to the contrary, supplemental briefs are not allowed. *See* Local Rule 7-3(d).

If the Court is inclined to entertain the substance of Plaintiff's supplemental brief, the Corporate Defendants will prepare a short surreply and file it at the Court's direction in order to address Plaintiff's numerous misstatements of law and fact.

Dated: March 2, 2022

| For Alphabet Inc., Defendant | For Amazon.com, Inc., Defendant |
|---|---|
| *s/ Ryan S. Benyamin* | *s/ Sanjay Nangia* |
| Ryan S. Benyamin | Sanjay Nangia |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | DAVIS WRIGHT TREMAINE LLP |
| 633 West Fifth Street, Suite 1550 | 505 Montgomery Street, Suite 800 |
| Los Angeles, CA 90071 | San Francisco, CA 94111 |
| Telephone: (323) 210-2900 | Telephone: (415) 276-6577 |
| E-Mail: rbenyamin@wsgr.com | Email: sanjaynangia@dwt.com |

For Discord, Inc., Defendant

*s/ Jui-Ting Anna Hsia*
Jui-Ting Anna Hsia
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Email: anna@zwillgen.com