| FROM | ( 8004177623 MID: | CP72 - CUSTOMS DECLARATION | | US POSTAGE & FEES PAID PRIORITY MAIL INTL 062S0009564786  5569563 ComBasPrice | stamps endicia FROM 91311 10/06/2021 |
|---|---|---|---|---|---|
| NELSON TUCKER PSN INTERNATIONAL 21218 Merridy Street Chatsworth CA 91311 | | Origin Post: US Postal Service Importer's reference: Importer's contact: | Date of Mailing: 10/06/2021 | P | |

| Detailed description of contents: Legal Documents | Qty | Net Weight (lbs/oz) | Value (US $) | HS Tariff Number | Origin Country | Insured Value: $100.00 |
|---|---|---|---|---|---|---|
| | 1 | 1  6.0 | 1.00 | | US | SDR Value: $65.76 |
| | | | | | | Insured Fee: $0.00 |
| | | | | | | Postal charges/Fees: |
| Category of Item: Documents | TOTAL | 1  6.0 | 1.00 | | | |

Exporter's reference: Exporter's contact:  Total Dimensions: L:  W:  H:

AES/ITN/Exemptions: NOEEI 30.37(a)  Invoice/License/Certificate No(s) //

1.4lbs

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by Legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date
NELSON TUCKER   10/06/2021

Return to Sender Instructions in case of nondelivery
Treat as Abandoned

TO

( 800-417-7623

For the attention of the Foreign Process Section
Room E16
Royal Courts of Justice
LONDON WC2A 2 Strand WC2A 2LL
UNITED KINGDOM

CJ 470 085 091 US

PS Form 2976-A (March 2015)   Do not duplicate this form without USPS approval.   The item may be opened officially.

*Raul Mateas — UK/Hague*