RE: Case No. 4:21-cv-04184-JSW

From: JSW CRD (jswcrd@cand.uscourts.gov)

To: acerthorn@yahoo.com; jswcrd@cand.uscourts.gov

Date: Wednesday, March 9, 2022, 12:37 PM CST

Good morning Mr. Stebbins,

The court is aware of the motions and will rule on them in due course.

No hearing is scheduled for Friday.

Thanks,

Diyana Staples

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Wednesday, March 9, 2022 9:07 AM
**To:** JSW CRD <JSWCRD@cand.uscourts.gov>
**Subject:** Fw: Case No. 4:21-cv-04184-JSW

 **CAUTION - EXTERNAL:**

Dear Ms. Ottolini,

I know you told me not to contact you anymore, but this email I just received told me that this was the only way to get an answer to my question.

I have just received an order from the judge on my Motion for Preliminary Injunction (Doc. 115).

He said that he was cancelling the motion hearing scheduled for this Friday. However, that was not the only motion in my case that was scheduled for a ruling this Friday. I also had a Motion for Leave to File Amended Complaint, as well as a Motion for Service by Publication. The judge has not issued a ruling on either of those yet.

Does this mean that the motions hearing is still on for those two motions? Or will the judge