David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, PLAINTIFF

VS. Case 3:21-cv-04184-JSW

KARL POLANO, et al DEFENDANTS

**PROOF OF SERVICE OF PROCESS ON KARL POLANO**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following proof of service of process on Karl Polano, as ordered by the Court.

1. On March 15, 2022, at 3:51PM PST, this Court granted **Doc. 102**, my Motion for Leave to Conduct Service of Process on Karl Polano by Email. See **Doc. 117**. The Court ordered the summons as to Karl Polano (**Doc. 23**) and the Second Amended Complaint (**Doc. 55**) be served on Polano at his email address of sofiannp@hotmail.com.

2. I effected service on Polano pursuant to that order on March 15, 2022 at 9:59PM central time zone. See **Exhibit A**. That means it happened at 7:59PM Pacific time.

3. As you can see from the video, I sent the email to sofiannp@hotmail.com, and the attachments are exact copies of **Docs. 23** & **55**, thus following this Court's instructions to a tee.

4. Polano now has 21 days to file either an answer, motion to dismiss, or motion for extension of time to respond. See Fed.R.Civ.P. 12(a)(1)(C). This time limit begins on March 16, 2022. See Fed.R.Civ.P. 6(a)(1)(A). Therefore, Karl Polano's appearance in some capacity is due by April 6, 2022.

So notified on this, the 15th day of March, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D

Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com