I can only attach PDF documents with the Court's ECF. So please follow this url to see the Proof of Service of Process as to Karl Polano:

https://www.youtube.com/watch?v=pgIGqh_sjgQ