| Back | | | | | | | | | | | | Invoice for Stebbins v. Polano, et al. (K... | Page 1 of 1 | | | | | |

**Invoice for Stebbins v. Polano, et al. (Karl Sofiann Axel Polano) Switzerland, Hague**    acerthorn/Service ...

**Julie** <julie@processnet1.com>    Mon, Sep 20, 2021 at 12:21 PM
To: 'acerthorn'

Hello David,

Attached please find the invoice for Formal (Hague) Service of Process on Karl Sofiann Axel Polano in Switzerland. We will begin the assignment upon receipt of payment. We accept checks, credit cards and PayPal.

Thank you,

Julie Perez

Manager of Client Services

**Process Service Network, LLC**

21218 Merridy Street

Chatsworth, CA 91311 USA

800-417-7623

www.processnet1.com

Serving the legal profession since 1978

Offices in major cities throughout the world

Specializing in international and hard-to-serve cases



**Process Service Network**™

21218 Merridy St.
Chatsworth, CA 91311
(800)417-7623  Fax: (818)818-6497
Federal I.D. #65-1306884

e-mail: nelson@processnet1.com
website: www.processnet1.com

**Invoice**

09/20/2021

David A. Stebbins
123 W. Ridge Avenue, Apt. D
Harrison, AR 72601
(    )
acerthorn@yahoo.com

| Date | Case Name | Detail | Amount |
|------|-----------|--------|--------|
| 09/20/2021 Invoice | Stebbins v. Polano, et al. | Formal (Hague) Service of Process on Karl Sofiann Axel Polano in Switzerland. | $795.00 |
| | | Less 20% discount | -159.00 |
| | | Translations provided by client. | |
| | | **Amount Due** | **USD$636.00** |

Terms: Payable upon receipt

Past due invoices are subject to a 2% per month finance charge

We gladly accept credit cards, PayPal and checks
You may pay online at www.processnet1.com (Click on "Pay Now") or call our office

See our website for terms and conditions of payment and services rendered

- Thank you for the opportunity to be of service -
We find & serve people ANYWHERE in the world

Los Angeles – London – Manila – Taipei – Sao Paulo – Mumbai – Bangkok – Doha

**Celebrating 43 years of service to the legal profession**