# Receipt for Your Payment to Process Service Network, LLC

From: service@paypal.com (service@paypal.com)

To: stebbinsd@yahoo.com

Date: Thursday, September 23, 2021, 11:41 PM CDT

Yahoo Mail - Receipt for Your Payment to Process Service Network, LLC https://mail.yahoo.com/d/search/keyword=%2522%2520You%2520sent...

**Shipping address -** confirmed
David Stebbins
123 W Ridge Ave
Apt D
Harrison, AR 72601-4236
United States

Payments divided.
Learn More

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Formal (Hague) Service of Process on Karl Sofiann Axel Polano in Switzerland. | $636.00 USD | 1 | $636.00 USD |

| | |
|---|---|
| **Subtotal** | $636.00 USD |
| **Total** | $636.00 USD |
| **Payment** | $636.00 USD |

2 of 3 3/15/2022, 11:49 PM

Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? Learn more

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000016:en_US(en-US):1.1.0:f664411724146