Case 4:21-cv-04184-JSW   Document 119-4   Filed 03/15/22   Page 1 of 1

## Last warning David.

| | |
|---|---|
| From: | Sofiann P (sofiannp@hotmail.com) |
| To: | acerthorn@yahoo.com |
| Date: | Saturday, September 11, 2021, 05:39 AM CDT |

If you keep abusing the DMCA reports with your shitty fucking videos that noone watches I'll be the one to sue you. You're fucking pathetic, reviewing your content is in itself "Fair Use" as it's criticism and A REVIEW OF YOUR SHITTY CONTENT.

It's unbelievable that even after the court told you to fuck off you continue to risk a Youtube/Twitch Account suspension for abusing the report system.

Kind Regards & Go fuck yourself.

K.S.P.