David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                            PLAINTIFF

VS.                         Case 3:21-cv-04184-JSW

KARL POLANO, et al                                         DEFENDANTS

### MOTION FOR ENTRY OF DEFAULT AS TO RAUL MATEAS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Entry of Default as to defendant Raul Mateas.

1. Raul Mateas was served, pursuant to the terms of the Hague Convention, on January 7, 2022, and so his response was due on January 22, 2022. See **Dkt. 121**.
2. It is now well over that time limit, and Raul Mateas has not submitted an Answer, Motion to Dismiss, Motion for Extension of Time to Answer, or any other type of appearance.
3. Therefore, I ask the Clerk to enter Raul Mateas in default. This leaves Karl Polano as the individual defendants' last bastion of hope of avoiding large amounts of liability.

So requested on this, the 28th day of March, 2022.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com