# March 2022

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 27 | 28 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 — Daylight Savings Time Starts | 14 | 15 **DATE OF SERVICE** | 16 **Day 01** | 17 — St Patrick's Day **Day 02** | 18 **Day 03** | 19 **Day 04** |
| 20 **Day 05** | 21 **Day 06** | 22 **Day 07** | 23 **Day 08** | 24 **Day 09** | 25 **Day 10** | 26 **Day 11** |
| 27 **Day 12** | 28 **Day 13** | 29 **Day 14** | 30 **Day 15** | 31 **Day 16** | 1 **Day 17** | 2 **Day 18** |



## April 2022

| Sun 27 | Mon 28 | Tue 29 | Wed 30 | Thu 31 | Fri 1 | Sat 2 |
|---|---|---|---|---|---|---|
| **Day 12** | **Day 13** | **Day 14** | **Day 15** | **Day 16** | **Day 17** | **Day 18** |
| 3 **Day 19** | 4 **Day 20** | 5 **Day 21** | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 Good Friday | 16 |
| 17 Easter | 18 | 19 | 20 | 21 | 22 Earth Day | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

(Day 21 circled in red)