## YouTube Support Request [8-9189000032002]

| | |
|---|---|
| From: | David Stebbins (stebbinsd@yahoo.com) |
| To: | acerthorn@yahoo.com |
| Date: | Saturday, March 19, 2022, 03:50 AM CDT |

Hi David,

Thanks for reaching out.

We appreciate all the information that you gave us, and we're sorry to hear that your account may have been hijacked. This is very since your recovery information has been changed by someone. We'll do our best to help you out.

We've just received an update from our internal team and they have confirmed that your channel has been compromised on 2022-03-19. Here are the changes made by the hijackers:

- Your Google Account has been disabled.
- Hijacker changed the primary email from acerthorn@gmail.com to midisig755@tourcc.com.
- Hijacker changed your phone number and secondary mail ID .
- Hijacker updated 2 step verifications.
- Hijacker added 2 step verifications (primary number).
- Hijacker changed your channel name and logo.

To remove the hacker's access to your Google account, acerthorn@gmail.com, they needed to disable it. For us to proceed further, we need your assistance to recover your Google account first by following the steps below:

Step 1: Automatic, instant recovery: If you follow the steps below and pass, then you should be able to get back into your account instantly via our automated system.

1. Clear your browser's cache & cookies.
2. Visit the Account recovery page.
3. Enter the Google Account or Gmail you have trouble accessing.
4. Answer as many questions to the best of your knowledge or click Try another way.
5. Please note: There is no negative marking, so feel free to answer all questions. This increases your probability of getting back into your account.

Step 2: Delayed, manual recovery: If the steps above don't work for you, then file a follow-up escalations claim:

1. Visit the Special Account recovery page (This page directs you to a separate path).
2. Enter the Google Account or Gmail address that you are having difficulty accessing.
3. Click "Try another way" until you reach the last page where it will ask you to put in your alternative working email.
4. After you enter a contact email address that you have access to (this will be used to reach out to you, if we need any additional information), you will receive a code that you also need to put in to file a follow-up escalation claim.

You will also need to provide the email address of the affected Google account, and a working contact email address. I will be able to follow up again on the case. Here are some tips to complete account recovery steps.

Once you successfully recovered your Google account, please answer these follow-up questions for us to proceed further:

1. What is your recovery sign-in IP address? Please visit http://www.whatismyip.com and reply with the number that appears in the green bar at the top of the page.
2. What was the recovery sign in location and device from where the channel was being operated?
3. What were the new changes/updates made to the account, AdSense, and channel post recovery?

Hope to hear from you soon. Feel free to reply if you have other questions.

Best,

Google YouTube Team

Google | *YouTube Team* | www.youtube.com

We value your feedback! If you receive a survey, please take a minute to rate your support experience. And don't forget to visit the Creator Hub for more help growing your channel! *Check it out*

Protect your YouTube channel with 2-Step Verification. *Get Started*


## Report a potential account hijacking to our support team

First Name:
David

Last Name:
Stebbins

Your contact email address:
acerthorn@yahoo.com

Channel ID:
UCPmwIVf4uT831Xdcc3E9kuQ

When did you create your channel?
02/29/2017

What is the primary email address associated with your channel/YouTube sign-in?
acerthorn@gmail.com

Can you currently sign in or do you have access using the above email address?
No

When was the last time you signed in?
03/18/2022

Which of the following categories best describes the the content on your channel?
Gaming

Do you remember the video ID of the last video uploaded?
No

Describe the content of the last video that you uploaded to the channel.
It was a series of shorts videos, all under the banner "Things WWE 2k22 Did Wrong."

Did you notice any new videos on your channel that you didn't upload yourself?
No

Did you notice any other changes to your channel?
Yes

Please describe the changes you noticed
He changed my channel's name, art, icon, and made all my videos private or unlisted.

Do you have a recovery email address and/or phone number set up?
Email

Please specify the account recovery email.
acerthorn@yahoo.com

Is the channel currently associated with any Brand Account?
Yes

Please describe any recent changes that have been made to the Brand Account.
Acerthorn

Is your channel linked to an AdSense account?
No

Is your AdSense linked to any Multi-Channel Network (MCN)?
No

What devices do you usually use to sign in to or run your channel?
My computer and my smartphone

Have you signed into your channel from any different devices in the last 6 months?
No

What is your IP address?
72.206.7.183

What is your sign-up country/region for your channel?
United States

What is the location you usually sign in/run the channel from?
United States, Arkansas, Harrison

Are you currently in the same location as the one you usually sign in/run the channel from?
Yes

Did you access or sign in to your channel from any different locations or devices in the last 6 months?
No

When do you think you were hacked?
03/18/2022

Did you give access or share your password to your channel/Google account to anyone?
No

Are you using any VPN/app/browser to sign in to the channel or account?
Yes

Please share the location used.
Harrison, AR

Did you get any emails or click any links for channel sponsors or advertising requests?
No

Did you recently download any software provided by brands or potential sponsors?
No

Share more details about how you may have gotten hijacked below:
A horrible person who goes by the psuedonym "InitiativeKookie" has hacked my account and sabotaged it.
He took away my 2-Factor Authentication and switching all recovery options to ones he controls, so I cannot recover my account. He even contacted me on Reddit and bragged about doing this.

Attach screenshots or other files for supplemental info.
22-03-18 Hacking My Youtube Account.png

By checking this box, you authorize a Google support specialist to create a new Brand Account on your behalf, if necessary, to recover your hacked channel.
I Authorize