Case 4:21-cv-04184-JSW   Document 127-4   Filed 04/07/22   Page 1 of 1

## Hello again

| | |
|---|---|
| From: | Santa Claus (acerthornisnaughty@gmail.com) |
| To: | acerthorn@yahoo.com |
| Date: | Sunday, February 20, 2022, 06:25 PM CST |

4/6/2022

You have been very busy since Christmas, you have been even naughtier than last year. You are now on the naught naught list for everything you've done.