# Hey

From:  Mark Jansen (markwilemail@gmail.com)

To:      acerthorn@yahoo.com

Date:  Monday, February 21, 2022, 02:56 AM CST

Hey Acerthorn

I think you got the wrong medical diagnose. I think you are like me, having Asperger + ADHD. You can proof that by trying Ritalin. You will lose your anger, restlessness, and even enjoy life, immediately.

And afterwards (if successful), you could sue the state/healthcare for that life-ruining misdiagnosis they gave you.

I personally want a class-action lawsuit all over the world. It's time for a paradigm-shift in psychology. Many people like us, need help. So I need your help.

Let me know what you think.

Mark Jansen