## how have you been buddy

From:    Eric Marciogn (vegetagoku6666@gmail.com)

To:         acerthorn@yahoo.com

Date:    Tuesday, February 22, 2022, 05:52 PM CST

hey Mr. Stebbins how have you been? I assume you have completely shit yourself when sid's video dropped. Any more false DMCAs planned in the future or are you scared of loosing your channel due to false strike's. I really enjoyed your video where you bark like a dog and threaten someone off camera. I have to ask tho did you have someone tied up off screen in a gimp suit cause we all know your into to some pretty freaky shit Stebbins. We love it when raccoons dig up trash about you you filthy little boy. what would you say your body type is cause it looks like your doing your best impression of a pile of dog shit. You need a god damned maid but im sure you cant get one due to the restraining orders and all. And in closing i really want to know whos next on your list for a knife to the face. Fuck you daddy stabbins do the world a favor and keep the gag ball in.

Hugs and kisses Eugene. T. Magnificent