Case 4:21-cv-04184-JSW   Document 127-7   Filed 04/07/22   Page 1 of 1

## Copyright abuse

From:   Sally Acorn (acornsally192@gmail.com)

To:     acerthorn@yahoo.com

Date:   Tuesday, February 22, 2022, 06:06 PM CST

So it's pretty obvious your apology was fake due to Artemis's YouTube still be terminated and your now unable to unfuck up the shit you've done, especially since the Kiwifarms has been talking about you.

You wanted to be a big YouTuber, congratulations you're infamous now!