Case 4:21-cv-04184-JSW   Document 127-8   Filed 04/07/22   Page 1 of 1

## Sid alpha

From: Stephen Thortonberry (stephenthortonberry@gmail.com)

To: acerthorn@yahoo.com

Date: Tuesday, February 22, 2022, 09:10 PM CST

Dude, don't ever try to copyright claim his video. His video falls under fair use no matter if you like it or not. You simply don't like it when people call you out on your frivolous actions and it's clear that you have little to no understanding of how the law works.

Give it up, man. You're just trying to make a quick buck and you're sick and deranged.