New comment on your post: "Why I refuse to listen to people telling…"

From:  YouTube (noreply@youtube.com)

To:    acerthorn@gmail.com

Date:  Sunday, March 6, 2022, 09:58 PM CST



**David Pouet commented on your post**

   Why I refuse to listen to people telling…



**David Pouet**

You're completely out of touch with reality.

**REPLY**    **MANAGE ALL COMMENTS**

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

