## Sad Stabbins

From:　Bijan N. (bijan112@hotmail.de)

To:　　acerthorn@yahoo.com

Date:　Friday, March 18, 2022, 04:10 PM CDT

4/6/2022

Oooooh, poor booboo, did your account get taken away from you?

Well, now you know what that feels like dickhead. Just ask Emily. Good luck trying to blame this on everyone again. I certainly had no hand in it, but it is still karmic and funny as fuck. Eventually, the abuser will get abused too. So get fucked Acer!

Gesendet von Mail für Windows