## Congratulations on getting Mister Metekour to cover you.

From:   Shon Brennan (shonbrennan@gmail.com)

To:     acerthorn@yahoo.com

Date:   Sunday, April 3, 2022, 04:26 PM CDT

You know you made it big as a lolcow when someone like our weatherman Jim to dedicate a whole livestream to you which he'll do in late april. You realize that you will be up to your eyeballs in trolls with memes and more videos and all the stuff which you failed at epically trying to censor. I can't wait to see the memes they'll make about you since I guess a bunch of unflattering pictures of you will be discussed as well as your arrest from you abusing your Father.

Enjoy your last month of peace not that you deserve it since you are a shitty human being,

Shon