Case 4:21-cv-04184-JSW   Document 127-12   Filed 04/07/22   Page 1 of 1

An important notice.

From: Viroza The Witch (archivingwitch@gmail.com) 4/6/2022

To: acerthorn@yahoo.com

Date: Tuesday, March 22, 2022, 04:43 PM CDT

To which I correspond with thee AcerThorn.

I would like to inform that thou are both fat, and gay.