Case 4:21-cv-04184-JSW   Document 127-13   Filed 04/07/22   Page 1 of 1

## coward

| | |
|---|---|
| From: | Skibbity Viddity (thedropoutscout@gmail.com) |
| To: | acerthorn@yahoo.com |
| Date: | Monday, December 20, 2021, 01:26 PM CST |

Youre a coward and dont forget that. Id rather ruin your career online by burning what you already made so far through exposing you than steal your money through legal battles. Tho im still tempted to fight it Mr David "acerthorn" Stebbins. Tho you stabbing your own father makes me even more tempted to just watch you like an animal in a cage like you really are, because youre a fucking lunatic.