Case 4:21-cv-04184-JSW   Document 127-14   Filed 04/07/22   Page 1 of 1

# lol youre sad

| | | |
|---|---|---|
| From: | Skibbity Viddity (skibbityviddity@gmail.com) | 4/6/2022 |
| To: | acerthorn@yahoo.com | |
| Date: | Monday, December 20, 2021, 03:35 PM CST | |

lol youre sad abusing the report system because people hurt your feelings. Good job Mr Stebbins, you stabbed your dad and are a laughing stock. Continue to rot in your disgusting apartment and to continue struggling with your mental disabilities. Youre a pathetic douche