## take down

| | |
|---|---|
| From: | Skibbity Viddity (thedropoutscout@gmail.com) |
| To: | acerthorn@gmail.com |
| Date: | Monday, December 20, 2021, 03:38 PM CST |

youre a loser and hope youll never forget that you stabbed you own dad in the face. Congrats abusing DMCA because your feelings get hurt. manchild