SidAlpha's video can be found at the following URL:

https://www.youtube.com/watch?v=WB-Xd1qDKIY