1

2

3

4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    DAVID A. STEBBINS,                    Case No.  21-cv-04184-JSW

8                  Plaintiff,
                                           **ORDER REGARDING NOTICE OF**
9          v.                              **VOLUNTARY DISMISSAL AND**
                                           **STRIKING MOTIONS**
10   KARL POLANO, et al.,
                                           Re: Dkt. No. 129, 130, 133
11                 Defendants.

12

13          On April 11, 2022, Plaintiff filed a notice of voluntary dismissal without prejudice as to

14   Defendants Alphabet Inc., Discord Inc., and Amazon.com Inc. pursuant to Federal Rule of Civil

15   Procedure 41(a)(1).  Shortly thereafter, the Corporate Defendants filed a joint motion to dismiss.

16   (Dkt. No. 129.)  Plaintiff then filed a motion to strike the motion to dismiss in light of his notice of

17   voluntary dismissal.  (Dkt. No. 130.)  Corporate Defendants filed a response to Plaintiff's motion

18   to strike.  (Dkt. No. 131.)  Plaintiff filed a reply followed by a motion styled as an "Emergency

19   Motion to Expedite" the motion to strike.  (Dkt. Nos. 132, 133.)

20          A dismissal under Rule 41(a)(1) is effective on filing, and the Court lacks the authority to

21   disregard it or place a condition on the dismissal.  *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d

22   1074, 1078 (9th Cir. 1999).  For these reasons, this action is terminated as to the Corporate

23   Defendants, and the Court STRIKES Defendants' motion to dismiss.

24          However, the Court does not endorse Plaintiff's efforts to manipulate the litigation process

25   and his blatant gamesmanship.  Should Plaintiff continue to dismiss and refile cases in bad faith to

26   obtain a different result, he risks being declared a vexatious litigant in this district.

27          //

28          //

United States District Court
Northern District of California

1          Finally, the Court STRIKES Plaintiff's "Emergency Motion to Expedite" for failure to

2    comply with the Civil Local Rules.  *See* N.D. Civ. L.R. 6-1.

3          **IT IS SO ORDERED.**

4    Dated: April 12, 2022

5    _____

6    JEFFREY S. WHITE
    United States District Judge

United States District Court
Northern District of California

2