UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>   Plaintiff,<br><br> v.<br><br>KARL POLANO, et al.,<br><br>   Defendants. | Case No. 21-cv-04184-JSW<br><br>**CLERK'S NOTICE VACATING MOTION HEARING**<br><br>Re: Dkt. No. 119 |

CLERK'S NOTICE VACATING MOTION HEARING. YOU ARE HEREBY NOTIFIED that the hearing on the First Motion for Sanctions as to Karl Polano set for April 22, 2022 is vacated and a written order will issue in due course.

Dated: April 14, 2022

                Mark B. Busby
                Clerk, United States District Court

                By: _____
                Diyana Staples, Deputy Clerk to the
                Honorable JEFFREY S. WHITE
                510-637-3541