# EXHIBIT A

# EXHIBIT A



# COPY OF E-FILE APPLICATION

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as **ACCIDENTAL LIVESTREAM FROM APRIL 10, 2021** service number **SR 1-10499343793**. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report.   Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate.   Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process.   The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted.   Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-10499343793

## Mail Certificate

David Anthony Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601 United States

**Priority:** Routine   **Application Date:** May 25, 2021

## Correspondent

**Name:** David Anthony Stebbins
**Email:** acerthorn@yahoo.com
**Address:** 123 W. Ridge Ave.
APT D
Harrison, AR 72601 United States

Registration Number

# *-APPLICATION-*

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Accidental Livestream from April 10, 2021

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 10, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Acerthorn
  **Author Created:** Dramatic Work
  **Citizen of:** United States
  **Domiciled in:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Acerthorn
123 W. Ridge Ave., APT D, Harrison, AR, 72601, United States

## Certification

**Name:** David Stebbins, Author/Owner
**Date:** May 25, 2021

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3)

All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.