UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DAVID A. STEBBINS, <br><br> Plaintiff, <br><br> v. <br><br> KARL POLANO et al., <br><br> Defendants. | CASE NO.: 4:21-cv-04184-JSW <br><br> **[PROPOSED] ORDER** <br><br> Judge:  Hon. Jeffrey S. White <br><br> Action Filed:  June 2, 2021 |

Upon consideration of (1) Plaintiff's Motion for Default Judgment as to Defendants Karl Polano, Raul Mateas, and Frederick Allision; (2) the Motion to Intervene by non-parties Alphabet Inc. ("Alphabet") and YouTube, LLC ("YouTube"), their accompanying Request for Judicial Notice, and the Exhibit thereto; and (3) all other matters of which this Court may take judicial notice, the pleadings, files, and records in this action, and such other argument as has been heard by the Court; and upon good cause showing, it is hereby ORDERED as follows:

(1) The Court GRANTS Alphabet and YouTube permission to intervene in this action for purposes of opposing Plaintiff's Motion for Default Judgment;

(2) The Court DENIES Plaintiff's Motion for Default Judgment on the grounds that the allegedly infringed work in suit – Plaintiff's "Accidental Livestream" recorded on April 10, 2021 – is not copyrightable because it lacks creativity and human authorship, *see, e.g.*, 17 U.S.C. § 102(a); *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 345 (1991); and therefore

(3) The Court DISMISSES this action WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JEFFREY S. WHITE
United States District Judge