David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                         PLAINTIFF

VS.                          Case 3:21-cv-04184-JSW

KARL POLANO, et al                               DEFENDANTS

### STIPULATED EXTENSION OF TIME TO RESPOND TO [138] MOTION TO INTERVENE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following STIPULATED extension of time to file my response to Alphabet's and Youtube's Motion to Intervene (Dkt. 138) in the above-styled action.

1. I was hospitalized on April 18, 2022 with a potentially deadly lung infection. I did not get discharged from the hospital until April 26, 2022. Since I did not bring my laptop or smartphone with me, I had no way to contact anyone to tell anyone where I was. As a result, when I finally got home on the evening of April 26, 2022, that was the first time I had received notice of Alphabet's and Youtube's motion to intervene.

2. I contacted counsel Jason Mollick and requested an extension of time, asking for April 27, not April 20, to be the day that triggered the 2-week time period for me to respond to the motion. Mollick agreed. Because this extension has been stipulated to, no approval of court is needed for it to go into effect.

So notified on this, the 27th day of April 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

Case 3:21-cv-04184-JSW

Case 3:21-cv-04184-JSW