David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                    PLAINTIFF

VS.                                        Case 3:21-cv-04184-JSW

KARL POLANO, et al                                                              DEFENDANTS

### WITHDRAWAL WOP OF MOTION FOR EXTENSION OF TIME

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Withdrawal Without Prejudice of the Motion for Extension of Time.

1. My previous motion was sloppy. As a pro se litigant, I am not very skilled in formatting. Also, Mr. Mollick just reminded me that he and I previously agreed that I would receive a 3-week time limit to respond to the Motion to Intervene, rather than 2 weeks.
2. To correct these, I am withdrawing the motion for extension of time. A revised motion for extension of time, containing e-signatures of both parties, will follow promptly.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

Case 3:21-cv-04184-JSW