RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

JASON MOLLICK (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jmollick@wsgr.com

*Counsel for Intervenors*
*Alphabet Inc. and YouTube, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| DAVID A. STEBBINS, | ) | CASE NO.: 4:21-cv-04184-JSW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO MODIFY SCHEDULE** |
| v. | ) | **ON MOTION TO INTERVENE** |
| | ) | |
| KARL POLANO et al., | ) | Action Filed:  June 2, 2021 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION

WHEREAS, non-parties Alphabet Inc. ("Alphabet") and YouTube, LLC ("YouTube") (together, the "Intervenors") filed a Motion to Intervene on April 20, 2022, with a motion hearing currently set for June 3, 2022 (Dkt. 138);

WHEREAS, Plaintiff's response to the motion is currently due May 4, 2022, and Intervenors' reply is currently due May 11, 2022;

WHEREAS, Plaintiff informed counsel for Intervenors that he suffered from a medical emergency over the last several weeks requiring hospitalization, and rendering him unable to respond to the motion within the current schedule;

NOW THEREFORE, Pursuant to Local Rule 7-12 and Section 3 of the Court's Civil Standing Orders, the parties hereby stipulate and jointly request that the Court modify the briefing and hearing schedule on the Motion to Intervene as follows:

- Plaintiff's opposition brief shall be due on Wednesday, May 18, 2022;

- Intervenors' reply brief, if any, shall be due on Wednesday, June 1, 2022; and

- Should the Court wish to hear argument, the motion date shall be continued to June 24, 2022, or as soon thereafter as the matter may be heard.

The undersigned counsel for Intervenors attests pursuant to Local Rule 5-1(i)(3) that Plaintiff has concurred in the filing of this Stipulation and Proposed Order.

Dated: April 27, 2022

For Alphabet Inc. and YouTube, LLC

WILSON SONSINI
GOODRICH & ROSATI
Professional Corporation

*s/ Jason Mollick [draft]*
Jason Mollick (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

jmollick@wsgr.com
Plaintiff

*s/ David A. Stebbins [draft]*
123 W. Ridge Avenue, Apt. D
Harrison, Arkansas 72601
Telephone: (870) 212-4947
acerthorn@yahoo.com

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE ON MOTION TO INTERVENE

CASE NO.: 4:21-cv-04184-JSW

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  _____
HON. JEFFREY S. WHITE
United States District Judge