UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>Defendants. | Case No. 21-cv-04184-JSW<br><br>**ORDER DENYING EMERGENCY MOTION TO STRIKE**<br><br>Re: Dkt. No. 142 |

Plaintiff has filed a motion styled as an emergency motion to strike the motion to intervene filed by Alphabet Inc. and YouTube LLC. (Dkt. No. 138.) Plaintiff's motion is nothing more than an attempted challenge to the legal sufficiency of motion to intervene. The Court DENIES Plaintiff's motion.

Motions to strike are governed by Rule 12(f), which states that "[t]he court may strike from a *pleading* an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f) (emphasis added). Rule 7(a) defines a pleading as "(1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer." Fed. R. Civ. P. 7(a). A motion to intervene is not a pleading and therefore is not susceptible to a motion to strike. Even if this were not the case, Rule 12(f) does not apply because the motion to intervene is not redundant, immaterial, impertinent, or scandalous. Plaintiff may raise his arguments in opposition to intervention in his response to the motion to intervene.

Further, the Court takes issue with Plaintiff's repeated characterization of his motions as "emergency" motions. The Court has already stricken a previous "emergency motion" for failure

to comply with the Local Rules.  (Dkt. No. 134.)  Despite numerous admonishments, Plaintiff continues to file requests with the Court that do not comply with the Federal Rules of Civil Procedure and the Local Rules.  *Pro se* litigants are not immune from the rules of procedure that govern other litigants.  *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).  Plaintiff's improperly filed motions preempt the use of judicial resources that might otherwise be devoted to adjudicating the meritorious claims of other litigants.  If Plaintiff continues to abuse the judicial process in this way, the Court will issue an order to show cause why he should not be declared a vexatious litigant subject to a pre-filing order.

**IT IS SO ORDERED.**

Dated: April 27, 2022

_____
JEFFREY S. WHITE
United States District Judge