David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                                          PLAINTIFF

VS.                            Case 3:21-cv-04184-JSW

KARL POLANO, et al                                             DEFENDANTS

## REQUEST FOR JUDICIAL NOTICE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Request for Judicial Notice in support of my Opposition to Motion to Intervene (Dkt. 138) in the above-styled action.

1. Pursuant to Rule 201 of the Federal Rules of Evidence, I request that the Court take judicial notice of the policies and practices of the following two facts:

- First, that the United States Copyright Office (USCO) requires that I upload a copy of the work that I seek to have registered a copyright with, enabling them to review the work for minimal creativity and originality.

- Second, that when I registered the copyright of the April 10, 2021 stream, I used the word "accidental" in the title of the registration (see **Dkt. 138-2, Page 4**: "Title of Work: Accidental Livestream from April 10, 2021"), thereby disclosing to USCO that the work was created by accident.

2. A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). "The court may judicially notice a fact that is not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Courts routinely take judicial notice of matters of public record before administrative agencies, including applications to register works with the Copyright Office.

3. Upon taking these two judicial notices, the intervenors' claims that I failed to adequately disclose to the Copyright Office the relevant factors of the copyright work should be handily defeated.

So requested on this, the 29th day of April, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com