## YouTube Copyright Complaint Submission

From: YouTube Copyright (youtube-disputes+3mez4uedynvqx07@google.com)

To: acerthorn@yahoo.com

Date: Friday, April 29, 2022, 09:50 AM CDT



> Hi Acerthorn,
>
> Thank you very much for your notification. The content has been removed.
>
> You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): David Stebbins
Your Full Legal Name (Aliases, usernames or initials not accepted): David Stebbins
Your Title or Job Position (What is your authority to make this complaint?): self
Address:
123 W. Ridge Ave., APT D
Harrison, AR 72601
US
Username: Acerthorn
Email Address: acerthorn@yahoo.com
Phone: 870-212-4947

> URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Ldoz6eEAbMM
> Describe the work allegedly infringed: My YouTube video was reuploaded by another user
> - YouTube URL: http://www.youtube.com/watch?v=-CZGBW7FGNg
> - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: David Stebbins

Help center • Email options
©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA