## YouTube Copyright Complaint Submission

From:  YouTube Copyright (youtube-disputes+3mez4uedynvqx07@google.com)

To:    acerthorn@yahoo.com

Date:  Monday, April 18, 2022, 12:40 PM CDT



Hi Acerthorn,

We are concerned that your copyright notification may not be valid for some or all of the videos identified in your notification. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.

Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.

Learn more about fair use in the United States.

If you still believe your copyright is infringed by the YouTube video(s) identified in your notification, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish to consider:

How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your response with the uploader(s).

Thank you very much for your cooperation.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): David Stebbins

Your Full Legal Name (Aliases, usernames or initials not accepted): David Stebbins
Your Title or Job Position (What is your authority to make this complaint?): self
Address:
123 W. Ridge Ave., APT D
Harrison, AR 72601
US
Username: Acerthorn
Email Address: acerthorn@yahoo.com
Phone: 870-212-4947

> URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Ldoz6eEAbMM
> Describe the work allegedly infringed: My YouTube video was reuploaded by another user
> - YouTube URL: http://www.youtube.com/watch?v=-CZGBW7FGNg
> - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: David Stebbins

Help center • Email options
©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA