UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>  v.<br><br>KARL POLANO, et al.,<br><br>        Defendants. | Case No. 21-cv-04184-JSW<br><br>**CLERK'S NOTICE VACATING MOTION HEARINGS**<br><br>Re: Dkt. Nos. 126, 127 |

     YOU ARE HEREBY NOTIFIED that the hearings on the Motion to Clarify and the Motion for Default Judgment which were set for May 13, 2022, are vacated and written orders will issue in due course.

Dated: May 2, 2022

                                                    Mark B. Busby<br>
                                                  Clerk, United States District Court

                                                  By: *[signature]*<br>
                                                  Diyana Staples, Deputy Clerk to the<br>
                                                  Honorable JEFFREY S. WHITE<br>
                                                  510-637-3541