UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

v.

KARL POLANO, et al.,

    Defendants.

Case No. 21-cv-04184-JSW

**ORDER DENYING MOTION TO FILE REVISED OR SUPPLEMENTAL OPPOSITION**

Re: Dkt. No. 148

    Plaintiff has filed a motion requesting leave to file a revised or supplemental opposition to the motion to intervene. The Court DENIES Plaintiff's request. If, after the motion is fully briefed, the Court determines it requires supplemental briefing or a link to Plaintiff's Accidental Livestream, it will issue an order to that effect.

    **IT IS SO ORDERED.**

Dated: May 25, 2022

_____
JEFFREY S. WHITE
United States District Judge