# EXHIBIT B



1-10499343793 Accidental Livestream from April 10, 2021

Acerthorn/Copyrig...

**Copyright Office** <cop-ad@loc.gov>
To: acerthorn@yahoo.com

Dear David Stebbins:

Please respond to the questions below within 45 days and include the [THREAD ID], using the brackets, as part of your response. The [THREAD ID] is located below the Examiner's signature block. The [THREAD ID] must be in the body of your response, NOT the subject line. If you put the [THREAD ID] in the subject line, we will not get your message.

I am reviewing your copyright application for "Accidental Livestream from April 10, 2021" and I have a question regarding your claim.

You asserted a claim in "Dramatic Work" but the video you submitted does not appear to contain a dramatic work.  Please let me know what you are trying to register and I will advise you further.

IMPORTANT NOTE: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

Failure to comply exactly with our instructions will result in your email not being connected to your application, and your case will be closed without further correspondence from us.

Best wishes,

AJB
Copyright Registration Specialist
Office of Registration Policy and Practice
United States Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4W6K9XW]