1  RYAN S. BENYAMIN, State Bar No. 322594
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
3  633 West Fifth Street, Suite 1550
   Los Angeles, California 90071
4  Telephone: (323) 210-2900
   Facsimile: (866) 974-7329
5  rbenyamin@wsgr.com

6  JASON MOLLICK (*pro hac vice*)
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  1301 Avenue of the Americas, 40th Floor
   New York, New York 10019
9  Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
10 jmollick@wsgr.com

11
   *Counsel for Intervenors*
12 *Alphabet Inc. and YouTube, LLC*

13                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
14                      OAKLAND DIVISION
15

16 | DAVID A. STEBBINS, | ) | CASE NO.: 4:21-cv-04184-JSW |
|---|---|---|
17 |        Plaintiff, | ) | **OBJECTION TO PLAINTIFF'S** |
|   |                   | ) | **UNAUTHORIZED SURREPLY** |
18 |    v.             | ) | **[DKT. 153] AND OPPOSITION TO** |
|   |                   | ) | **MOTION FOR LEAVE TO FILE** |
19 | KARL POLANO et al., | ) | **SURREPLY [DKT. 152]** |
20 |                    | ) | |
|   |        Defendants. | ) | Action Filed:  June 2, 2021 |
21 |                    | ) | |

Plaintiff continues to litter the Court's docket with improper filings. Alphabet and YouTube ("Intervenors") request the Court strike Plaintiff's "Objection to Reply Evidence" dated June 6, 2022 concerning their pending Motion to Intervene. Dkt. 153. Although Plaintiff calls his latest filing an "Objection to Reply Evidence" pursuant to Local Rule 7-3(d)(1), the document is an argumentative surreply brief in violation of the Local Rule, which prohibits "further argument on the motion" without prior approval. The Court already denied a motion by Plaintiff to file a supplemental brief on the Motion to Intervene. *See* Dkts. 148 (motion) and 150 (order denying motion). Ignoring the Court's order denying his request for supplemental briefing (and while awaiting an order on a pending *second* motion for leave to file a surreply, Dkt. 152), Plaintiff decided to go ahead and file the brief anyway under the false heading of an "Objection." He admits that the document contains unauthorized legal argument, noting that it gives "an idea as to what kind of things I plan to argue upon supplemental filing[.]" Dkt. 153 ¶ 1. This "Objection" should be stricken as a violation of Local Rule 7-3(d)(1).

Intervenors also oppose Plaintiff's pending motion for leave to file a surreply brief – his 36th motion in this case. Dkt. 152. Plaintiff purports to identify eight arguments that "were raised for the first time in the Reply," but that is false. *Id.* at 2. Each of the arguments identified in Plaintiff's motion are either restated from Intervenors' opening brief (Dkt. 138) and/or are made in direct response to arguments raised by Plaintiff in his opposition brief (Dkt. 144).

Dated: June 7, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   *s/ Jason Mollick*

Jason Mollick (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jmollick@wsgr.com

*Counsel for Intervenors
Alphabet Inc. and YouTube, LLC*