## Re: Activity in Case 3:22-cv-00546-SK Stebbins v. Rebolo et al

From:   Acerthorn (acerthorn@yahoo.com)

To:     fedpro@sfbar.org

Date:   Monday, June 6, 2022 at 11:18 AM CDT

Ms. Deborah,

Please find, attached, a draft Objection to Reply Evidence that I plan to file. I want to ask for your input on that Objection during today's appointment.

Sincerely,
David Stebbins

> On Thursday, May 12, 2022 at 06:32:12 PM CDT, fedpro <fedpro@sfbar.org> wrote:
>
> Hello Mr. Stebbins: You are confirmed for Monday, June 6th at 11:15am PST. I will call you at that time and you may consent to the retainer agreement on the call.
>
> Take care,
>
> Deborah
>
> **The Legal Help Center  - Federal Pro Bono Project**
>
> **Justice & Diversity Center of The Bar Association of San Francisco**
>
> **Appointment Line: 415-782-8982**
> **Email: fedpro@sfbar.org**
> **S.F. Office - 450 Golden Gate Ave., 15th Fl., Room 2796**
> **Oakland Office - 1301 Clay St., 4th Fl., Room 470 S**
>
> Thank you for contacting the Federal Pro Bono Project.  This email address is used *only* for scheduling appointments.  We do not offer any legal advice over email.  Communicating with us through email does not create an attorney-client relationship. The Legal Help Centers in San Francisco and Oakland do not represent you.  You are responsible for all parts of your case including any deadlines.
>
> **From:** Acer Thorn [mailto:acerthorn@yahoo.com]
> **Sent:** Thursday, May 12, 2022 3:46 PM