David A. Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601

21-cv-04184-JSW



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>Defendants. | Case No. 21-cv-04184-JSW<br><br>**ORDER DENYING MOTION TO FILE REVISED OR SUPPLEMENTAL OPPOSITION**<br><br>Re: Dkt. No. 148 |

    Plaintiff has filed a motion requesting leave to file a revised or supplemental opposition to the motion to intervene. The Court DENIES Plaintiff's request. If, after the motion is fully briefed, the Court determines it requires supplemental briefing or a link to Plaintiff's Accidental Livestream, it will issue an order to that effect.

**IT IS SO ORDERED.**

Dated: May 25, 2022

_____
JEFFREY S. WHITE
United States District Judge