UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

v.

KARL POLANO, et al.,

    Defendants.

Case No. 21-cv-04184-JSW

**JUDGMENT**

Pursuant to the Court's Order issued this date dismissing this matter, the Court HEREBY ENTERS JUDGMENT.

**IT IS SO ORDERED.**

Dated: July 11, 2022

_____
JEFFREY S. WHITE
United States District Judge