UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>      Plaintiff,<br><br>  v.<br><br>KARL POLANO, et al.,<br><br>      Defendants. | Case No. 21-cv-04184-JSW<br><br>**CLERK'S NOTICE RESETTING MOTION HEARING**<br><br>Re: Dkt. Nos. 159, 162 |

    YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Leave to File Motion for Reconsideration and to Recuse previously set for August 19, 2022 at 10:00 AM is reset to August 19, 2022 at 9:00 AM. The hearing on the Motion for Relief of Judgment previously set for September 2, 2022 is reset to September 2, 2022 at 9:00 AM.

Dated: July 25, 2022

                                          Mark B. Busby<br>                                          Clerk, United States District Court

                                          By: _____<br>                                          Diyana Staples, Deputy Clerk to the<br>                                          Honorable JEFFREY S. WHITE<br>                                          510-637-3541