1  RYAN S. BENYAMIN, State Bar No. 322594
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
3  633 West Fifth Street, Suite 1550
   Los Angeles, California 90071
4  Telephone: (323) 210-2900
   Facsimile: (866) 974-7329
5  rbenyamin@wsgr.com

6  JASON MOLLICK (*pro hac vice*)
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  1301 Avenue of the Americas, 40th Floor
   New York, New York 10019
9  Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
10 jmollick@wsgr.com

11
   *Counsel for Intervenors*
12 *Alphabet Inc. and YouTube, LLC*

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14                    OAKLAND DIVISION
15

16 | DAVID A. STEBBINS,              | ) | CASE NO.: 4:21-cv-04184-JSW |
17 |                                  | ) |                              |
   |         Plaintiff,               | ) | **OPPOSITION TO MOTION FOR** |
18 |                                  | ) | **RELIEF OF JUDGMENT [DKT. 162]** |
   |    v.                            | ) |                              |
19 |                                  | ) | Action Filed: June 2, 2021   |
   | KARL POLANO et al.,              | ) |                              |
20 |                                  | ) |                              |
   |         Defendants.              | ) |                              |
21 |                                  | ) |                              |

22
23
24
25
26
27
28

Intervenors Alphabet Inc. and YouTube, LLC oppose Plaintiff's motion for relief of Judgment (Dkt. 162) for the same reasons set forth in Intervenors' opening and reply briefs in support of their Motion to Intervene, and the Court's Order granting that Motion. *See* Dkts. 138, 151, 158. Plaintiff offers no basis for reconsidering the Order or setting aside the Judgment. As Plaintiff's motion makes clear, any further briefing would be repetitive of matters already addressed by the Court.

Plaintiff also notes that Intervenors did not file an opposition to his motion for leave to file a motion for reconsideration. Dkt. 164; *see also* Dkt. 159. Per Local Rule 7-9(d), no response need be filed unless otherwise ordered by the Court. Nor was any response necessary, as Plaintiff simply repeats the same arguments that this Court already rejected.

Dated: August 3, 2022                    Respectfully submitted,

                                         WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By:    *s/ Jason Mollick*

                                         Jason Mollick (*pro hac vice*)
                                         1301 Avenue of the Americas, 40th Floor
                                         New York, New York 10019
                                         Telephone: (212) 999-5800
                                         Facsimile: (212) 999-5899
                                         jmollick@wsgr.com

                                         *Counsel for Intervenors*
                                         *Alphabet Inc. and YouTube, LLC*