UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>            Plaintiff,<br><br>    v.<br><br>KARL POLANO, et al.,<br><br>            Defendants. | Case No. 21-cv-04184-JSW<br><br>**CLERK'S NOTICE VACATING MOTION HEARING**<br><br>Re: Dkt. No. 159 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Leave to File Motion for Reconsideration and to Recuse, set for August 19, 2022 at 09:00 AM before Judge Jeffrey S. White, is VACATED and a written order will issue in due course.

Dated: August 15, 2022

Mark B. Busby
Clerk, United States District Court

By: /s/ Diyana Staples
Diyana Staples, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541