UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>   v.<br><br>KARL POLANO, et al.,<br><br>        Defendants. | Case No. 21-cv-04184-JSW<br><br>**CLERK'S NOTICE VACATING MOTION HEARING**<br><br>Re: Dkt. No. 162 |

     YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Relief of Judgment, set for September 2, 2022 at 09:00 AM before Judge Jeffrey S. White, is VACATED and a written order will issue in due course.

Dated: August 29, 2022

                                                        Mark B. Busby<br>                                                        Clerk, United States District Court

                                                        By: _____<br>                                                        Diyana Staples, Deputy Clerk to the<br>                                                        Honorable JEFFREY S. WHITE<br>                                                        510-637-3541