David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                PLAINTIFF

VS.                        Case 3:21-cv-04184-JSW

KARL POLANO, et al                                             DEFENDANTS

## NOTICE OF SUBMITTED MATTERS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice regarding pending submitted matters, pursuant to NDCA Local Rule 7-13.

1. The Motion for Leave to File Motion for Reconsideration (Dkt. 159) was submitted on July 11, 2022. As of the time of this writing, it has been 120 days since that matter was submitted, but it has yet to be ruled on.

So notified on this, the 8th day of November, 2022.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com