SANJAY M. NANGIA (State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:   sanjaynangia@dwt.com

Attorneys for Defendant
AMAZON.COM, INC.

**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DAVID A. STEBBINS, | Case No. 4:21-cv-04184-JSW |
| Plaintiff, | **ATTORNEY CHANGE OF ADDRESS** |
| v. | Assigned to: Hon. Jeffrey S. White |
| KARL POLANO, et al., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective November 14, 2022, the address of Sanjay Nangia of Davis Wright Tremaine LLP, counsel for Amazon.com, Inc. has changed to:

Sanjay M. Nangia
Davis Wright Tremaine LLP
50 California Street, 23rd Floor
San Francisco, California  94111

The telephone and facsimile numbers and email address have not changed.

DATED: November 17, 2022                    DAVIS WRIGHT TREMAINE LLP

By:  /s/ Sanjay M. Nangia
     Sanjay M. Nangia

Attorneys for Defendant
AMAZON.COM, INC.