David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                             PLAINTIFF

VS.                                    Case 3:21-cv-04184-JSW

KARL POLANO, et al                                                                          DEFENDANTS

### NOTICE OF APPLICATIONF OR WRIT OF MANDAMUS AND FOR WRITS OF PROHIBITION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Application for Writ of Mandamus and for Writs of Prohibition.

1. Attached, you will find a copy of the Petition for Writ of Mandamus and Writs of Prohibition that I am filing with the United States Court of Appeals for the Ninth Circuit.

2. The filing of this notice should satisfy the requirements of Fed.R.App.P. 21(a)(1), which requires me to "serve it on all parties to the proceeding in the trial court … [and] the trial court judge."

3. So notified on this, the 7th day of December, 2022.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

Case 3:21-cv-04184-JSW                               -1-                              NOTICE OF APPLICATION