David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                       PLAINTIFF

VS.                              Case 3:21-cv-04184-JSW

KARL POLANO, et al                                                    DEFENDANTS

**SUPPLEMENTARY NOTICE REGARDING PETITION FOR WRIT OF MANDAMUS**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplement to the Notice of Application for Writ of Mandamus.

1. When I attempted to email the petition for writ of mandamus to the email address of prose-pleadings@ca9.uscourts.gov, I noticed that the Court of Appeals no longer accepted these petitions electronically, so I would have to mail them using USPS. I have just done exactly that. The tracking number for that package is 7022 2410 0003 9851 9633, and I have been informed that it is scheduled to arrive "this Monday," aka December 12, 2022.

So notified on this, the 7th day of December, 2022.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com