1  RYAN S. BENYAMIN, State Bar No. 322594
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   633 West Fifth Street, Suite 1550
3  Los Angeles, California 90071
   Telephone: (323) 210-2900
4  Facsimile: (866) 974-7329
5  rbenyamin@wsgr.com

6  JASON MOLLICK (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
7  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
8  New York, New York 10019
9  Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
10 jmollick@wsgr.com

11
   *Counsel for Intervenors*
12 *Alphabet Inc. and YouTube, LLC*

13                    UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
14                            OAKLAND DIVISION
15

16 DAVID A. STEBBINS,              )   CASE NO.: 4:21-cv-04184-JSW
                                   )
17          Plaintiff,             )   **DECLARATION OF JASON**
                                   )   **MOLLICK, ESQ. IN SUPPORT OF**
18       v.                        )   **ADMINISTRATIVE MOTION TO**
                                   )   **CONSIDER WHETHER CASES**
19 KARL POLANO et al.,             )   **SHOULD BE RELATED**
                                   )
20          Defendants.            )
                                   )   Judge:  Hon. Jeffrey S. White
21                                 )
                                   )   Action Filed:  June 2, 2021
22                                 )

23
24
25
26
27
28

I, Jason Mollick, declare as follows:

1. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Intervenors Alphabet Inc. ("Alphabet") and YouTube, LLC ("YouTube") in the above-captioned action, and for Defendant Google LLC ("Google") in a newly-filed action, *David A. Stebbins v. Google LLC*, No. 3:23-cv-00322-LJC (filed Jan. 20, 2023). I am admitted *pro hac vice* in this case, and intend to file an application to appear in the *Google* action as well.

2. I respectfully submit this Declaration pursuant to Local C.R. 7-11(a) in support of the accompanying Administrative Motion to Consider Whether Cases Should be Related.

3. On January 24, 2023, I emailed Plaintiff David Stebbins, *pro se* Plaintiff in the above-captioned action and the newly-filed action against Google. I asked Plaintiff whether he would oppose a motion requesting that the cases be deemed related pursuant to Local C.R. 3-12, along with another already-related action brought by Plaintiff that is pending before this Court, *Stebbins v. Rebolo*, No. 4:22-cv-00546-JSW (filed Jan. 27, 2022).

4. Plaintiff responded that he disagrees that the cases are related.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on January 25, 2023 in Eastchester, New York.

By: *s/ Jason Mollick*
Jason Mollick