UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>   Plaintiff,<br><br>   v.<br><br>KARL POLANO et al.,<br><br>   Defendants. | CASE NO.: 4:21-cv-04184-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:  Hon. Jeffrey S. White<br><br>Action Filed:  June 2, 2021 |

Upon consideration of Intervenors Alphabet Inc. and YouTube, LLC's ("Intervenors") Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12, together with the record in the related actions and upon good cause showing, it is hereby ORDERED that the newly-filed action, *Stebbins v. Google LLC*, No. 3:23-cv-00322-LJC (filed Jan. 20, 2023), currently pending before Magistrate Judge Lisa J. Cisneros, shall be deemed related to *Stebbins v. Polano*, No. 4:21-cv-04184-JSW (filed June 2, 2021) and *Stebbins v. Rebolo*, No. 4:22-cv-00546-JSW (filed Jan. 27, 2022), both of which are pending before this Court.  In accordance with Civil L.R. 3-12(f)(3), the Clerk is respectfully instructed to reassign Case No. 3:23-cv-00322 to the undersigned and notify all parties and Judge Cisneros accordingly.

IT IS FURTHER ORDERED that Defendant's time to respond to the Complaint in Case No. 3:23-cv-00322 shall be stayed pending the Court's initial screening of the Complaint under 28 U.S.C. § 1915.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                  HON. JEFFREY S. WHITE
                                                  United States District Judge