David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                         PLAINTIFF

VS.                      Case 3:21-cv-04184-JSW

KARL POLANO, et al                                      DEFENDANTS

### MOTION FOR EXTENSION OF TIME TO RESPOND TO [174] MOTION FOR ADMINISTRATIVE RELIEF

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for extension of time to respond to Dkt. 174.

1. I booked a consultation with this court's Pro Bono Office to discuss my rights and options regarding this motion (which I intend to oppose). However, the earliest they were able to work me in was Monday, February 6, 2023. See Exhibit A.

2. This is past the January 30, 2023 deadline for me to file my opposition, which undermines the whole point of securing this appointment in the first place.

3. To prevent me from being unfairly prejudiced, I respectfully ask that my deadline to respond to the Motion for Administrative Relief be extended until **Tuesday, February 7, 2023**.

4. This motion is not being filed solely for the purpose of delay. It is being filed in good faith.

5. In this very case, this Court has granted extensions of time for this very reason before. See **Dkt. 7** and **Dkt. 8**. So I am not requesting extraordinary relief.

6. I conferred with intervenor counsel, and they do not consent to this extension.

Wherefore, premises considered, I respectfully pray that I be given until one day after my attorney's appointment to file my Opposition to the Administrative Motion. So requested on this,

the 26th day of January, 2023.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com