## Appointment Confirmation

From: fedpro (fedpro@sfbar.org)

To: acerthorn@yahoo.com

Date: Wednesday, January 25, 2023 at 06:22 PM CST

Hi Mr. Stebbins: I am confirming a phone appointment on **Monday, February 6th, at 12pm PST** to discuss the administrative motion filed in Stebbins v Polano. Please let us know at least 24 hours before this appointment if you need to cancel or reschedule the appointment.

Thank you,

Deborah


**The Legal Help Center  - Federal Pro Bono Project**
**Justice & Diversity Center of The Bar Association of San Francisco**
**Appointment Line: 415-782-8982**
**Email: fedpro@sfbar.org**
S.F. Office - 450 Golden Gate Ave., 15th Fl., Room 2796
Oakland Office - 1301 Clay St., 4th Fl., Room 470 S

Thank you for contacting the Federal Pro Bono Project.  This email address is used *only* for scheduling appointments.  We do not offer any legal advice over email.  Communicating with us through email does not create an attorney-client relationship. The Legal Help Centers in San Francisco and Oakland do not represent you.  You are responsible for all parts of your case including any deadlines.

**Confidentiality Notice:**
The information in this e-mail (including attachments, if any) is considered privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.