UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                                    Case 3:21-cv-04184-JSW

KARL POLANO, et al                                       DEFENDANTS

### ORDER

    The Plaintiff's Motion for Extension of Time is hereby GRANTED. The Plaintiff may have until Tuesday, February 7, 2023 to file his response to the Motion for Administrative Relief.

_____

Signature of Judge Jeffrey White