UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>    Defendants. | Case No. 21-cv-04184-JSW<br><br>**ORDER GRANTING EXTENSION TO FILE RESPONSE TO MOTION TO RELATE CASES**<br><br>Re: Dkt. No. 174 |

Plaintiff, proceeding *pro se*, seeks an extension of time to file his response to the administrative motion to consider whether cases should be related. (Dkt. No. 174.) The Court will grant Plaintiff's request. Plaintiff shall submit his response to the administrative motion to consider whether cases should be related by **February 7, 2023, at 12 p.m. PST**. If Plaintiff fails to file a response by that date, the Court will consider the motion unopposed. Additionally, due to the need for parties and affected Judges to have a speedy determination of whether cases are related, the Court will not entertain any requests for a further extension of this deadline. Plaintiff must carefully review Civil Local Rule 3-12(e) to ensure his response comports with the requirements of the rule and addresses only the issues required by the rule.

**IT IS SO ORDERED.**

Dated: January 27, 2023

_____
JEFFREY S. WHITE
United States District Judge