## RE: Appointment Confirmation

From:   Mollick, Jason (jmollick@wsgr.com)

To:     acerthorn@yahoo.com

Date:   Thursday, January 26, 2023 at 07:46 AM CST

Mr. Stebbins,

We do not consent.  You have more than enough experience with the judicial process to respond to an administrative motion.  I have also urged you, many times, to consult with a lawyer before filing frivolous copyright lawsuits.  We will litigate the case and seek an award of all fees incurred doing so.

On a related note, it appears that the user who operated the "Acerthorn the True Acerthorn" channel took down the channel sometime yesterday.  In light of this, please advise if you wish to continue litigating or if you will withdraw the case.

Jason Mollick

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Wednesday, January 25, 2023 7:25 PM
**To:** Mollick, Jason <jmollick@wsgr.com>
**Subject:** Fw: Appointment Confirmation

EXT - acerthorn@yahoo.com

Dear Mr. Mollick,

This is the earliest the pro bono office was able to work me in so I could discuss the administrative motion with them. Would you consent to an extension of time for me to file my response, until **Tuesday, February 7th**, so I can have a chance to confer with legal counsel about this matter and discuss my options?

If so, can you please prepare a joint motion for extension of time and have this filed with the court by tomorrow?

Sincerely,

David Stebbins