UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                        PLAINTIFF

VS.                                    Case 3:21-cv-04184-JSW

KARL POLANO, et al                                                                DEFENDANTS

### ORDER GRANTING PROTECTIVE ORDER AND SANCTIONS

The Plaintiff's Motion for Protective Order and for Sanctions is hereby GRANTED.

The intervenor defendants are hereby imposed a fine of $25,000, to be paid into court within one (1) week after the date of this Order.

The intervenor defendants and their counsel are also hereby ordered to cease and desist their pattern of making accusations against the plaintiff without any evidence to support them.

IT IS SO ORDERED on this, the _____th day of February, 2023.

_____
Signature of Judge