UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>KARL POLANO, et al.,<br><br>    Defendants. | Case No. 21-cv-04184-JSW<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 179 |

Plaintiff's motion for a protective order and sanctions is DENIED. Plaintiff offers no legal or factual basis supporting his request. Moreover, Plaintiff's motion fails to comply with local rules and this Court's order regarding his response to the administrative motion relate.

**IT IS SO ORDERED.**

Dated: March 28, 2023

_____
JEFFREY S. WHITE
United States District Judge