1  JASON MOLLICK (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
3  New York, New York 10019
   Telephone: (212) 999-5800
4  Facsimile: (866) 974-7329
5  jmollick@wsgr.com

6  *Counsel for Intervenors*
   *Alphabet Inc. and YouTube, LLC*
7

8                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9                     OAKLAND DIVISION

10

11 DAVID A. STEBBINS,                )   CASE NO.: 4:21-cv-04184-JSW
                                     )
12         Plaintiff,                )   **NOTICE OF WITHDRAWAL OF**
                                     )   **COUNSEL FOR ALPHABET AND**
13     v.                            )   **YOUTUBE**
                                     )
14 KARL POLANO et al.,               )   Action Filed:  June 2, 2021
                                     )
15         Defendants.               )
                                     )
16 _____   )

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL                              CASE NO.: 4:21-cv-04184-JSW

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel, Jason Mollick of Wilson Sonsini Goodrich & Rosati, P.C., hereby requests that the Court remove him as counsel of record in this matter for Intervenors Alphabet Inc. and YouTube, LLC and from the service list, as Mr. Mollick will shortly be departing the firm.

Intervenors will continue to be represented by Ryan Benyamin and Jeremy Auster of Wilson Sonsini Goodrich & Rosati, who have appeared in this matter. Accordingly, the withdrawal of Mr. Mollick will cause no delay of the case or prejudice any party.

Dated: August 30, 2023              Respectfully submitted,

                                    WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation

                                    By:    s/ Jason Mollick

                                    Jason Mollick (*pro hac vice*)
                                    1301 Avenue of the Americas, 40th Floor
                                    New York, New York 10019
                                    Telephone: (212) 999-5800
                                    Facsimile: (866) 974-7329
                                    jmollick@wsgr.com

                                    *Counsel for Intervenors*
                                    *Alphabet Inc. and YouTube, LLC*