UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS, DBA Acerthorn,<br><br>　　　　Plaintiff - Appellant,<br><br> v.<br><br>KARL POLANO, DBA Sofiannp; et al.,<br><br>　　　　Defendants - Appellees,<br><br> and<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | No. 23-15531<br><br>D.C. No. 4:21-cv-04184-JSW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered August 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT